**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Argon Credit LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **49-4459264** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **200 W. Jackson Blvd.** <br> **Suite 900** <br> **Chicago, IL 60606** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.argoncredit.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   __Argon Credit LLC_____     Case number (*if known*) _____
                Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.

   ☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   ☐ No

   ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   __Argon X LLC_____   Relationship   __Affiliate__

District   __Northern District of Illinois__   When _____   Case number, if known _____

Debtor    **Argon Credit LLC**                                          Case number (*if known*) _____

Name _____

---

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Argon Credit LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 16, 2016**
              MM / DD / YYYY

**X** **/s/ Raviv Wolfe**                                    **Raviv Wolfe**
Signature of authorized representative of debtor            Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Matthew T. Gensburg**              Date    **December 16, 2016**
Signature of attorney for debtor                      MM / DD / YYYY

**Matthew T. Gensburg**
Printed name

**Dale & Gensburg, P.C.**
Firm name

**200 W. Adams St., Ste. 2425**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone    **(312) 263-2200**        Email address

**6187247**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Argon Credit LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Addison Professional Financial Sear 7076 Solutions Center Chicago, IL 60677** | | | **Disputed** | | | **$14,000.00** |
| **B Money Holdings 2569 College Hill Circle Schaumburg, IL 60173** | | | | | | **$116,980.00** |
| **Broadmark Capital, LLC 600 University St. Suite 1800 Seattle, WA 98101** | | | | | | **$191,666.59** |
| **Budd Larner, P.C. 150 John F. Kennedy Pkwy Short Hills, NJ 07078** | | | | | | **$27,286.35** |
| **DevBridge Group, LLC. 343 W. Erie St. Suite 600 Chicago, IL 60654** | | | | | | **$36,788.28** |
| **Enova International, Inc. 175 W. Jackson Blvd. Suite 1000 Chicago, IL 60604** | | | | | | **$38,179.88** |
| **Fintech Financial, LLC Attn: Mindi Vavra 101 Research Park Dr. Mission, SD 57555** | | | | | | **$1,944,329.86** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor **Argon Credit LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gallop Solutions, Inc.** **P.O. Box 796575** **Dallas, TX 75379** | | | | | | **$16,728.00** |
| **InContact** **7730 S. Union Park Ave. Suite 500** **Salt Lake City, UT 84047** | | | | | | **$74,761.05** |
| **Lending Tree** **PO Box 840470** **Dallas, TX 75284** | | | | | | **$86,751.00** |
| **Meghan  Hubbard** **760 Village Center Drive, Suite 200** **Burr Ridge, IL 60527** | | | | | | **$8,175.00** |
| **Merit Management Group LP** **760 Village Center Dr. Suite 200A** **Burr Ridge, IL 60527** | | | | | | **$10,000.00** |
| **Peraza Capital and Investment, LLC.** **111 2nd Ave. NE Suite 705** **Saint Petersburg, FL 33701** | | | | | | **$1,213,708.42** |
| **Percolate Industries** **107 Grand St. 2nd Floor** **New York, NY 10013** | | | | | | **$12,000.00** |
| **Princeton Alternative Fund (PAF)** **100 Canal Pointe Blvd. Suite 208** **Princeton, NJ 08540** | | **Guarentee** | **Contingent Unliquidated Subject to Setoff** | | | **$36,977,362.44** |
| **Productive Edge, LLC.** **11 E. Illinois St. Suite 200** **Chicago, IL 60611** | | | | | | **$312,196.12** |
| **RSM** **5155 Paysphere Circle** **Chicago, IL 60674** | | | | | | **$30,000.00** |
| **Swoon** **8474 Solution Center** **Chicago, IL 60677-8004** | | | **Disputed** | | | **$40,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   **Argon Credit LLC**
_____
Name                                                    Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Velocify Atn: Billing Department 222 N Sepulveda 18th Floor El Segundo, CA 90245** | | | | | | **$10,850.00** |
| **Yodlee Lockbox Dept CH 17505 Palatine, IL 60055-7405** | | | | | | **$15,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Addison Professional Financial Sear
7076 Solutions Center
Chicago, IL 60677

Ahmed Belhabib
808 Canyon Terrace Ln.
Folsom, CA 95630

Ashley Stuart
9137 Ga. Hwy. 135
Naylor, GA 31641

B Money Holdings
2569 College Hill Circle
Schaumburg, IL 60173

Barrile, John M
200 W Jackson
Chicago, IL 60606

Bates, Birttney T
914 Great Plaines
Matteson, IL 60443

Bates, LaTonya
P.O. Box 168
Frankfort, IL 60423

Beattie, Mary
32429 W River Rd
Wilmington, IL 60481

Bernard Marsiglia
100 Forest Pl., Apt. 501
Oak Park, IL 60301

Bethke, John T
6037 W 99th St
Oak Lawn, IL 60453

Bingham, Ashleigh L
4058 W 115th Apt 111
Chicago, IL 60655

Blue Treble Solutions, LLC
2009 Fairoak Ct.
Naperville, IL 60565

Borden, Alea
1312 W George Street Apt 3
Chicago, IL 60657

Breen, Brian M
8500 Westberry Ln
Tinley Park, IL 60487

Broadmark Capital, LLC
600 University St. Suite 1800
Seattle, WA 98101

Brown, Derrick
11615 S Hale Ave
Chicago, IL 60643

Bruce W. Breitweiser
1504 W Washington Street
Bloomington, IL 61701

Budd Larner, P.C.
150 John F. Kennedy Pkwy
Short Hills, NJ 07078

Byron Faermark
1900 S Highland Ave  Suite 100
Lombard, IL 60148

Calloway, Evelyn
5803 W Erie St #3S
Chicago, IL 60644

Candace Harison
20 N. Tower Rd.
Oak Brook, IL 60523

Canete, Ira V
1050 S School St
Lombard, IL 60148

Cardinal Trust
760 Village Center Dr. Suite 200
Burr Ridge, IL 60527


Charles Augello
9023 Gardner Dr.
Alpharetta, GA 30009


Charles Beattie
35 Woodlake Blvd., Apt. 1205
Gurnee, IL 60031


Chris Walker
4138
Ridgefield Dr.
Columbus, GA 31907


Christine Sammons
3250 Cannon Bay Dr.
Cumming, GA 30041


Christopher Hinsley
720 Wellington Ave.
Elk Grove Village, IL 60007


Clayton Pringle
911 West George St.
Banning, CA 92220


Coates, Charles
3535 W Armitage Ave Unit 2F
Chicago, IL 60647


Collins, Keyoma R
2708 Oxford Dr
Markham, IL 60428


Conversant LLC
P.O. Box 849725
Los Angeles, CA 90084-9725


Dabney, Ashley M
3116 W. Belmont Avenue #2
Chicago, IL 60618

Daniels, Panichi
61 W 146th St
Riverdale, IL 60827


Deborah Martin
413 Flint Trl
Jonesboro, GA 30236


Dennis Nix
24701 Raymond Way
Lake Forest, CA 92630


DevBridge Group, LLC.
343 W. Erie St. Suite 600
Chicago, IL 60654


Diekelman, Adam K
511 W Division St #512
Chicago, IL 60610


Douglas Harvey
3836 South Hurt Rd.
Smyrna, GA 30082


Drane, Cecelia D
719 N. 7th St.
Maywood, IL 60153


Dube, Matthew R
226 N Adams St
Hinsdale, IL 60521


Enova International, Inc.
175 W. Jackson Blvd. Suite 1000
Chicago, IL 60604


Erica White
10343 Linder Ave.
Oak Lawn, IL 60453


Erickson, Nathan R
655 W Irving Park Rd Apt 1408
Chicago, IL 60613

Ferro, Peter A
2377 Holt Rd
Minooka, IL 60447


Fintech Financial, LLC
Attn: Mindi Vavra
101 Research Park Dr.
Mission, SD 57555


Florian Fox
10606 Charles St.
Huntley, IL 60142


Fukawa, Kim K
2462 N Orchard St  #1


Fund Recovery Services, LLC
Attn: Franklin Levin, Esq.
100 Canal Pointe Blvd., Ste. 208
Princeton, NJ 08540


Gallop Solutions, Inc.
P.O. Box 796575
Dallas, TX 75379


Gonzalez, James R
808 Alann Dr
Joliet, IL 60435


Gonzalez, Mayra
4048 S Albany Ave
Chicago, IL 60632


Heather Miller
25 Elm Dr.
Bethany, IL 61914


Heather Nicholas
11496 Autumn Hill Drive
Sandy, UT 84094


Heidi Smith
388 Alicia Ave.
Talladega, AL 35160

Hicks, Kevin
4527 W Monroe St
Chicago, IL 60624


Howard, Casey K
1624 W Division St #504
Chicago, IL 60622


InContact
7730 S. Union Park Ave. Suite 500
Salt Lake City, UT 84047


James Ciesielski
210 N. 14th St.
Lanett, AL 36863


James Hansen
2065 East County Rd. 1300
Carthage, IL 62321


Jamillah Omar
8945 S. Dorchester Ave.
Chicago, IL 60619


Jandice Tidwell
798 County Rd. 245
Scottsboro, AL 35768


Jason Petty
5263 Highland Trace Circle
Birmingham, AL 35215


Jason Sparling
103 East 5th
Spring Valley, IL 61362


Joann Brooks
2241 Mokingbird Ln.
Washington, IL 61571


Joseph Coler
4480 Highwood Park. Dr.
Atlanta, GA 30344

Joseph Martinez
3746 Morning Glory Ave.
AK 99534-8000


Kamie McKay
3756 Galaway Ct.
Moreno Valley, CA 92555


Krivich, Alexandria N
21847 W Kentwood Dr
Plainfield, IL 60544


Lachandra Jones
3539 Oakshire Way
Atlanta, GA 30354


Lagina Dardy
1807 Highland Ave., Apt. 1
Dublin, GA 31021


Larry McDuffie
134 GlenDale Rd.
Leesburg, GA 31763


Latoria Williams
3840 Culver Rd.
Tuscaloosa, AL 35401


Lending Tree
PO Box 840470
Dallas, TX 75284


Leroy Commander
600 Hunter St.
Thomson, GA 30824


Little Owl
322 E. Michigan St. Suite 302
Milwaukee, WI 53202


Madanyan, Harry
6261 W 128th Pl
Palos Heights, IL 60463

Marco Boykin-Hunter
649 Candle Ln.
Birmingham, AL 35214


Margon
760 Village Center Dr. Suite 200
Burr Ridge, IL 60527


Maria Colindres
6928
Agnes Ave. #4
North Hollywood, CA 91605


Marjorie Fulmer
211 Mantle Dr.
Madison, AL 35757


Mark H Triffler Trust
32 Ruffled Feathers Dr
Lemont, IL 60439


Mark Tiffler Trust
760 Village Center Dr., Ste. 200
32 Ruffled Heathers
Lemont, IL 60439


Martha Fackiner
5123 Brookwood Valley NE
Atlanta, GA 30309


Matthew Schmarje
608 Queen Anne St.
Woodstock, IL 60098


Mattull, Eric
423 Osage Dr
Dyer, IN 46311


McGee, Anthony E
2208 W 121st Place
Blue Island, IL 60406


Meghan  Hubbard
760 Village Center Drive, Suite 200
Burr Ridge, IL 60527

Merit Management Group LP
760 Village Center Dr. Suite 200A
Burr Ridge, IL 60527


Michalski, Rachel M
12933 Norwich St
Plainfield, IL 60585


Michelle Waters
249 Silver Ridge Dr.
Dallas, GA 30157


Mounce, Tawni L
5117 North Western Ave Apt 1
Chicago, IL 60625


Munsayac, Christian
4904 N Harding Ave
Chicago, IL 60625


Nelson, Rebecca
7209 Oneill Rd
Downers Grove, IL 60516


Niko Evrard
1868 Stow St.
Simi Valley, CA 93063


Noax, LLC
310 E. 90th Dr.
Merrillville, IN 46410


Nunn, Marlon T
7765 S South Shore Dr Apt #2
Chicago, IL 60649


Palla Smith
5917 Sunflower Ct.
Ellenwood, GA 30294


Park, Rhonda
3531 Stackinghay Dr
Naperville, IL 60564

Pasquale Caira
7508 Locust Ln.
Plainfield, IL 60586


Patricia Carr
1152 Violet Dr.
Birmingham, AL 35215


Paul Kotowski
7101 N. LeClaire Ave.
Skokie, IL 60077


Penny Mullis
1878 Cook Ct.
Montrose, GA 31065


Peraza Capital and Investment, LLC.
111 2nd Ave. NE Suite 705
Saint Petersburg, FL 33701


Percolate Industries
107 Grand St. 2nd Floor
New York, NY 10013


Pheareak Phan
25 N. Puente Dr.
Tracy, CA 95391


Porche Taylor
1353 Florin Rd.
Sacramento, CA 95823


Princeton Alternative Fund (PAF)
100 Canal Pointe Blvd. Suite 208
Princeton, NJ 08540


Productive Edge, LLC.
11 E. Illinois St. Suite 200
Chicago, IL 60611


Renita Briley
50 Roswell Ct.
Atlanta, GA 30305

Richard Peterson
247 Talking Rock Trail
Dallas, GA 30132


rik Williamson
1014 W. S. 2nd
Shelbyville, IL 62565


Robert Demetrius Walker
3590 Towanda Dr.
Atlanta, GA 30349


Robert Half
12400 Collections Center Drive
Chicago, IL 60693


Robert Vaughn
1236 N. Oaklane Rd. Lot 315
Springfield, IL 62707


Roderick Williams
195 Echols Way
Acworth, GA 30101


Rossow, Marie E
808 POMEROON ST Apt 306
Naperville, IL 60540


RSM
5155 Paysphere Circle
Chicago, IL 60674


Ruiz, Liza
6149 W Giddings
Chicago, IL 60630


Sammons, Samantha K
3420 N Lakeshore Dr. Apt 7N
Chicago, IL 60657


Sandra Rheuby
421 Mono Drive
Vacaville, CA 95687

Schneider, Lisa
1804 S Racine Ave #4-B
Chicago, IL 60606


Schnosenberg, Eric
2830 N Damen Ave
Chicago, IL 60618


Seyfarth Shaw LLP
131 S Dearborn St. Suite 2400
Chicago, IL 60603


Shah, Manali
9031 Westminster Dr
Woodridge, IL 60517


Sherry Ann Morris
1205 Ridge Vista Ct.
Lawrenceville, GA 30043


Shirley Crowell
2024 Henry Crumrpton Dr.
Birmingham, AL 35211


Stacey Gibson
1656 Eddie Jackson Rd.
Brewton, AL 36426


Steven Wayne McCormick
80 Reynolds Dr.
Rossville, GA 30741


Swoon
8474 Solution Center
Chicago, IL 60677-8004


Tachiana Beard
1252 Hardy Point Dr.
Evans, GA 30809


Thomas Dyess
6740 Spice Pond Ln.
Mobile, AL 36663

Thomas Zito
3552 Brookfield Rd.
Birmingham, AL 35226


Timothy Miller
25 Elm Dr.
Bethany, IL 61914


Tomaszkiewicz, Sean
2009 Fairoak Ct
Naperville, IL 60565


Tonya Sasser
1261 Nicole Ave.
Atmore, AL 36502


Tonyetta Andrews
601 Creste Dr.
Decatur, GA 30035


Velocify
Atn: Billing Department
222 N Sepulveda 18th Floor
El Segundo, CA 90245


Venkatasubramaniam, Shreyas
350 West Oakdale Avenue #1308
Chicago, IL 60657


Virola, Amanda L
5642 W Melrose St. Garden Unit
Chicago, IL 60634


Walter Yarbrough
3011 W. 61st
Chicago, IL 60629


William Harris
302 West Blackburn
Paris, IL 61944


Woodworth, Allison J
516 W Melrose St Apt 306
Chicago, IL 60657

```
Yodlee
Lockbox Dept CH 17505
Palatine, IL 60055-7405
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Argon Credit LLC**                                                          Case No.
                                                    Debtor(s)                Chapter      **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Argon Credit LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cardinal Trust**
**760 Village Center Dr. Suite 200**
**Willowbrook, IL 60527**

**Gary Zumski**
**4204 E. Frontage Rd.**
**Rolling Meadows, IL 60008**

**Little Owl Argon, LLC.**
**322 E. Michigan St. Suite 302**
**Milwaukee, WI 53202**

**Margon, LLC.**
**760 Village Center Dr. Suite 200**
**Willowbrook, IL 60527**

**Mark Triffler Trust**
**32 Ruffled Feathers Dr., Lemont**
**Lemont, IL 60439**

**Noax, LLC**
**310 E. 90th Dr.**
**Merrillville, IN 46410**

☐ None [*Check if applicable*]

**December 16, 2016**                              **/s/ Matthew T. Gensburg**
_____                  _____
Date                                             **Matthew T. Gensburg 6187247**
                                                 Signature of Attorney or Litigant
                                                 Counsel for   **Argon Credit LLC**
                                                 **Dale & Gensburg, P.C.**
                                                 **200 W. Adams St., Ste. 2425**
                                                 **Chicago, IL 60606**
                                                 **(312) 263-2200 Fax:(312) 263-2242**

## WRITTEN CONSENT OF SUPER-MAJORITY OF MEMBERS OF
## ARGON CREDIT, LLC

As of December 15, 2016

The undersigned, being the Super-Majority of Members (the "***Members***") of Argon Credit LLC, a Delaware limited liability company (the "***Company***"), do hereby adopt the following resolutions by written consent:

### Approval of Filing Voluntary Petition for Bankruptcy Pursuant to Chapter 11

**WHEREAS,** the Company is experiencing financial difficulty due to, among other things, failure of First Associates to properly service the loan portfolio and accurately allocate principal and interest payments; and

**WHEREAS,** the Members have reviewed the materials presented by the management and advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's businesses; and

**WHEREAS,** the Members have had the opportunity to consult with the management and advisors of the Company and fully consider each of the strategic alternatives available to the Company.

**WHEREAS,** the Board of Managers of the Company (the "Board") unanimously voted to recommend that the Company will refrain from a voluntary bankruptcy filing if the Company can enter into a reasonable forbearance agreement with its largest secured creditor, Princeton Alternative Funding/Fintech Financial, LLC ("Princeton"). If not, to discharge the Board's fiduciary obligation, the Board recommends filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code;

**WHEREAS,** pursuant to Section 6.1(a)(vii) of the Fourth Amended and Restated Limited Liability Company Operating Agreement of Argon Credit LLC ("***Operating Agreement***"), approval of a Super-Majority of Members is required for the initiation of voluntary bankruptcy or similar filings by the Company or any of its subsidiaries;

**WHEREAS,** Little Owl Argon, LLC, a Florida limited liability company ("Little Owl") has asserted its position that it holds a 15% interest in the Company;

**WHEREAS,** the remaining Members collectively hold 85% interest in the Company, sufficient to constitute a Super-Majority of Members;

**WHEREAS,** the Super-Majority of Members have determined that it is in the best interest of the Company to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Petition");

**WHEREAS**, Little Owl is opposing filing a Bankruptcy Petition, unless an agreement is reached with Princeton in advance of the filing of any such Bankruptcy Petition; and

**WHEREAS**, notwithstanding Little Owl's objection, and in reliance on Little Owl's position that it holds 15% interest in the Company, the Super-Majority of Members of the Company wish to authorize certain actions in view of the foregoing and the Company's financial condition.

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the undersigned Super-Majority of Members, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company file voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"); and it is

**FURTHER RESOLVED** that Gary Zumski ("*Authorized Representative*"), is hereby authorized, empowered, and directed to file with the Court, on behalf of the Company and in its name, a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code;

**FURTHER RESOLVED** that the Authorized Representative is hereby authorized, directed and empowered to, on behalf of the Company, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem necessary or proper to obtain relief under or in connection with such Chapter 11 case;

**FURTHER RESOLVED** that the Authorized Representative is hereby authorized and directed to employ (and do hereby confirm and ratify any prior employment of) both the law firm of Dale & Gensburg, P.C. and Matthew T. Gensburg as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, and, in connection therewith, the Authorized Representative of the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate bankruptcy retainers prior to the filing of a Chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of both Dale & Gensburg, P.C. and Matthew T. Gensburg.

**RESOLVED FURTHER**, that the Authorized Representative of the Company is hereby authorized and directed to employ any other firm or individuals as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and, in connection therewith, the Authorized Representative of the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of such firm or person;

**RESOLVED FURTHER**, that, from and after the filing by the Company of a Chapter 11 bankruptcy petition, the Authorized Representative is hereby authorized to conduct business operations as determined by him to be in the best interests of the Company's bankruptcy estate and the Company's creditors and other interested parties and may include, but not be limited to, a

determination to continue business operations with a view towards reorganizing or selling the Company and/or its assets;

**RESOLVED FURTHER**, that, from and after the filing by the Company of a Chapter 11 bankruptcy petition, the Authorized Representative is hereby authorized to make or cause to be made all filings and declarations as determined by him to be in the best interests of the Company's bankruptcy estate and the Company's creditors and other interested parties;

**RESOLVED FURTHER**, that the Authorized Representative of the Company is hereby authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company or otherwise approved by the Court, and to enter into any debtor-in-possession financing facilities, guarantees, or other related documents and to pledge and grant liens on the Company's assets as may be contemplated by or required under the terms of such post-petition financing, and in connection therewith the Authorized Representative of the Company is hereby authorized and directed to execute appropriate loan agreements, and related ancillary documents, whether consented to or contested by the Company's existing creditors;

**RESOLVED FURTHER**, that the Authorized Representative, together with any other authorized bank account signatory designated by any Authorized Representative, is hereby authorized, empowered, and directed on behalf of the Company and in its name to take all actions and execute and deliver all documents as they shall deem necessary or desirable in order to carry out and perform the purposes of the foregoing resolutions, including, without limitation, the opening of new deposit accounts as a debtor-in-possession under the Bankruptcy Code, and the taking of such actions or execution of such documents shall be conclusive evidence of the necessity or desirability thereof;

**RESOLVED FURTHER**, that the Authorized Representative of the Company is hereby authorized and empowered to, in the name of and on behalf of the Company, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such Authorized Representative, upon the advice of the Company's counsel and/or financial advisors, shall be necessary, proper, and desirable to prosecute to a successful completion the Company's Chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, capitalization, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions;

**RESOLVED FURTHER**, that all actions heretofore taken by any Authorized Representative of the Company, in the name and on behalf of the Company, in connection with the designation described in the foregoing resolutions be, and the same hereby are, ratified, approved and confirmed in all respects;

**RESOLVED FURTHER**, that all acts and deeds heretofore done or actions taken by any Authorized Representative or agent of the Company in entering into, executing, acknowledging or attesting any arrangements, agreements, instruments or documents in carrying out the terms

01075735

3

and intentions of the foregoing recitals and resolutions and each of them are hereby in all respects ratified, approved and confirmed; and;

**RESOLVED FURTHER,** that this Written Consent may be executed in any number of counterparts, each of which shall be deemed to be an original, and all of which together shall constitute one and the same document.   Facsimile, email or other electronically delivered signatures shall have the same effect as original signatures.

[SIGNATURE PAGE FOLLOWS]

**IN WITNESS WHEREOF**, the undersigned, constituting a Super-Majority of the Members, have executed this Written Consent as of the date first set forth above.

**MEMBERS:**

**MARGON, LLC**

By:_____

Its:_____

**NOAX, LLC**

By:_____
**Raviv Wolfe**   DIRECTOR

**MARK TRIFFLER DECLARATION OF TRUST DATED DECEMBER 5, 1991**

By:_____

Its:_____

**CARDINAL TRUST**

By:_____

Its:_____

**GARY ZUMSKI**

By:_____

**IN WITNESS WHEREOF**, the undersigned, constituting a Super-Majority of the Members, have executed this Written Consent as of the date first set forth above.

MEMBERS:

MARGON, LLC

By: _____

Its: _____

NOAX, LLC

By: _____
Raviv Wolfe

MARK TRIFFLER DECLARATION OF TRUST DATED DECEMBER 5, 1991

By: _____

Its: _Trustee_

CARDINAL TRUST

By: _____

Its: _Trustee_

GARY ZUMSKI

By: _____

01075735

5