**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Argon Credit LLC | Case No. 16-39654 |
| Debtor. | Hon. |

**CERTIFICATION OF RELATEDNESS**

The undersigned attorney certifies that:

1. a) __2__ cases are being filed under Chapter __11__ that are related to each other; and/or

   b) ____ cases are being filed under Chapter ____ that are related to case(s) now pending, and

2. The Cases are related because:

   _____ The Debtors are husband and wife; or

   _____ The Debtor was a Debtor in a previous case under Chapter _____; or

   __X__ The case(s) involve persons or entities that are affiliates as defined in Section 101(2) of the bankruptcy code

3. Include Case numbers of all cases related:

   Argon X LLC; Case No. 16-39655

The undersigned attorney requests that the cases be assigned to the same judge.

Date of certification: __December 16, 2016__

Attorney's signature: __/s/ E. Philip Groben__