**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | Deborah L. Thorne | **Hearing Date** | December 19, 2016 |
| **Bankruptcy Case** | 16 B 39654 | **Adversary No.** | |
| **Title of Case** | Argon Credit LLC | | |

**Brief Statement of Motion**

Application to Set Hearing on Emergency Motion (Doc # 4)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS HEREBY ORDERED that the application to set hearing on emergency motion is granted. Hearing on the emergency motion is set for Wednesday, December 21, 2016 at 2:15 p.m. in Courtroom 613, 219 South Dearborn Street, Chicago, Illinois 60604. Movant is to serve the appropriate parties.

Deborah L. Thorne
United States Bankruptcy Judge