# EXHIBIT A

List of Accounts held by the Debtor-in-Possession and affiliates of the Debtor-In-Possession:

All Accounts Held at Schaumberg Bank & Trust

| Account Holder | Account Type | Account Number | Account Description |
|---|---|---|---|
| Argon Credit LLC | Checking | xxxxxx8233 | Lockbox Account |
| Argon Credit of Louisiana LLC | Checking | xxxxxx8290 | Originator Account |
| Argon Credit of Missouri LLC | Checking | xxxxxx6677 | Originator Account |
| Argon Credit of New Mexico LLC | Checking | xxxxxx6790 | Originator Account |
| Argon Credit of Texas LLC | Checking | xxxxxx6669 | Originator Account |
| Argon Credit LLC | Checking | xxxxxx0369 | Merchant Deposit |
| Argon X LLC | Checking | xxxxxx2287 | Disbursement Account |
| Argon Credit LLC | Checking | xxxxxx4381 | Old Investor Account |
| Argon Credit LLC | Checking | xxxxxx2500 | Operating Account |
| Argon Credit LLC | Checking | xxxxxx1986 | SSF Account |