# Exhibit A



**Argon X LLC & Argon Credit LLC**
*Proposed Budget*

|  | For the Weeks Ending | | | | |
|---|---|---|---|---|---|
|  | 12/24/2016 | 12/31/2016 | 1/7/2017 | 1/14/2017 | Total |
|  | Week 1 | Week 2 | Week 3 | Week 4 |  |
| **Cash Receipts** | | | | | |
| Principal | $106,546 | $106,546 | $195,568 | $195,568 | $604,227 |
| Interest | 75,115 | 75,115 | 128,256 | 128,256 | 406,742 |
| **Total Cash Receipts** | **$181,660** | **$181,660** | **$323,824** | **$323,824** | **$1,010,969** |
| **Cash Disbursements** | | | | | |
| Operating Disbursements | | | | | |
| Payroll & Payroll-Related Taxes (a) | ($53,000) | ($114,402) | $0 | ($76,165) | ($243,568) |
| Healthcare premiums | 0 | (4,154) | 0 | (2,308) | (6,462) |
| Rent Payments | 0 | 0 | (40,000) | 0 | (40,000) |
| Information Technology (b) | (525) | (525) | (33,892) | (242) | (35,185) |
| Data Services (c) | (9,300) | 0 | (15,600) | 0 | (24,900) |
| Collection Services (d) | (2,500) | (2,500) | (1,154) | (1,154) | (7,308) |
| Utilities (incl. Telephone) | (5,000) | 0 | (6,000) | 0 | (11,000) |
| Business Licenses & Insurance (e) | (1,000) | 0 | (16,500) | 0 | (17,500) |
| Ordinary Course Professionals (f) | (5,000) | 0 | (7,500) | 0 | (12,500) |
| Payment Processing Fees & Bank Service Charges | (3,560) | (3,560) | (3,385) | (3,385) | (13,891) |
| Other Operating Payments (g) | (1,751) | (1,401) | (11,626) | (1,401) | (16,181) |
| Total Operating Disbursements | (81,637) | (126,543) | (135,658) | (84,656) | (428,494) |
| **Operating Cash Flow** | **$100,024** | **$55,118** | **$188,166** | **$239,168** | **$582,475** |
| Restructuring Related Disbursements | | | | | |
| Adequate Protection Payments | $0 | $0 | $0 | ($350,000) | ($350,000) |
| Restructuring Professional Fees (h) | 0 | 0 | (50,000) | 0 | (50,000) |
| Investment Banker | 0 | 0 | (20,000) | 0 | (20,000) |
| Total Restructuring Related Disbursements | 0 | 0 | (70,000) | (350,000) | (420,000) |
| **Net Cash Flow** | **$100,024** | **$55,118** | **$118,166** | **($110,832)** | **$162,475** |
| Beginning Cash Balance | $0 | $100,024 | $155,141 | $273,307 | $0 |
| Net Cash Flow | 100,024 | 55,118 | 118,166 | (110,832) | 162,475 |
| **Ending Cash Balance (i)** | **$100,024** | **$155,141** | **$273,307** | **$162,475** | **$162,475** |

**Notes**

(a) Payroll & payroll-related taxes includes payroll and the employer portion of FICA.
(b) Information technology includes but is not limited to computer lease, Amazon server, Adobe, Microsoft and Quickbooks licenses as well as other IT payments.
(c) Data services includes payments to Transunion, Experian and DocuSign.
(d) Collection services include payments to facilitate in-house collection efforts (mailers, MailChimp, etc.).
(e) Business licenses & insurance includes business licensing, state and business permits, and general liability insurance.
(f) Ordinary course professionals include an IT specialist and an attorney versed in consumer bankruptcy law.
(g) Other operating payments includes office supplies, postage and delivery, security and travel.
(h) Restructuring professional fees includes fees earned and expenses incurred by Debtor counsel and restructuring advisor.
(i) The goal is to maintain a minimum of two payrolls as minimum operating cash.