# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARGON CREDIT, LLC, | ) | Case No. 16 B 39654 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |
| | | (Jointly Administered) |

## ORDER REASSIGNING JOINTLY ADMINISTERED CASES

These jointly administered cases having originally been assigned to the Hon. Pamela S. Hollis, Chief Judge, **IT IS HEREBY ORDERED THAT** these cases are reassigned to the Hon. Deborah L. Thorne.

ENTERED:

Date:  1-12-2017

PAMELA S. HOLLIS
Chief Bankruptcy Judge