UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-39654 |
| ARGON CREDIT, LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter:  7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ENFORCING AUTOMATIC STAY AGAINST AUTOPAL SOFTWARE, LLC**

Upon consideration of the emergency motion (the "Motion") of Fund Recovery Services, LLC ("FRS") to enforce the automatic stay against AutoPal Software, LLC ("AutoPal"); capitalized terms used herein having the same meaning ascribed to them in the Motion unless otherwise indicated; this court having entered an order on January 11, 2017 [ECF No. 68] ("Stay Relief Order") granting FRS' motion for relief from the automatic stay and converting the Debtors' cases to chapter 7; the Stay Relief Order having required the Debtors to restore FRS's access and control of the loan management system that the Debtors maintain through AutoPal ("AutoPal LMS"); AutoPal having refused the Debtors' requests to provide FRS with access to the AutoPal LMS in violation of 11 U.S.C. Sec. 362(a)(3); and this Court having jurisdiction to hear this matter under 28 U.S.C. Secs. 157, 1334 and 11 U.S.C. Secs. 105(a) and 362(a)(3), having found that adequate and sufficient notice of the Motion and this Court's hearing thereon has been given and that sufficient cause appears therefor; and AutoPal having now agreed on a postpetition basis to provide access to the data belonging to the Debtors; it is hereby ORDERED:

1) AutoPal is  to provide FRS with access and control over the AutoPal LMS and all of the data contained therein on an immediate basis.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  January 18, 2017

**Prepared by:**

Peter J. Roberts (#6239025)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151