**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Argon Credit LLC, et al.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 16-39654<br><br>Hon. Deborah L. Thorne<br>(Jointly Administered) |

**GENERAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING
THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS
OF FINANCIAL AFFAIRS**

Argon Credit, LLC (the "**Debtor**"), with the assistance of its advisors, has filed its respective Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**Statement**", together with the Schedules the "**Schedules and Statements**") with the United States Bankruptcy Court for the Northern District of Illinois (the "**Bankruptcy Court**"), pursuant to Section 521 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference within, and comprise an integral part of the all of the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with other financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtor's reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

Mr. Howard Korenthal has signed each of the Schedules and Statements. Mr. Korenthal is the Chief Restructuring Officer for the Debtor and an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statements, Mr. Korenthal necessarily has relied upon the efforts, statements, and representation of various personnel employed by the Debtor and its advisors. Mr. Korenthal has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1.    **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amended the Schedules and Statements with respect to claim ("**Claim**") description, designation, dispute or otherwise assets offsets or defenses to any Claim reflected in the Schedule and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed.  Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.  Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

2.    **Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all their assets.  Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements reflect net book values as of December 16, 2016.  Amounts ultimately realized may vary from the net book value and such variance may be material.  Furthermore, assets that have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

3.    **Recharacterization**.  Notwithstanding the Debtor's reasonable best efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor may nevertheless have improperly characterized, classified, categorized, designates, or omitted certain items due to the complexity and size of the Debtor's business.  Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post petition.

4.    **Excluded Assets and Liabilities**.  The Debtor has excluded certain categories of asset, tax accruals, and liabilities form the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, accrued accounts payable, customer deposits, and deferred gains.  The Debtor has excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected, to the estate such damage Claims exist.  In addition, certain immaterial assets and liabilities may have been excluded.

5.    **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their own terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtor has made diligent efforts to attribute intellectual property to the rightful entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtor reserves all its rights with respect to the legal status of any and all such intellectual property rights.

6.    **Classifications**.  Listing a Claim on (a) Schedule D as "secured," (b) Schedule E as "priority," (c) Schedule F as "unsecured nonpriority" or (d) listing a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or to setoff such Claims.

7.    **Claims Description**.  Schedules D, E, and F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not as "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection. The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including amount, liability, or classification.  Additionally, the Debtor expressly reserves all of its rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated."  Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

8.    **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actins arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and aby claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability. Damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixes or contingent, mature or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudiced or impair the assertion of such claims or Causes of Action.

9.        **Setoffs**.  The Debtor incurs certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Debtors' Schedules and Statements.

10.        **Claims of Third-Party Related Entities**.  Although the Debtor has made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtor has not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the Debtor has classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

11.        **Global Notes Control**.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtor's Schedules

**Schedule E**.   Except for a few individuals that may be entitled to unsecured priority claims earned in the 180-day period prior to the Petition Date, the Debtors believe that most of the employee claims entitled to priority under the Bankruptcy Code were paid pursuant to their first day orders that authorized payment of such claims.

**Schedule F**.   The Debtor has used best reasonable efforts to report all general unsecured Claims against the Debtors on Schedule F based upon the Debtor's existing books and records as of the Petition Date. The Claims of individual creditors for, among other things, products, goods, or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the applicable Debtor. The Debtor reserves all rights with respect to any such credits and allowances including the right to assert objections and/or setoffs with respect to same. Schedule F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtor has made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtor's open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

The Claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each

Claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule F. Furthermore, claims listed on Schedule F have been aggregated by creditor and may include several dates of incurrence for the aggregate balance listed.

Schedule F contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "unknown" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule F may be subject to subordination pursuant to Section 510 of the Bankruptcy Code.

Schedule F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy. Any information contained in Schedule F with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**.   The Debtor's businesses are complex. Although the Debtor's existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors and diligent efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred.

The Debtor reserves all of their rights, claims, and Causes of Action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

**Schedule H**.   For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition secured credit facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

## Specific Disclosures with Respect to the Debtor's Statements

**Statement 1**.  The amounts listed in Statement 1 reflect the Debtor's gross revenue as provided by the Debtor's Balance Sheet, Profit and Loss statement, and general ledger entries.  These sources of information are the best sources of information available to determine the Debtor's total gross revenue.  The Gross Revenues does not include funds provided to the Debtor from its investors, funds provided to Argon X LLC by its secured lender, or intercompany transfers between the Debtor and Argon X LLC.  Any information contained in Statement 1 shall not be a binding representation of the Debtor's income, revenues, cash flows, or profit.

**Statement 3**.  The information provided in Statement 3 is true and correct to the best of the information available.  Three recipients of prepetition transfers were able to be identified through examination of the Debtor's general ledger entries; however, no mailing addresses could be found after due inquiry.  The transferees for which no mailing addresses could be found include: Chicago Catalyst (Statement 3.16), Berj Arakelian (Statement 3.21), and Franchise Tax Board (Statement 3.24).  The Debtor reserves all of its rights to recharacterize, add, delete, or amend items reported in Statement 3 without limitation.

**Statement 7**.  Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum. In the Debtor's attempt to provide full disclosure, to the extent a legal dispute or administrative proceeding is not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy, the Debtor has identified such matters on Schedule F for the applicable Debtor. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtor's liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**. The Debtor occasionally may incur losses for a variety of reasons, including theft and property damage. The Debtor, however, may not have records of all such losses to the extent such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

**Statement 11**. Although all of the Debtors retained or paid the entities and individuals who provided consultation concerning debt consolidation, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date, all of the payments, or property transferred by or on behalf of a Debtor for such services, were made by the Debtor, and are therefore listed on the Debtor's response to Statement 11.

**Statement 29**.  The information provided in Statement 29 is true and correct to the best of the information available.  The Debtor reserves all of its rights to recharacterize, add, delete, or amend items reported in Statement 29 without limitation.

**Fill in this information to identify the case:**

Debtor name    **Argon Credit LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **16-39654**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  3, 2017**          X **/s/ Howard Korenthal**
                                              Signature of individual signing on behalf of debtor

                                              **Howard Korenthal**
                                              Printed name

                                              **Chief Restructuring Officer**
                                              Position or relationship to debtor

Official Form 202                        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Argon Credit LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | **16-39654** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Addison Professional Financial Sear 7076 Solutions Center Chicago, IL 60677** | | **Trade A/P** | **Disputed** | | | **$14,000.00** |
| **B Money Holdings 2569 College Hill Circle Schaumburg, IL 60173** | | | | | | **$116,980.00** |
| **Broadmark Capital, LLC 600 University St. Suite 1800 Seattle, WA 98101** | | | | | | **$191,666.59** |
| **Budd Larner, P.C. 150 John F. Kennedy Pkwy Short Hills, NJ 07078** | | | | | | **$27,286.35** |
| **Department of the Treasury Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101** | | | | | | **$9,843.80** |
| **DevBridge Group, LLC. 343 W. Erie St. Suite 600 Chicago, IL 60654** | | | | | | **$36,788.28** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Argon Credit LLC** | Case number *(if known)* | **16-39654** |
| --- | --- | --- | --- |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Enova International, Inc.** 175 W. Jackson Blvd. Suite 1000 Chicago, IL 60604 | | | | | | **$38,179.88** |
| **Fintech Financial, LLC** Attn: Mindi Vavra 101 Research Park Dr. Mission, SD 57555 | | | | | | **$1,944,329.86** |
| **Gallop Solutions, Inc.** P.O. Box 796575 Dallas, TX 75379 | | | | | | **$16,728.00** |
| **InContact** 7730 S. Union Park Ave. Suite 500 Salt Lake City, UT 84047 | | **Trades A/P** | | | | **$74,761.05** |
| **Lending Tree** PO Box 840470 Dallas, TX 75284 | | | | | | **$86,751.00** |
| **Merit Management Group LP** 760 Village Center Dr. Suite 200A Burr Ridge, IL 60527 | | | | | | **$10,000.00** |
| **Peraza Capital and Investment, LLC.** 111 2nd Ave. NE Suite 705 Saint Petersburg, FL 33701 | | | | | | **$1,213,708.42** |
| **Percolate Industries** 107 Grand St. 2nd Floor New York, NY 10013 | | **Trade A/P** | | | | **$12,000.00** |
| **Princeton Alternative Funding, LLC** 100 Canal Pointe Blvd. Suite 208 Princeton, NJ 08540 | | **Consumer loans and related contracts, contract files, accounts, receivables and other rights, and proceeds thereof** | **Disputed** | **$36,977,362.44** | **$0.00** | **$36,977,362.44** |
| **Productive Edge, LLC.** 11 E. Illinois St. Suite 200 Chicago, IL 60611 | | **Trade A/P** | | | | **$312,196.12** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Argon Credit LLC** | | Case number *(if known)* | **16-39654** |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RSM US LLP 5155 Paysphere Circle Chicago, IL 60674** | | | | | | **$30,000.00** |
| **Swoon 8474 Solution Center Chicago, IL 60677-8004** | | | **Disputed** | | | **$40,000.00** |
| **Velocify Atn: Billing Department 222 N Sepulveda 18th Floor El Segundo, CA 90245** | | **Trade A/P** | | | | **$10,850.00** |
| **Yodlee Lockbox Dept CH 17505 Palatine, IL 60055-7405** | | **Trade A/P** | | | | **$15,000.00** |

**Fill in this information to identify the case:**

Debtor name     **Argon Credit LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)     **16-39654**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................     $ _____0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................     $ _____3,461,546.41

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................     $ _____3,461,546.41

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................     $ _____38,506,158.20

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................     $ _____0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................     +$ _____16,610,647.10

4.   Total liabilities ........................................................................................................
   Lines 2 + 3a + 3b        $ _____55,116,805.30

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **Argon Credit LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **16-39654**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Elk Grove Village Bank & Trust, a branch of Schaumberg Bank & Trust Company, N.A. (hereinafter "Elk Grove Village Bank & Trust")** | **Checking** | **0369** | $328.71 |
| 3.2. | **Elk Grove Village Bank & Trust** | **Checking** | **1986** | $40.09 |
| 3.3. | **Elk Grove Village Bank & Trust** | **Checking** | **2500** | $1,190.03 |
| 3.4. | **Elk Grove Village Bank & Trust** | **Checking** | **4381** | $50.00 |
| 3.5. | **Elk Grove Village Bank & Trust** | **Checking** | **6669** | $100.00 |
| 3.6. | **Elk Grove Village Bank & Trust** | **Checking** | **6677** | $75.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Argon Credit LLC**                                      Case number *(If known)*  **16-39654**
_____
Name

| | | | | | |
|---|---|---|---|---|---|
| 3.7. | **Elk Grove Village Bank & Trust** | **Checking** | **6790** | **$100.00** |
| 3.8. | **Elk Grove Village Bank & Trust** | **Checking** | **8233** | **$0.00** |
| 3.9. | **Elk Grove Village Bank & Trust** | **Checking** | **8290** | **$25.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                              | **$1,908.83** |
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

       **Enova International, Inc.**
7.1.   **Remaining Security Deposit for lease of 200 W. Jackson, Ste. 900**             **$74,919.50**

       **Lending Tree, PDS, Payliance -**
7.2.   **Deposit for payment processing services**                                      **$140,000.00**

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

8.1.   **DocuSign, Inc. - electronic signature software**                               **$32,500.00**

9.     **Total of Part 2.**                                                              | **$247,419.50** |
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Argon Credit LLC**
_____
Name

Case number *(If known)*  **16-39654**

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:    % of ownership

| | | | |
|---|---|---|---|
| 15.1. | **Argon X, LLC** | **100** % | $0.00 |
| 15.2. | **Argon Credit of Louisiana, LLC** | **100** % | $0.00 |
| 15.3. | **Argon Credit of Missouri, LLC** | **100** % | $0.00 |
| 15.4. | **Argon Credit of New Mexico, LLC** | **100** % | $0.00 |
| 15.5. | **Argon Credit of Texas, LLC** | **100** % | $0.00 |
| 15.6. | **Argon Credit of Alabama LLC** | **100** % | $0.00 |
| 15.7. | **Argon Credit of California LLC** | **100** % | $0.00 |
| 15.8. | **Argon Credit of Delaware LLC** | **100** % | $0.00 |
| 15.9. | **Argon Credit of Georgia LLC** | **100** % | $0.00 |
| 15.10. | **Argon Credit of Idaho LLC** | **100** % | $0.00 |
| 15.11. | **Argon Credit of Illinois LLC** | **100** % | $0.00 |
| 15.12. | **Argon Credit of Kansas LLC** | **100** % | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Argon Credit LLC** | | | Case number *(If known)* | **16-39654** |
|---|---|---|---|---|---|
| | Name | | | | |

| 15.13. | **Argon Credit of Maryland LLC** | **100** | % | | **$0.00** |
|---|---|---|---|---|---|
| 15.14. | **Argon Credit of Nevada LLC** | **100** | % | | **$0.00** |
| 15.15. | **Argon Credit of North Dakaota LLC** | **100** | % | | **$0.00** |
| 15.16. | **Argon Credit of South Dakaota LLC** | **100** | % | | **$0.00** |
| 15.17. | **Argon Credit of South Carolina LLC** | **100** | % | | **$0.00** |
| 15.18. | **Argon Credit of Utah LLC** | **100** | % | | **$0.00** |
| 15.19. | **Argon Credit of Wisconsin LLC** | **100** | % | | **$0.00** |
| 15.20. | **Sparten Speciality Finance LLC** | **15** | % | | **Unknown** |

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.   **Total of Part 4.**                                                                                         **$0.00**

Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Argon Credit LLC** | Case number *(If known)* **16-39654** |
|---|---|---|
| | Name | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture** | **$22,712.38** | **Net Book Value** | **$22,712.38** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer equipment and software including the software platform from which the Debtor operates its business.** | **$1,169,619.49** | **Net Book Value** | **$1,169,619.49** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$1,192,331.87** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Lease of Office Equipment from Data Sales Co., Inc.** | **$0.00** | | **$0.00** |

| | | |
|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Argon Credit LLC** | Case number *(If known)* **16-39654** |
|---|---|---|
| | Name | |

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.        Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **200 W. Jackson St., Ste. 900 Chicago, IL 60606** | **Leasehold** | **$0.00** | | **$0.00** |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$0.00** |
|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.    Internet domain names and websites www.argoncredit.com - valued as part of Platform** | **$0.00** | | **$0.00** |
| **62.    Licenses, franchises, and royalties** | | | |
| **63.    Customer lists, mailing lists, or other compilations** | | | |

| Debtor | **Argon Credit LLC** | | Case number *(If known)* **16-39654** |
|---|---|---|---|
| | Name | | |

| **Leads** | | $2,019,886.21 | | $2,019,886.21 |
|---|---|---|---|---|

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $2,019,886.21

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor   **Argon Credit LLC**_____    Case number *(If known)* **16-39654**
         Name

<div style="background:black;color:white">Part 12:</div>   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,908.83 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $247,419.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,192,331.87 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,019,886.21 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,461,546.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,461,546.41 |

Argon Credit, LLC
Asset Log as of 1/12/17

| | Asset Type | Location | Make | Model No. | Serial No. |
|---|---|---|---|---|---|
| 1 | Printer | MorrisAnderson (MA) Conf. Room | brother | HL-L2340DW | U63879B5N734173 |
| 2 | Printer | hallway next to MA Conf. Room | brother | HL-L2340DW | U62710E4N242674 |
| 3 | Printer | hallway next to MA Conf. Room | brother | HL-L2340DW | U63877K4N538709 |
| 4 | Printer | hallway next to MA Conf. Room | HP | CZ195A | VNG3506213 |
| 5 | Printer | hallway next to MA Conf. Room | brother | HL-L2340DW | U63879A5N674634 |
| 6 | Printer | hallway next to MA Conf. Room | brother | HL-L2340DW | U63877D5N808267 |
| 7 | Printer | main workspace area | brother | HL-L2340DW | U63879L5N335248 |
| 8 | Printer | main workspace area | RICOH | MP C5502A | C28005933 |
| 9 | Printer | main workspace area | brother | HL-L2340DW | U63883E5N848183 |
| 10 | Printer | main workspace area | brother | HL-L2340DW | U63883B5N745352 |
| 11 | Printer | main workspace area | brother | HL-L2340DW | U63883K5N272939 |
| 12 | Printer | main workspace area | brother | HL-L2340DW | U63879A5N674588 |
| 13 | Printer | main workspace area | brother | HL-L2340DW | U63883E5N848117 |
| 14 | Printer | main workspace area | brother | HL-L2340DW | U63883B5N745327 |
| 15 | Printer | main workspace area | Fellowes | Pulsar e300 | 141112VD0012123 |
| 16 | Printer | Marie Office | brother | HL-L2340DW | U63877M5N417463 |
| 17 | Printer | Samantha Office | brother | HL-L2340DW | U63883E5N844883 |
| 18 | Printer | Office next to Eric/Adam Office | brother | HL-L2340DW | U63877M5N417435 |
| 19 | Printer | Gary Office | brother | HL-L2340DW | U62710K3N553329 |
| 20 | Printer | Pete Office | brother | HL-L2340DW | U63883K5N273008 |
| 21 | Printer | opposite side workspace area | brother | HL-L2340DW | U63877D5N808222 |
| 22 | Printer | opposite side workspace area | brother | HL-L2340DW | U62710B4N943780 |
| 23 | Printer | opposite side workspace area | brother | HL-L2340DW | U62710K3N553280 |
| 24 | Printer | opposite side workspace area | brother | HL-L2340DW | U63883E5N858407 |
| 25 | Printer | opposite side workspace area | TASKalfa | 3500i | N48250806 |
| 26 | Printer | Harry Office | brother | HL-L2340DW | U63883E5N858328 |
| 27 | Monitor | hallway next to MA Conf. Room | Dell | U2412Mb | CN-0YMYH1-74261-43N-1LUL |
| 28 | Monitor | hallway next to MA Conf. Room | LG | 24M47H | 504NTUW1Y302 |
| 29 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151422162 |
| 30 | Monitor | main workspace area | Samsung | 2494HM | K124HVD5722468R |
| 31 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151620352 |
| 32 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151422160 |
| 33 | Monitor | main workspace area | Philips | 227E4LSB/27 | AU0A1447004265 |
| 34 | Monitor | main workspace area | Philips | 227E4LSB/27 | AU0A1447004062 |
| 35 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ154241637 |
| 36 | Monitor | main workspace area | Philips | 227E4LSB/27 | AU0A1447003718 |
| 37 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151422158 |
| 38 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151422151 |
| 39 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ141620348 |
| 40 | Monitor | main workspace area | Philips | 227E4LSB/27 | AU0A1447004061 |
| 41 | Monitor | main workspace area | Philips | 227E4LSB/27 | AU0A1447003743 |
| 42 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151422166 |
| 43 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151620337 |
| 44 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151620338 |
| 45 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151422157 |
| 46 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151422146 |
| 47 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151422165 |
| 48 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151621143 |
| 49 | Monitor | main workspace area | Dell | U2412Mb | CN-0YMYH1-74261-46K-03FS |
| 50 | Monitor | main workspace area | Dell | U2412Mb | CN-0YMYH1-74261-49C-IRPS |
| 51 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151422164 |
| 52 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151422133 |
| 53 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151422152 |
| 54 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151422134 |
| 55 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151422172 |
| 56 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151620347 |
| 57 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151422145 |
| 58 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151422142 |
| 59 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151620343 |
| 60 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151424621 |
| 61 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151620350 |
| 62 | Monitor | main workspace area | HP | A3M48A | 6CM3381ZDD |
| 63 | Monitor | main workspace area | HP | A3M48A | 6CM3331DN6 |
| 64 | Monitor | main workspace area | ViewSonic | VS15451 | TSZ151621145 |

| | | | | | |
|---|---|---|---|---|---|
| 65 Monitor | main workspace area | | ViewSonic | VS15451 | TSZ151422173 |
| 66 Monitor | main workspace area | | acer | G226HQL | MMLYLAA0015230BBFF8502 |
| 67 Monitor | main workspace area | | ViewSonic | VS15451 | TSZ151422169 |
| 68 Monitor | main workspace area | | ViewSonic | VS15451 | TSZ151422141 |
| 69 Monitor | main workspace area | | Philips | 227E4LSB/27 | AU0A1522003958 |
| 70 Monitor | main workspace area | | ViewSonic | VS15451 | TSZ151241624 |
| 71 Monitor | Marie Office | | LG | 24M47H | 504NTRL1Y310 |
| 72 Monitor | Samantha Office | | Dell | U2412Mb | CN-0KG49T-74261-1C9-1D4U |
| 73 Monitor | Samantha Office | | Dell | U2412Mb | MX-0V719M-44262-17J-19KL |
| 74 Monitor | Office next to Eric/Adam Office | | acer | G245HQ | ETLKK0W01622705E204350 |
| 75 Monitor | Office next to Eric/Adam Office | | Philips | 227E4LSB/27 | AU0A1447004055 |
| 76 Monitor | Office next to Eric/Adam Office | | acer | G245HQL | MMLYLAA0015230D8AA8502 |
| 77 Monitor | Office next to Eric/Adam Office | | ViewSonic | VS15451 | TSZ151621153 |
| 78 Monitor | Office next to Eric/Adam Office | | ViewSonic | VS15451 | TSZ151422177 |
| 79 Monitor | Office next to Eric/Adam Office | | acer | G245HQL | MMLRZAA001230032DB4300 |
| 80 Monitor | Gary Office | | acer | S200HQL | MMLXBAA003313027DF4203 |
| 81 Monitor | Gary Office | | acer | G245HQ | ETLKK0W01622705E2C4350 |
| 82 Monitor | opposite side workspace area | | HP | K6X12A | CNK4430507 |
| 83 Monitor | opposite side workspace area | | ViewSonic | VS15451 | TSZ154241630 |
| 84 Monitor | opposite side workspace area | | ViewSonic | VS15451 | TSZ151422131 |
| 85 Monitor | opposite side workspace area | | ASUS | VS247 | D3LMTF099596 |
| 86 Monitor | opposite side workspace area | | ViewSonic | VS15451 | TSZ151620344 |
| 87 Laptop | Raviv Office | | Lenovo | ?? | SL10H35510 |
| 88 Laptop | Raviv Office | | HP | L8E47UT#ABA | 5CG5281CCD |
| 89 Laptop | main workspace area | | Lenovo | 20351 | YBO6031110 |
| 90 Laptop | main workspace area | | HP | L8E47UT#ABA | 5CG52751F6 |
| 91 Laptop | main workspace area | | HP | L8E47UT#ABA | 5CG5282JH |
| 92 Laptop | main workspace area | | HP | L8E47UT#ABA | 5CG5281CDY |
| 93 Laptop | main workspace area | | HP | L8E47UT#ABA | 5CG5281CCX |
| 94 Laptop | main workspace area | | Lenovo | ?? | SL10H35510 |
| 95 Laptop | main workspace area | | HP | L8E47UT#ABA | 5CG5280CZ2 |
| 96 Laptop | main workspace area | | HP | L8E47UT#ABA | 5CG52808NZ |
| 97 Laptop | main workspace area | | HP | L8E47UT#ABA | 5CG5280897 |
| 98 Laptop | main workspace area | | Lenovo | 20351 | YBO6037697 |
| 99 Laptop | main workspace area | | Lenovo | 20351 | YBO6057117 |
| 100 Laptop | main workspace area | | HP | L8E47UT#ABA | 5CG52808FC |
| 101 Laptop | main workspace area | | HP | L8E47UT#ABA | 5CG5280B49 |
| 102 Laptop | main workspace area | | HP | L8E47UT#ABA | 5CG5281CD7 |
| 103 Laptop | main workspace area | | HP | L8E47UT#ABA | 5CG5280BL1 |
| 104 Laptop | main workspace area | | Lenovo | ?? | SL10H335510 |
| 105 Laptop | Eric/Adam Office | | Lenovo | ?? | SL10H335510 |
| 106 Laptop | Eric/Adam Office | | Lenovo | 20351 | YBO6057230 |
| 107 Laptop | Office next to Eric/Adam Office | | HP | L8E47UT#ABA | 5CG5280BMD |
| 108 Laptop | Pete Office | | Lenovo | ?? | SL10H35510 |
| 109 Laptop | in locked office next to Marie Office | | ?? | ?? | about 15 laptops according to John Barille |
| 110 TV Screens | MorrisAnderson (MA) Conf. Room | | Toshiba | 40L5200U | C23220T1981K1 |
| 111 TV Screens | MorrisAnderson (MA) Conf. Room | | Toshiba | ?? | ?? |
| 112 TV Screens | Office next to Eric/Adam Office | | Toshiba | 40L5200U1 | C27236T02703K1 |
| 113 TV Screens | Office next to Eric/Adam Office | | Toshiba | ?? | ?? |
| 114 TV Screens | Office next to Eric/Adam Office | | Toshiba | 40L5200U | C23220T1980K1 |
| 115 TV Screens | Office next to Eric/Adam Office | | Toshiba | ?? | ?? |
| 116 TV Screens | Eric/Adam Office | | Toshiba | ?? | ?? |
| 117 TV Screens | Eric/Adam Office | | Toshiba | ?? | ?? |
| 118 TV Screens | Eric/Adam Office | | Toshiba | 40L5200U | C23220T1987K1 |
| 119 TV Screens | Eric/Adam Office | | Toshiba | ?? | ?? |
| 120 TV Screens | Sean Office | | Toshiba | ?? | ?? |
| 121 TV Screens | Sean Office | | Toshiba | ?? | ?? |
| 122 TV Screens | Kitchen | | Samsung | ?? | ?? |
| 123 TV Screens | conf room in opposite side work space area | | Toshiba | ?? | ?? |
| 124 TV Screens | conf room in opposite side work space area | | Toshiba | 40L5200U | C23220T19536K1 |
| 125 TV Screens | conf room in opposite side work space area | | Toshiba | ?? | ?? |
| 126 TV Screens | conf room in opposite side work space area | | Toshiba | 40L5200U | C23220T19813K1 |
| 127 TV Screens | conf room in opposite side work space area | | Toshiba | ?? | ?? |
| 128 TV Screens | conf room in opposite side work space area | | Toshiba | 40L5200U | C23220T19811K1 |
| 129 TV Screens | office with boxes, old couch, etc. in opposite side work space | | Toshiba | ?? | ?? |
| 130 TV Screens | office with boxes, old couch, etc. in opposite side work space | | Toshiba | 40L5200U | C23220T19812K1 |
| 131 TV Screens | Harry Office | | Toshiba | ?? | ?? |
| 132 TV Screens | Harry Office | | Toshiba | 40L5200U | C23220T19822K1 |

NOTE: Professionals conducting inventory were not given access to room believed to contain additional computer/office equipment

**Fill in this information to identify the case:**

Debtor name     **Argon Credit LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)     **16-39654**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

| 2.1 | **Margon LLC** | | | |
| --- | --- | --- | --- | --- |

Creditor's Name

**760 Village Center Dr. Suite 200**
**Willowbrook, IL 60527**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Accounts Receivable, Notes Receivable, and Short Term Interest Receivable and all proceeds from the collection or sale thereof.**

**Describe the lien**
**Subordinated Lien**
**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $1,528,795.76 | Unknown |
| --- | --- | --- |

| 2.2 | **Princeton Alternative Funding, LLC** | | | |
| --- | --- | --- | --- | --- |

Creditor's Name

**100 Canal Pointe Blvd. Suite 208**
**Princeton, NJ 08540**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/15/2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Consumer loans and related contracts, contract files, accounts, receivables and other rights, and proceeds thereof**

**Describe the lien**
**Guaranty and Suretyship**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| | $36,977,362.44 | $0.00 |
| --- | --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Argon Credit LLC**                                         Case number (if know)    **16-39654**
          Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$38,506,158.**
                                                                                                                            | **20**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name    **Argon Credit LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **16-39654**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Barrile, John M**
**330 N. Jefferson**
**Apt. 1004**
**Chicago, IL 60661**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition**
**Pursuant to Court Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Bates, Birttney T**
**914 Great Plaines**
**Matteson, IL 60443**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition**
**Pursuant to Court Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Argon Credit LLC** | | Case number (if known) | **16-39654** |
|---|---|---|---|---|
| | Name | | | |

---

**2.3**

Priority creditor's name and mailing address

**Bates, LaTonya**
**P.O. Box 168**
**Frankfort, IL 60423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address

**Beattie, Mary**
**32429 W River Rd**
**Wilmington, IL 60481**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address

**Bethke, John T**
**6037 W 99th St**
**Oak Lawn, IL 60453**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6**

Priority creditor's name and mailing address

**Bingham, Ashleigh L**
**4058 W 115th Apt 111**
**Chicago, IL 60655**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Argon Credit LLC** | | Case number *(if known)* | **16-39654** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Borden, Alea**
**1312 W George Street Apt 3**
**Chicago, IL 60657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Breen, Brian M**
**8500 Westberry Ln**
**Tinley Park, IL 60487**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Brown, Derrick**
**11615 S Hale Ave**
**Chicago, IL 60643**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Calloway, Evelyn**
**5803 W Erie St #3S**
**Chicago, IL 60644**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Argon Credit LLC** | Case number *(if known)* | **16-39654** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Canete, Ira V**
**1050 S School St**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Coates, Charles**
**3535 W Armitage Ave Unit 2F**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Collins, Keyoma R**
**2708 Oxford Dr**
**Markham, IL 60428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Dabney, Ashley M**
**3116 W. Belmont Avenue #2**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Argon Credit LLC** | | Case number (if known) | **16-39654** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Daniels, Panichi**
**61 W 146th St**
**Riverdale, IL 60827**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Diekelman, Adam K**
**511 W Division St #512**
**Chicago, IL 60610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Drane, Cecelia D**
**719 N. 7th St.**
**Maywood, IL 60153**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Dube, Matthew R**
**226 N Adams St**
**Hinsdale, IL 60521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Argon Credit LLC** | Case number *(if known)* | **16-39654** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Erickson, Nathan R**
**655 W Irving Park Rd Apt 1408**
**Chicago, IL 60613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ferro, Peter A**
**2377 Holt Rd**
**Minooka, IL 60447**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Fukawa, Kim K**
**2462 N Orchard St  #1**
**Chicago, IL 60614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Gonzalez, James R**
**808 Alann Dr**
**Joliet, IL 60435**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Argon Credit LLC** | Case number (if known) | **16-39654** |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Gonzalez, Mayra**
**4048 S Albany Ave**
**Chicago, IL 60632**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hicks, Kevin**
**4527 W Monroe St**
**Chicago, IL 60624**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Howard, Casey K**
**1624 W Division St #504**
**Chicago, IL 60622**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Krivich, Alexandria N**
**21847 W Kentwood Dr**
**Plainfield, IL 60544**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Argon Credit LLC** | Case number *(if known)* | **16-39654** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Madanyan, Harry**
**6261 W 128th Pl**
**Palos Heights, IL 60463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (3)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Mattull, Eric**
**423 Osage Dr**
**Dyer, IN 46311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**McGee, Anthony E**
**2208 W 121st Place**
**Blue Island, IL 60406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Michalski, Rachel M**
**12933 Norwich St**
**Plainfield, IL 60585**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Argon Credit LLC** | | Case number *(if known)* | **16-39654** |
|---|---|---|---|---|

Name

---

**2.31** | Priority creditor's name and mailing address

**Mounce, Tawni L**
**5117 North Western Ave Apt 1**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address

**Munsayac, Christian**
**4904 N Harding Ave**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address

**Nelson, Rebecca**
**7209 Oneill Rd**
**Downers Grove, IL 60516**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address

**Nunn, Marlon T**
**7765 S South Shore Dr Apt #2**
**Chicago, IL 60649**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Argon Credit LLC** | Case number (if known) | **16-39654** |
|---|---|---|---|
| | Name | | |

---

**2.35**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|

**Park, Rhonda**
**3531 Stackinghay Dr**
**Naperville, IL 60564**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.36**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|

**Rossow, Marie E**
**808 POMEROON ST Apt 306**
**Naperville, IL 60540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.37**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|

**Ruiz, Liza**
**6149 W Giddings**
**Chicago, IL 60630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.38**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|

**Sammons, Samantha K**
**3420 N Lakeshore Dr. Apt 7N**
**Chicago, IL 60657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Argon Credit LLC** | Case number *(if known)* | **16-39654** |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Schneider, Lisa**
**1804 S Racine Ave #4-B**
**Chicago, IL 60606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Schnosenberg, Eric**
**2830 N Damen Ave**
**Chicago, IL 60618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Shah, Manali**
**9031 Westminster Dr**
**Woodridge, IL 60517**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tomaszkiewicz, Sean**
**2009 Fairoak Ct**
**Naperville, IL 60565**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Argon Credit LLC** | Case number *(if known)* | **16-39654** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Venkatasubramaniam, Shreyas**
**350 West Oakdale Avenue #1308**
**Chicago, IL 60657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Virola, Amanda L**
**5642 W Melrose St. Garden Unit**
**Chicago, IL 60634**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

**Wolfe, Raviv**
**571 Vernon Woods Dr.**
**Valparaiso, IN 46385**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Woodworth, Allison J**
**516 W Melrose St Apt 306**
**Chicago, IL 60657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Prepetition Wages Paid Postpetition Pursuant to Court Order**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Argon Credit LLC** | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | **16-39654** |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Zumski, Gary**
**4204 E. Frontage Rd**
**Rolling Meadows, IL 60008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00** |
|---|---|---|---|

**Addison Professional Financial Sear**
**7076 Solutions Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade A/P__

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ahmed Belhabib**
**808 Canyon Terrace Ln.**
**Folsom, CA 95630**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$580.00** |
|---|---|---|---|

**AmOne Corporation**
**12331 SW 3rd St**
**Suite 700**
**Fort Lauderdale, FL 33325-2813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade A/P__

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ashley Stuart**
**9137 Ga. Hwy. 135**
**Naylor, GA 31641**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$116,980.00** |
|---|---|---|---|

**B Money Holdings**
**2569 College Hill Circle**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Argon Credit LLC** | Case number *(if known)* | **16-39654** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bernard Marsiglia**
**100 Forest Pl., Apt. 501**
**Oak Park, IL 60301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,050.00** |
|---|---|---|---|

**Blue Treble Solutions, LLC**
**2009 Fairoak Ct.**
**Naperville, IL 60565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade A/P__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$191,666.59** |
|---|---|---|---|

**Broadmark Capital, LLC**
**600 University St. Suite 1800**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Bruce W. Breitweiser**
**1504 W Washington Street**
**Bloomington, IL 61701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,286.35** |
|---|---|---|---|

**Budd Larner, P.C.**
**150 John F. Kennedy Pkwy**
**Short Hills, NJ 07078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Byron Faermark**
**1900 S Highland Ave  Suite 100**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Candace Harison**
**20 N. Tower Rd.**
**Oak Brook, IL 60523**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Argon Credit LLC** | | Case number (if known) | **16-39654** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,096,388.92 |
|---|---|---|---|

**Cardinal Trust**
**760 Village Center Dr. Suite 200**
**Willowbrook, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subordinated Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Charles Augello**
**9023 Gardner Dr.**
**Alpharetta, GA 30009**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Charles Beattie**
**35 Woodlake Blvd., Apt. 1205**
**Gurnee, IL 60031**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Chris Walker**
**4138**
**Ridgefield Dr.**
**Columbus, GA 31907**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Christine Sammons**
**3250 Cannon Bay Dr.**
**Cumming, GA 30041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Christopher Hinsley**
**720 Wellington Ave.**
**Elk Grove Village, IL 60007**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Clayton Pringle**
**911 West George St.**
**Banning, CA 92220**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Argon Credit LLC** | | Case number (*if known*) | **16-39654** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,875.31** |
|---|---|---|---|
| | **Cogent Communications Chicago** | ☐ Contingent | |
| | **221 N. LaSalle Street** | ☐ Unliquidated | |
| | **Chicago, IL 60601** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Internet Service Provider** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$603.91** |
|---|---|---|---|
| | **ComEd** | ☐ Contingent | |
| | **PO Box 6111** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Electricity utilities provider** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,826.78** |
|---|---|---|---|
| | **Conversant LLC** | ☐ Contingent | |
| | **P.O. Box 849725** | ☐ Unliquidated | |
| | **Los Angeles, CA 90084-9725** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Trade A/P** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$690.00** |
|---|---|---|---|
| | **CyberRidge** | ☐ Contingent | |
| | **c/o Nortridge Software** | ☐ Unliquidated | |
| | **2 S. Pointe Dr., Ste 250** | ☐ Disputed | |
| | **Lake Forest, CA 92630** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Trade A/P** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Deborah Martin** | ☑ Contingent | |
| | **413 Flint Trl** | ☑ Unliquidated | |
| | **Jonesboro, GA 30236** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Denise Ortiz** | ☐ Contingent | |
| | **c/o Golden & Cardona-Loya LLP** | ☑ Unliquidated | |
| | **3130 Bonita Road, Ste. 200B** | ☑ Disputed | |
| | **Chula Vista, CA 91910** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **PCTL** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dennis Nix** | ☑ Contingent | |
| | **24701 Raymond Way** | ☑ Unliquidated | |
| | **Lake Forest, CA 92630** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Argon Credit LLC** | Case number (if known) | **16-39654** |
|---|---|---|---|
| | Name | | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,843.80** |
|---|---|---|---|

**Department of the Treasury**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,788.28** |
|---|---|---|---|

**DevBridge Group, LLC.**
**343 W. Erie St. Suite 600**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Douglas Harvey**
**3836 South Hurt Rd.**
**Smyrna, GA 30082**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,179.88** |
|---|---|---|---|

**Enova International, Inc.**
**175 W. Jackson Blvd. Suite 1000**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Erica White**
**10343 Linder Ave.**
**Oak Lawn, IL 60453**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,944,329.86** |
|---|---|---|---|

**Fintech Financial, LLC**
**Attn: Mindi Vavra**
**101 Research Park Dr.**
**Mission, SD 57555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Florian Fox**
**10606 Charles St.**
**Huntley, IL 60142**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Argon Credit LLC** | Case number (if known) | **16-39654** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,728.00** |
|---|---|---|---|

**Gallop Solutions, Inc.**
**P.O. Box 796575**
**Dallas, TX 75379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heather Miller**
**25 Elm Dr.**
**Bethany, IL 61914**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heather Nicholas**
**11496 Autumn Hill Drive**
**Sandy, UT 84094**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heidi Smith**
**388 Alicia Ave.**
**Talladega, AL 35160**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,761.05** |
|---|---|---|---|

**InContact**
**7730 S. Union Park Ave. Suite 500**
**Salt Lake City, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trades A/P**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Ciesielski**
**210 N. 14th St.**
**Lanett, AL 36863**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Hansen**
**2065 East County Rd. 1300**
**Carthage, IL 62321**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Argon Credit LLC** | Case number (if known) | **16-39654** |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jamillah Omar**
**8945 S. Dorchester Ave.**
**Chicago, IL 60619**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jandice Tidwell**
**798 County Rd. 245**
**Scottsboro, AL 35768**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jason Petty**
**5263 Highland Trace Circle**
**Birmingham, AL 35215**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jason Sparling**
**103 East 5th**
**Spring Valley, IL 61362**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joann Brooks**
**2241 Mokingbird Ln.**
**Washington, IL 61571**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph Coler**
**4480 Highwood Park. Dr.**
**Atlanta, GA 30344**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph Martinez**
**3746 Morning Glory Ave.**
**AK 99534-8000**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Argon Credit LLC** | | Case number (if known) | **16-39654** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kamie McKay**
**3756 Galaway Ct.**
**Moreno Valley, CA 92555**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,577.00** |
|---|---|---|---|

**Karthik Nagarur**
**c/o Apollo Legal Services, LLC**
**3900 N. Lake Shore Dr., #4D**
**Chicago, IL 60613**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lachandra Jones**
**3539 Oakshire Way**
**Atlanta, GA 30354**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lagina Dardy**
**1807 Highland Ave., Apt. 1**
**Dublin, GA 31021**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Larry McDuffie**
**134 GlenDale Rd.**
**Leesburg, GA 31763**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Latoria Williams**
**3840 Culver Rd.**
**Tuscaloosa, AL 35401**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$86,751.00** |
|---|---|---|---|

**Lending Tree**
**PO Box 840470**
**Dallas, TX 75284**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Argon Credit LLC | | |
|---|---|---|---|
| | Name | Case number (if known) | **16-39654** |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Leroy Commander**
**600 Hunter St.**
**Thomson, GA 30824**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,090.00** |
|---|---|---|---|

**LexisNexis Risk Solutions**
**230 Park Ave.**
**7th Floor**
**New York, NY 10169**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Trade A/P_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,893,779.61** |
|---|---|---|---|

**Little Owl of Argon LLC**
**322 E. Michigan St., Suite 302**
**Milwaukee, WI 53202**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Subordinated Note_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marco Boykin-Hunter**
**649 Candle Ln.**
**Birmingham, AL 35214**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria Colindres**
**6928**
**Agnes Ave. #4**
**North Hollywood, CA 91605**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marjorie Fulmer**
**211 Mantle Dr.**
**Madison, AL 35757**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,308,758.48** |
|---|---|---|---|

**Mark Triffler Trust**
**32 Ruffled Feathers Dr.**
**Lemont, IL 60439**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Subordinated Note_

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Argon Credit LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **16-39654** |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Martha Fackiner**
5123 Brookwood Valley NE
Atlanta, GA 30309

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Schmarje**
608 Queen Anne St.
Woodstock, IL 60098

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,175.00** |
|---|---|---|---|

**Meghan Hubbard**
760 Village Center Drive, Suite 200
Burr Ridge, IL 60527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Merit Management Group LP**
760 Village Center Dr. Suite 200A
Burr Ridge, IL 60527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michelle Waters**
249 Silver Ridge Dr.
Dallas, GA 30157

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,945.78** |
|---|---|---|---|

**Microbilt**
1640 Airport Rd., Ste. 115
Kennesaw, GA 30144

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Niko Evrard**
1868 Stow St.
Simi Valley, CA 93063

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Argon Credit LLC** | | Case number *(if known)* | **16-39654** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70,000.00** |
| --- | --- | --- | --- |

**Noax, LLC**
**310 E. 90th Dr.**
**Merrillville, IN 46410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Palla Smith**
**5917 Sunflower Ct.**
**Ellenwood, GA 30294**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Pasquale Caira**
**7508 Locust Ln.**
**Plainfield, IL 60586**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Patricia Carr**
**1152 Violet Dr.**
**Birmingham, AL 35215**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Paul Kotowski**
**7101 N. LeClaire Ave.**
**Skokie, IL 60077**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Penny Mullis**
**1878 Cook Ct.**
**Montrose, GA 31065**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,213,708.42** |
| --- | --- | --- | --- |

**Peraza Capital and Investment, LLC.**
**111 2nd Ave. NE Suite 705**
**Saint Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Argon Credit LLC** | | Case number *(if known)* | **16-39654** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Percolate Industries**
**107 Grand St. 2nd Floor**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade A/P**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pheareak Phan**
**25 N. Puente Dr.**
**Tracy, CA 95391**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Porche Taylor**
**1353 Florin Rd.**
**Sacramento, CA 95823**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$312,196.12** |
|---|---|---|---|

**Productive Edge, LLC.**
**11 E. Illinois St. Suite 200**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade A/P**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Renita Briley**
**50 Roswell Ct.**
**Atlanta, GA 30305**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Peterson**
**247 Talking Rock Trail**
**Dallas, GA 30132**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rik Williamson**
**1014 W. S. 2nd**
**Shelbyville, IL 62565**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Argon Credit LLC** | | Case number (if known) | **16-39654** |
|---|---|---|---|---|
| | Name | | | |

---

**3.83** | Nonpriority creditor's name and mailing address

**Robert Demetrius Walker**
**3590 Towanda Dr.**
**Atlanta, GA 30349**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.84** | Nonpriority creditor's name and mailing address

**Robert Half**
**12400 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Staffing Agency**

Is the claim subject to offset? ■ No ☐ Yes

**$7,172.50**

---

**3.85** | Nonpriority creditor's name and mailing address

**Robert Vaughn**
**1236 N. Oaklane Rd. Lot 315**
**Springfield, IL 62707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.86** | Nonpriority creditor's name and mailing address

**Roderick Williams**
**195 Echols Way**
**Acworth, GA 30101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.87** | Nonpriority creditor's name and mailing address

**RSM US LLP**
**5155 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.88** | Nonpriority creditor's name and mailing address

**Sandra Rheuby**
**421 Mono Drive**
**Vacaville, CA 95687**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.89** | Nonpriority creditor's name and mailing address

**Seyfarth Shaw LLP**
**131 S Dearborn St. Suite 2400**
**Chicago, IL 60603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$867.00**

---

| Debtor | **Argon Credit LLC** | Case number (if known) | **16-39654** |
|---|---|---|---|
| | Name | | |

---

**3.90**

**Nonpriority creditor's name and mailing address**

**Sherry Ann Morris**
**1205 Ridge Vista Ct.**
**Lawrenceville, GA 30043**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.91**

**Nonpriority creditor's name and mailing address**

**Shirley Crowell**
**2024 Henry Crumrpton Dr.**
**Birmingham, AL 35211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.92**

**Nonpriority creditor's name and mailing address**

**Stacey Gibson**
**1656 Eddie Jackson Rd.**
**Brewton, AL 36426**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.93**

**Nonpriority creditor's name and mailing address**

**Steven Wayne McCormick**
**80 Reynolds Dr.**
**Rossville, GA 30741**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Swoon**
**8474 Solution Center**
**Chicago, IL 60677-8004**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.95**

**Nonpriority creditor's name and mailing address**

**Tachiana Beard**
**1252 Hardy Point Dr.**
**Evans, GA 30809**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.96**

**Nonpriority creditor's name and mailing address**

**Thomas Dyess**
**6740 Spice Pond Ln.**
**Mobile, AL 36663**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Argon Credit LLC** | Case number (if known) | **16-39654** |
|---|---|---|---|
| | Name | | |

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Thomas Zito**
**3552 Brookfield Rd.**
**Birmingham, AL 35226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Timothy Miller**
**25 Elm Dr.**
**Bethany, IL 61914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Tonya Sasser**
**1261 Nicole Ave.**
**Atmore, AL 36502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Tonyetta Andrews**
**601 Creste Dr.**
**Decatur, GA 30035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.101**

**Nonpriority creditor's name and mailing address**

**TransUnion**
**555 West Adams Street**
**Chicago, IL 60661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade A/P**

Is the claim subject to offset? ☑ No  ☐ Yes

**$100.00**

---

**3.102**

**Nonpriority creditor's name and mailing address**

**TrueBrew**
**2155 S. Carpenter St.**
**Chicago, IL 60608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade A/P**

Is the claim subject to offset? ☑ No  ☐ Yes

**$97.46**

---

**3.103**

**Nonpriority creditor's name and mailing address**

**Vanessa Waddell**
**214 Robin Hood**
**Rome, GA 30161**

Date(s) debt was incurred _

Last 4 digits of account number **3mgd**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Argon Credit LLC | Case number (if known) | 16-39654 |
|---|---|---|---|
| | Name | | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,850.00 |
|---|---|---|---|

**Velocify**
**Atn: Billing Department**
**222 N Sepulveda 18th Floor**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade A/P**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Walter Yarbrough**
**3011 W. 61st**
**Chicago, IL 60629**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William Harris**
**302 West Blackburn**
**Paris, IL 61944**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Yodlee**
**Lockbox Dept CH 17505**
**Palatine, IL 60055-7405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade A/P**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Tachiana Beard**
**c/o Brow & Associates, LLC**
**Evans, GA 30809** | Line  **3.95**
☐ Not listed. Explain ____ | **2SDB** |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 16,610,647.10 |
| **5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c. | 5c. | $ | 16,610,647.10 |

**Fill in this information to identify the case:**

Debtor name     **Argon Credit LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **16-39654**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Lease** | |
| State the term remaining — **14 months** | **Data Sales Co., Inc.** |
| List the contract number of any government contract | **3450 West Burnsville Pkwy** **Burnsville, MN 55337** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Office Building** | |
| State the term remaining — **January 1, 2017 - June 29, 2017** | **Enova International, Inc.** |
| List the contract number of any government contract | **200 W. Jackson St., 9th Floor** **Chicago, IL 60606** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Argon Credit LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **16-39654** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Argon X LLC** | **200 W. Jackson Blvd., Ste. 900 Chicago, IL 60606** | **Princeton Alternative Funding, LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Argon Credit LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **16-39654**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $14,133,450.35 |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $6,138,701.74 |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | $136,834.31 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Debtor | **Argon Credit LLC** | Case number *(if known)* **16-39654** |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **Argon X, LLC**<br>200 W. Jackson Blvd.<br>Suite 900<br>Chicago, IL 60606 | **10/31/16**<br>**through**<br>**12/1/2016** | **$995,078.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Conduit payment to**<br>**Argon X** |
| 3.2. **Princeton Alternative Fund (PAF)**<br>100 Canal Pointe Blvd. Suite 208<br>Princeton, NJ 08540 | **9/16/16**<br>**through**<br>**12/1/2016** | **$1,241,957.54** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.3. **Synergy, Inc.**<br>230 W. Monroe St.<br>24th Floor<br>Chicago, IL 60606 | **9/21/16**<br>**through**<br>**12/15/16** | **$973,151.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.4. **Enova International, Inc.**<br>175 W. Jackson Blvd. Suite 1000<br>Chicago, IL 60604 | **10/6/16**<br>**through**<br>**12/6/16** | **$115,259.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.5. **First Analysis**<br>1 S. Wacker Dr., Ste. 3900<br>Chicago, IL 60606 | **9/30/2016** | **$100,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.6. **Wintrust Bank**<br>231 S. LaSalle Street<br>#100<br>Chicago, IL 60603 | **9/30/16**<br>**through**<br>**12/16/16** | **$83,879.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.7. **Effovex Solutions LLC**<br>190 S. LaSalle Street<br>Suite 2100<br>Chicago, IL 60603 | **9/23/16**<br>**through**<br>**11/30/16** | **$46,230.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.8. **AutoPal Software**<br>140 W. Union Ave., #240<br>Farmington, UT 84025 | **10/13/16**<br>**through**<br>**11/3/16** | **$30,364.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| Debtor | Argon Credit LLC | Case number (if known) | 16-39654 |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9. Meghan Hubbard<br>760 Village Center Drive, Suite 200<br>Burr Ridge, IL 60527 | 10/14/16,<br>11/3/16 | $28,964.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. CyberRidge<br>c/o Nortridge Software<br>2 S. Pointe Dr., Ste. 250<br>Lake Forest, CA 92630 | 9/20/16<br>through<br>11/30/16 | $20,540.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. Lending Tree<br>PO Box 840470<br>Dallas, TX 75284 | 10/18/16 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. Yodlee<br>Lockbox Dept CH 17505<br>Palatine, IL 60055-7405 | 9/30/16<br>through<br>11/30/16 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. Discover<br>2500 Lak Cook Rd.<br>Deerfield, IL 60015 | 11/16 | $13,272.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. Bank Direct Capital Finance<br>Two Conway Park<br>150 N. Field Dr.<br>#190<br>Lake Forest, IL 60045 | 9/30/16,<br>11/30/16 | $11,866.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15. Velocify<br>222 N Sepulveda 18th Floor<br>El Segundo, CA 90245 | 12/6/16 | $10,850.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.16. Chicago Catalyst | 10/11/16<br>through<br>12/6/16 | $9,653.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Argon Credit LLC**                                    Case number *(if known)*  **16-39654**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17 **RSM US LLP**<br>5155 Paysphere Circle<br>Chicago, IL 60674 | 11/30/16 | $9,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18 **Gallop Solutions, Inc.**<br>P.O. Box 796575<br>Dallas, TX 75379 | 11/16/2016 | $8,789.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19 **Data Sales, Inc.**<br>3450 West Burnsville Pkwy<br>Burnsville, MN 55337 | 10/3/2016 -<br>12/1/2016 | $7,837.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20 **Robert Half**<br>12400 Collections Center Drive<br>Chicago, IL 60693 | 9/30/2016,<br>10/14/2016 | $7,560.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21 **Berj Arakelian** | 12/1/2016 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22 **American Express**<br>PO Box 650448<br>Dallas, TX 75265 | 11/16/2016<br>through<br>12/6/2016 | $7,145.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23 **Blue Treble Solutions, LLC**<br>2009 Fairoak Ct.<br>Naperville, IL 60565 | 10/14/2016 to<br>11/15/2106 | $7,050.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.24 **Franchise Tax Board** | 10/14/2016 | $6,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **Argon Credit LLC** | Case number *(if known)* **16-39654** |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Raviv Wolfe**<br>**571 Vernon Wood Dr.**<br>**Valparaiso, IN 46385**<br>**Chief Executive Officer** | **12/17/2015 -**<br>**12/1/2016** | **$250,876.47** | **Payroll and expense reimbursements** |
| 4.2.    **Gary Zumski**<br>**4204 E. Frontage Rd.**<br>**Rolling Meadows, IL 60008**<br>**Chief Risk Officer** | **1/7/2016 -**<br>**11/30/2016** | **$159,001.57** | **Payrolll and expense reimbursements** |
| 4.3.    **Eric Schnosenberg**<br>**2830 N. Damen Ave.**<br>**Chicago, IL 60618**<br>**Executive VP of Finance** | **1/1/16 -**<br>**12/16/2016** | **$124,834.07** | **Payroll and expense reimbursements** |
| 4.4.    **Cardinal Trust**<br>**760 Village Center Dr., Ste. 200**<br>**Willowbrook, IL 60527**<br>**Member** | **2/8/2016 -**<br>**5/6/2016** | **$99,444.44** | **Interest Payments** |
| 4.5.    **Peter Ferro**<br>**2377 Hold Rd.**<br>**Minooka, IL 60447**<br>**President** | **1/1/2016 -**<br>**12/16/2016** | **$99,302.56** | **Payroll and expense reimbursements** |
| 4.6.    **Mark Tiffler Trust**<br>**32 Ruffled Feathers Dr.**<br>**Lemont, IL 60439**<br>**Member** | **2/5/2016 -**<br>**11/16/2016** | **$78,722.22** | **Interest Payments** |
| 4.7.    **Little Owl**<br>**322 E. Michigan St. Suite 302**<br>**Milwaukee, WI 53202**<br>**Member** | **2/9/2016 -**<br>**5/18/2016** | **$447,759.56** | **Interest Payments** |
| 4.8.    **Margon**<br>**760 Village Center Dr. Suite 200**<br>**Burr Ridge, IL 60527**<br>**Member** | **2/5/2016 -**<br>**6/8/2016** | **$197,416.68** | **Interest Payments** |
| 4.9.    **Sean Tomaszkiewicz**<br>**2009 Fairoak Ct**<br>**Naperville, IL 60565**<br>**Chief Opperations Officer** | **1/1/2016 -**<br>**12/31/2016** | **$118,064.71** | **Payroll and expense reimbursements** |
| 4.10.    **John Barrile**<br>**330 N. Jefferson**<br>**Apt. 1004**<br>**Chicago, IL 60661**<br>**Chief Technology Officer** | **1/1/2016 -**<br>**12/31/2016** | **$115,208.20** | **Payroll and expense reimbursements** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **Argon Credit LLC**                                        Case number *(if known)*   **16-39654**

---

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.   Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **In re Sparten Specialty Finance I SPV, LLC**<br>**7:16-b-22881** | **Bankruptcy** | **Bankr. S.D.N.Y.** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **Beard v. Argon Credit of Georgia LLC**<br>**16-ap-01042** | **Bankruptcy** | **Bankr. S.D.Ga. (Augusta)** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.   **Ortiz v. Argon Credit LLC**<br>**37-2016-00044533-CU-NP-CTL** | **Civil** | **State of California, County of San Diego** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.   **Waddell v. Argon Credit, Inc.**<br>**16-04052-mgd** | **Violation of Automatic Stay** | **Bankr. N.D.Ga** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5.   **Waddell v. Argon Credit, Inc.**<br>**16-04053-mgd** | **Violation of Automatic Stay** | **Bankr. N.D.Ga** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

---

Official Form 207                        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                        page **6**

| Debtor | **Argon Credit LLC** | Case number *(if known)* | **16-39654** |
|---|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dale & Gensburg, P.C.**<br>**200 W. Adams St., Ste. 2425**<br>**Chicago, IL 60606** | | **12/2/2016 -**<br>**12/9/2016** | **$100,000.00** |
| | Email or website address<br>**www.dandgpc.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Morris Anderson &**<br>**Associates**<br>**55 W. Monroe St., Ste. 2350**<br>**Chicago, IL 60603** | | **12/15/2016 -**<br>**12/16/2016** | **$75,000.00** |
| | Email or website address<br>**www.morrisanderson.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Argon Credit LLC | | Case number *(if known)* | **16-39654** |

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

### Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **760 Village Center Dr., Ste. 230 Burr Ridge, IL 60527** | **2014-6/15/2015** |

---

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, Date of Birth, Social Security numbers, addresse, email addresse, phone number**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

---

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Argon Credit LLC | Case number *(if known)* | **16-39654** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America** | **XXXX-1965** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **November 2016** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Elk Grove Village & Trust**<br>**1145 N. Arlington  Heights Road**<br>**Itasca, IL 60143** | **Adam Diekelman**<br>**1145 N. Arlington**<br>**Heights Road**<br>**Itasca, IL 60143** | **Argon Credit, LLC - Checking**<br>**Accounts ending in *0369,**<br>***1986, *2500, *4381, *6669,**<br>***6677, *6790, *8233, *8290** | ■ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   **Argon Credit LLC**                                                           Case number *(if known)*  **16-39654**

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.   **Argon X LLC 200 W. Jackson Blvd., Ste. 900 Chicago, IL 60606** | **Loan Agency** | **EIN:**    47-3809196 **From-To**   2014-present |
| 25.2.   **Argon Credit of Louisiana LLC 200 W. Jackson Blvd., Ste. 900 Chicago, IL 60606** | **Loan Originating Entity** | **EIN:** **From-To** |
| 25.3.   **Argon Credit of Missouri LLC 200 W. Jackson Blvd., Ste. 900 Chicago, IL 60606** | **Loan Originating Entity** | **EIN:** **From-To** |
| 25.4.   **Argon Credit of New Mexico 200 W. Jackson Blvd., Ste. 900 Chicago, IL 60606** | **Loan Originating Entity** | **EIN:** **From-To** |

| Debtor | Argon Credit LLC | Case number *(if known)* | **16-39654** |

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| 25.5. | **Argon Credit of Texas LLC**<br>**200 W. Jackson Blvd., Ste.**<br>**900**<br>**Chicago, IL 60606** | **Loan Originating Entity** | EIN:<br><br>From-To |
| 25.6. | **Argon Credit of Alabama LLC**<br>**200 W. Jackson Blvd., Ste.**<br>**900**<br>**Chicago, IL 60606** | **Loan Originating Entity** | EIN:<br><br>From-To |
| 25.7. | **Argon Credit of California**<br>**LLC**<br>**200 W. Jackson Blvd., Ste.**<br>**900**<br>**Chicago, IL 60606** | **Loan Originating Entity** | EIN:<br><br>From-To |
| 25.8. | **Argon Credit of Delaware**<br>**LLC**<br>**200 W. Jackson Blvd., Ste.**<br>**900**<br>**Chicago, IL 60606** | **Loan Originating Entity** | EIN:<br><br>From-To |
| 25.9. | **Argon Credit of Georgia LLC**<br>**200 W. Jackson Blvd., Ste.**<br>**900**<br>**Chicago, IL 60606** | **Loan Originating Entity** | EIN:<br><br>From-To |
| 25.10. | **Argon Credit of Idaho LLC**<br>**200 W. Jackson Blvd., Ste.**<br>**900**<br>**Chicago, IL 60606** | **Loan Originating Entity** | EIN:<br><br>From-To |
| 25.11. | **Argon Credit of Illinois LLC**<br>**200 W. Jackson Blvd., Ste.**<br>**900**<br>**Chicago, IL 60606** | **Loan Originating Entity** | EIN:<br><br>From-To |
| 25.12. | **Argon Credit of Kansas LLC**<br>**200 W. Jackson Blvd., Ste.**<br>**900**<br>**Chicago, IL 60606** | **Loan Originating Entity** | EIN:<br><br>From-To |
| 25.13. | **Argon Credit of Maryland**<br>**LLC**<br>**200 W. Jackson Blvd., Ste.**<br>**900**<br>**Chicago, IL 60606** | **Loan Originating Entity** | EIN:<br><br>From-To |
| 25.14. | **Argon Credit of Nevada LLC**<br>**200 W. Jackson Blvd., Ste.**<br>**900**<br>**Chicago, IL 60606** | **Loan Originating Entity** | EIN:<br><br>From-To |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Argon Credit LLC**                                                    Case number *(if known)*  **16-39654**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.15 · | **Argon Credit of North Dakaota LLC**<br>**200 W. Jackson Blvd., Ste. 900**<br>**Chicago, IL 60606** | **Loan Originating Entity** | **EIN:**<br><br>**From-To** |
| 25.16 · | **Argon Credit of South Dakota LLC**<br>**200 W. Jackson Blvd., Ste. 900**<br>**Chicago, IL 60606** | **Loan Originating Entity** | **EIN:**<br><br>**From-To** |
| 25.17 · | **Argon Credit of South Carolina LLC**<br>**200 W. Jackson Blvd., Ste. 900**<br>**Chicago, IL 60606** | **Loan Originating Entity** | **EIN:**<br><br>**From-To** |
| 25.18 · | **Argon Credit of Utah LLC**<br>**200 W. Jackson Blvd., Ste. 900**<br>**Chicago, IL 60606** | **Loan Originating Entity** | **EIN:**<br><br>**From-To** |
| 25.19 · | **Argon Credit of Wisconsin LLC**<br>**200 W. Jackson Blvd., Ste. 900**<br>**Chicago, IL 60606** | **Loan Originating Entity** | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Adam Dieklman**<br>**511 W. Division St., #512**<br>**Chicago, IL 60610** | **2016-1/11/2017** |
| 26a.2. | **Eric Schnosenberg**<br>**2830 N. Damen Ave.**<br>**Chicago, IL 60610** | **2015-1/11/2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | **RSM US LLP**<br>**5155 Paysphere Circle**<br>**Chicago, IL 60671** | **2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor   **Argon Credit LLC**                                                      Case number *(if known)* **16-39654**

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Adam Diekelman**<br>**511 W. Division #512**<br>**Chicago, IL 60610** | **No longer employed by Debtor.** |
| 26c.2.  **Eric Schnosenberg**<br>**2830 N. Damen Ave.**<br>**Chicago, IL 60610** | **No longer employed by Debtor.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Princeton Alternative Fund (PAF)**<br>**100 Canal Pointe Blvd. Suite 208**<br>**Princeton, NJ 08540** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Raviv Wolfe** | **571 Vernon Woods Dr.**<br>**Valparaiso, IN 46385** | **Chief Executive Officer** | **0.00%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Eric Schnosenberg** | **2830 N. Damon Ave.**<br>**Chicago, IL 60618** | **Executive VP of Finance** | **0.00%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Peter Ferro** | **2377 Holt Rd.**<br>**Minooka, IL 60447** | **President** | **0.00%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sean Tomaszkiewicz** | **2009 Fairoak Ct.**<br>**Naperville, IL 60565** | **Chief Operating Officer** | **0.00%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cardinal Trust** | **760 Village Center Dr., Ste. 200**<br>**Willowbrook, IL 60527** | **Member** | **1.78%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gary Zumski** | **4204 E. Frontage Rd.**<br>**Rolling Meadows, IL 60008** | **Member / Chief Risk Officer** | **17.10%** |

Debtor   **Argon Credit LLC**                                                    Case number *(if known)*   **16-39654**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Little Owl Argon LLC** | **322 E. Michigan St. Suite 302 Milwaukee, WI 53202** | **Member** | **15.10%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Margon LLC** | **760 Village Center Dr. Suite 200 Burr Ridge, IL 60527** | **Member** | **30.00%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Mark Triffler Trust** | **32 Ruffled Feathers Dr. Lemont, IL 60439** | **Member** | **1.78%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Noax LLC** | **571 Vernon Woods Dr. Valparaiso, IN 46385** | **Member** | **17.10%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **BMoney Holdings LLC** | **1603 Sycamore Place Schaumburg, IL 60173** | **Member** | **17.10** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Little Owl**<br>**322 E. Michigan St. Suite 302**<br>**Milwaukee, WI 53202** | **$447,759.59** | **2/9/2016 - 5/18/2016** | **Interest Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.2. | **Margon**<br>**760 Village Center Dr. Suite 200**<br>**Burr Ridge, IL 60527** | **$197,416.68** | **2/5/2016 - 6/8/2016** | **Interest Payments** |
| | Relationship to debtor<br>**Member** | | | |

Debtor    **Argon Credit LLC**                                                           Case number *(if known)* **16-39654**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Raviv Wolfe**<br>**571 Vernon Woods Dr.**<br>**Valparaiso, IN 46385** | **$250,876.47** | **2/17/15 -**<br>**2/1/2016** | **Payroll and expense reimbursements** |
| | **Relationship to debtor**<br>**Chief Executive Officer** | | | |
| 30.4. | **Gary Zumski**<br>**4204 E. Frontage Rd.**<br>**Rolling Meadows, IL 60008** | **$159,001.57** | **1/7/2016 -**<br>**11/30/2016** | **Payroll and expense reimbursements** |
| | **Relationship to debtor**<br>**Member and Chief Risk Officer** | | | |
| 30.5. | **Eric Schnosenberg**<br>**2830 N. Damen Ave.**<br>**Chicago, IL 60618** | **$124,834.07** | **1/1/2016 -**<br>**12/16/2106** | **Payroll and expense reimbursements** |
| | **Relationship to debtor**<br>**E.V.P. of Finance** | | | |
| 30.6. | **Cardinal Trust**<br>**760 Village Center Dr. Suite 200**<br>**Burr Ridge, IL 60527** | **$99,444.44** | **2/8/2016 -**<br>**5/6/2016** | **Interest Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.7. | **Peter Ferro**<br>**2377 Hold Rd.**<br>**Minooka, IL 60447** | **$99,302.56** | **1/1/2106 -**<br>**12/16/2016** | **Payroll and expense reimbursements** |
| | **Relationship to debtor**<br>**President** | | | |
| 30.8. | **Mark H Triffler Trust**<br>**32 Ruffled Feathers Dr**<br>**Lemont, IL 60439** | **$78,722.22** | **2/5/2016 -**<br>**11/16/2106** | **Interest Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.9. | **John Barrile**<br>**330 N. Jefferson**<br>**Apt. 1004**<br>**Chicago, IL 60661** | **$115,208.20** | **1/1/2016-12/31/2016** | **Payroll and Expense Reimbursement** |
| | **Relationship to debtor**<br>**Chief Technology Officer** | | | |

Debtor   **Argon Credit LLC**                                                        Case number *(if known)*   **16-39654**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.10. **Sean Tomaszkiewicz**<br>**2009 Fairoak Ct**<br>**Naperville, IL 60565** | **$118,064.71** | **1/1/2016 -**<br>**12/31/2016** | **Payroll and**<br>**Expense**<br>**Reimbursement** |
| Relationship to debtor<br>**Chief Operations Officer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Argon Credit, LLC** | **EIN:   46-4459264** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  3, 2017**

**/s/ Howard Korenthal**                                    **Howard Korenthal**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Argon Credit LLC** _____   Case No.   __**16-39654**__
_____ Debtor(s)   Chapter   __**11**__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 100,000.00 |
    | Prior to the filing of this statement I have received | $ | 100,000.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **See Retention Agreement**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **See Retention Agreement**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  3, 2017** _____       **/s/ Matthew T. Gensburg** _____
_Date_                                              **Matthew T. Gensburg 6187247**
                                                    _Signature of Attorney_
                                                    **Dale & Gensburg, P.C.**
                                                    **200 W. Adams St., Ste. 2425**
                                                    **Chicago, IL 60606**
                                                    **(312) 263-2200   Fax: (312) 263-2242**
                                                    _Name of law firm_

---

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Argon Credit LLC**

Debtor(s)

Case No.  **16-39654**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cardinal Trust**<br>**760 Village Center Dr. Suite 200**<br>**Willowbrook, IL 60527** | | | |
| **Gary Zumski**<br>**4204 E. Frontage Rd.**<br>**Rolling Meadows, IL 60008** | | | |
| **Little Owl Argon, LLC.**<br>**322 E. Michigan St. Suite 302**<br>**Milwaukee, WI 53202** | | | |
| **Margon, LLC.**<br>**760 Village Center Dr. Suite 200**<br>**Willowbrook, IL 60527** | | | |
| **Mark Triffler Trust**<br>**32 Ruffled Feathers Dr., Lemont**<br>**Lemont, IL 60439** | | | |
| **Noax, LLC**<br>**310 E. 90th Dr.**<br>**Merrillville, IN 46410** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February  3, 2017**

Signature  **/s/ Howard Korenthal**

**Howard Korenthal**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Argon Credit LLC**               Case No.    **16-39654**
                         Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                 **160**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **February  3, 2017**            **/s/ Howard Korenthal**
                                      **Howard Korenthal**/**Chief Restructuring Officer**
                                      Signer/Title

Addison Professional Financial Sear
7076 Solutions Center
Chicago, IL 60677


Ahmed Belhabib
808 Canyon Terrace Ln.
Folsom, CA 95630


AmOne Corporation
12331 SW 3rd St
Suite 700
Fort Lauderdale, FL 33325-2813


Argon X LLC
200 W. Jackson Blvd., Ste. 900
Chicago, IL 60606


Ashley Stuart
9137 Ga. Hwy. 135
Naylor, GA 31641


B Money Holdings
2569 College Hill Circle
Schaumburg, IL 60173


Barrile, John M
330 N. Jefferson
Apt. 1004
Chicago, IL 60661


Bates, Birttney T
914 Great Plaines
Matteson, IL 60443


Bates, LaTonya
P.O. Box 168
Frankfort, IL 60423


Beattie, Mary
32429 W River Rd
Wilmington, IL 60481


Bernard Marsiglia
100 Forest Pl., Apt. 501
Oak Park, IL 60301

Bethke, John T
6037 W 99th St
Oak Lawn, IL 60453


Bingham, Ashleigh L
4058 W 115th Apt 111
Chicago, IL 60655


Blue Treble Solutions, LLC
2009 Fairoak Ct.
Naperville, IL 60565


Borden, Alea
1312 W George Street Apt 3
Chicago, IL 60657


Breen, Brian M
8500 Westberry Ln
Tinley Park, IL 60487


Broadmark Capital, LLC
600 University St. Suite 1800
Seattle, WA 98101


Brown, Derrick
11615 S Hale Ave
Chicago, IL 60643


Bruce W. Breitweiser
1504 W Washington Street
Bloomington, IL 61701


Budd Larner, P.C.
150 John F. Kennedy Pkwy
Short Hills, NJ 07078


Byron Faermark
1900 S Highland Ave  Suite 100
Lombard, IL 60148


Calloway, Evelyn
5803 W Erie St #3S
Chicago, IL 60644

Candace Harison
20 N. Tower Rd.
Oak Brook, IL 60523

Canete, Ira V
1050 S School St
Lombard, IL 60148

Cardinal Trust
760 Village Center Dr. Suite 200
Willowbrook, IL 60527

Charles Augello
9023 Gardner Dr.
Alpharetta, GA 30009

Charles Beattie
35 Woodlake Blvd., Apt. 1205
Gurnee, IL 60031

Chris Walker
4138
Ridgefield Dr.
Columbus, GA 31907

Christine Sammons
3250 Cannon Bay Dr.
Cumming, GA 30041

Christopher Hinsley
720 Wellington Ave.
Elk Grove Village, IL 60007

Clayton Pringle
911 West George St.
Banning, CA 92220

Coates, Charles
3535 W Armitage Ave Unit 2F
Chicago, IL 60647

Cogent Communications Chicago
221 N. LaSalle Street
Chicago, IL 60601

Collins, Keyoma R
2708 Oxford Dr
Markham, IL 60428


ComEd
PO Box 6111
Carol Stream, IL 60197


Conversant LLC
P.O. Box 849725
Los Angeles, CA 90084-9725


CyberRidge
c/o Nortridge Software
2 S. Pointe Dr., Ste 250
Lake Forest, CA 92630


Dabney, Ashley M
3116 W. Belmont Avenue #2
Chicago, IL 60618


Daniels, Panichi
61 W 146th St
Riverdale, IL 60827


Data Sales Co., Inc.
3450 West Burnsville Pkwy
Burnsville, MN 55337


Deborah Martin
413 Flint Trl
Jonesboro, GA 30236


Denise Ortiz
c/o Golden & Cardona-Loya LLP
3130 Bonita Road, Ste. 200B
Chula Vista, CA 91910


Dennis Nix
24701 Raymond Way
Lake Forest, CA 92630

Department of the Treasury
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


DevBridge Group, LLC.
343 W. Erie St. Suite 600
Chicago, IL 60654


Diekelman, Adam K
511 W Division St #512
Chicago, IL 60610


Douglas Harvey
3836 South Hurt Rd.
Smyrna, GA 30082


Drane, Cecelia D
719 N. 7th St.
Maywood, IL 60153


Dube, Matthew R
226 N Adams St
Hinsdale, IL 60521


Enova International, Inc.
175 W. Jackson Blvd. Suite 1000
Chicago, IL 60604


Enova International, Inc.
200 W. Jackson St., 9th Floor
Chicago, IL 60606


Erica White
10343 Linder Ave.
Oak Lawn, IL 60453


Erickson, Nathan R
655 W Irving Park Rd Apt 1408
Chicago, IL 60613


Ferro, Peter A
2377 Holt Rd
Minooka, IL 60447

Fintech Financial, LLC
Attn: Mindi Vavra
101 Research Park Dr.
Mission, SD 57555


Florian Fox
10606 Charles St.
Huntley, IL 60142


Fukawa, Kim K
2462 N Orchard St  #1
Chicago, IL 60614


Gallop Solutions, Inc.
P.O. Box 796575
Dallas, TX 75379


Gonzalez, James R
808 Alann Dr
Joliet, IL 60435


Gonzalez, Mayra
4048 S Albany Ave
Chicago, IL 60632


Heather Miller
25 Elm Dr.
Bethany, IL 61914


Heather Nicholas
11496 Autumn Hill Drive
Sandy, UT 84094


Heidi Smith
388 Alicia Ave.
Talladega, AL 35160


Hicks, Kevin
4527 W Monroe St
Chicago, IL 60624


Howard, Casey K
1624 W Division St #504
Chicago, IL 60622

InContact
7730 S. Union Park Ave. Suite 500
Salt Lake City, UT 84047


James Ciesielski
210 N. 14th St.
Lanett, AL 36863


James Hansen
2065 East County Rd. 1300
Carthage, IL 62321


Jamillah Omar
8945 S. Dorchester Ave.
Chicago, IL 60619


Jandice Tidwell
798 County Rd. 245
Scottsboro, AL 35768


Jason Petty
5263 Highland Trace Circle
Birmingham, AL 35215


Jason Sparling
103 East 5th
Spring Valley, IL 61362


Joann Brooks
2241 Mokingbird Ln.
Washington, IL 61571


Joseph Coler
4480 Highwood Park. Dr.
Atlanta, GA 30344


Joseph Martinez
3746 Morning Glory Ave.
AK 99534-8000


Kamie McKay
3756 Galaway Ct.
Moreno Valley, CA 92555

Karthik Nagarur
c/o Apollo Legal Services, LLC
3900 N. Lake Shore Dr., #4D
Chicago, IL 60613


Krivich, Alexandria N
21847 W Kentwood Dr
Plainfield, IL 60544


Lachandra Jones
3539 Oakshire Way
Atlanta, GA 30354


Lagina Dardy
1807 Highland Ave., Apt. 1
Dublin, GA 31021


Larry McDuffie
134 GlenDale Rd.
Leesburg, GA 31763


Latoria Williams
3840 Culver Rd.
Tuscaloosa, AL 35401


Lending Tree
PO Box 840470
Dallas, TX 75284


Leroy Commander
600 Hunter St.
Thomson, GA 30824


LexisNexis Risk Solutions
230 Park Ave.
7th Floor
New York, NY 10169


Little Owl of Argon LLC
322 E. Michigan St., Suite 302
Milwaukee, WI 53202


Madanyan, Harry
6261 W 128th Pl
Palos Heights, IL 60463

Marco Boykin-Hunter
649 Candle Ln.
Birmingham, AL 35214


Margon LLC
760 Village Center Dr. Suite 200
Willowbrook, IL 60527


Maria Colindres
6928
Agnes Ave. #4
North Hollywood, CA 91605


Marjorie Fulmer
211 Mantle Dr.
Madison, AL 35757


Mark Triffler Trust
32 Ruffled Feathers Dr.
Lemont, IL 60439


Martha Fackiner
5123 Brookwood Valley NE
Atlanta, GA 30309


Matthew Schmarje
608 Queen Anne St.
Woodstock, IL 60098


Mattull, Eric
423 Osage Dr
Dyer, IN 46311


McGee, Anthony E
2208 W 121st Place
Blue Island, IL 60406


Meghan Hubbard
760 Village Center Drive, Suite 200
Burr Ridge, IL 60527


Merit Management Group LP
760 Village Center Dr. Suite 200A
Burr Ridge, IL 60527

Michalski, Rachel M
12933 Norwich St
Plainfield, IL 60585

Michelle Waters
249 Silver Ridge Dr.
Dallas, GA 30157

Microbilt
1640 Airport Rd., Ste. 115
Kennesaw, GA 30144

Mounce, Tawni L
5117 North Western Ave Apt 1
Chicago, IL 60625

Munsayac, Christian
4904 N Harding Ave
Chicago, IL 60625

Nelson, Rebecca
7209 Oneill Rd
Downers Grove, IL 60516

Niko Evrard
1868 Stow St.
Simi Valley, CA 93063

Noax, LLC
310 E. 90th Dr.
Merrillville, IN 46410

Nunn, Marlon T
7765 S South Shore Dr Apt #2
Chicago, IL 60649

Palla Smith
5917 Sunflower Ct.
Ellenwood, GA 30294

Park, Rhonda
3531 Stackinghay Dr
Naperville, IL 60564

Pasquale Caira
7508 Locust Ln.
Plainfield, IL 60586


Patricia Carr
1152 Violet Dr.
Birmingham, AL 35215


Paul Kotowski
7101 N. LeClaire Ave.
Skokie, IL 60077


Penny Mullis
1878 Cook Ct.
Montrose, GA 31065


Peraza Capital and Investment, LLC.
111 2nd Ave. NE Suite 705
Saint Petersburg, FL 33701


Percolate Industries
107 Grand St. 2nd Floor
New York, NY 10013


Pheareak Phan
25 N. Puente Dr.
Tracy, CA 95391


Porche Taylor
1353 Florin Rd.
Sacramento, CA 95823


Princeton Alternative Funding, LLC
100 Canal Pointe Blvd.
Suite 208
Princeton, NJ 08540


Productive Edge, LLC.
11 E. Illinois St. Suite 200
Chicago, IL 60611


Renita Briley
50 Roswell Ct.
Atlanta, GA 30305

Richard Peterson
247 Talking Rock Trail
Dallas, GA 30132

Rik Williamson
1014 W. S. 2nd
Shelbyville, IL 62565

Robert Demetrius Walker
3590 Towanda Dr.
Atlanta, GA 30349

Robert Half
12400 Collections Center Drive
Chicago, IL 60693

Robert Vaughn
1236 N. Oaklane Rd. Lot 315
Springfield, IL 62707

Roderick Williams
195 Echols Way
Acworth, GA 30101

Rossow, Marie E
808 POMEROON ST Apt 306
Naperville, IL 60540

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674

Ruiz, Liza
6149 W Giddings
Chicago, IL 60630

Sammons, Samantha K
3420 N Lakeshore Dr. Apt 7N
Chicago, IL 60657

Sandra Rheuby
421 Mono Drive
Vacaville, CA 95687

Schneider, Lisa
1804 S Racine Ave #4-B
Chicago, IL 60606


Schnosenberg, Eric
2830 N Damen Ave
Chicago, IL 60618


Seyfarth Shaw LLP
131 S Dearborn St. Suite 2400
Chicago, IL 60603


Shah, Manali
9031 Westminster Dr
Woodridge, IL 60517


Sherry Ann Morris
1205 Ridge Vista Ct.
Lawrenceville, GA 30043


Shirley Crowell
2024 Henry Crumrpton Dr.
Birmingham, AL 35211


Stacey Gibson
1656 Eddie Jackson Rd.
Brewton, AL 36426


Steven Wayne McCormick
80 Reynolds Dr.
Rossville, GA 30741


Swoon
8474 Solution Center
Chicago, IL 60677-8004


Tachiana Beard
1252 Hardy Point Dr.
Evans, GA 30809


Tachiana Beard
c/o Brow & Associates, LLC
Evans, GA 30809

Thomas Dyess
6740 Spice Pond Ln.
Mobile, AL 36663


Thomas Zito
3552 Brookfield Rd.
Birmingham, AL 35226


Timothy Miller
25 Elm Dr.
Bethany, IL 61914


Tomaszkiewicz, Sean
2009 Fairoak Ct
Naperville, IL 60565


Tonya Sasser
1261 Nicole Ave.
Atmore, AL 36502


Tonyetta Andrews
601 Creste Dr.
Decatur, GA 30035


TransUnion
555 West Adams Street
Chicago, IL 60661


TrueBrew
2155 S. Carpenter St.
Chicago, IL 60608


Vanessa Waddell
214 Robin Hood
Rome, GA 30161


Velocify
Atn: Billing Department
222 N Sepulveda 18th Floor
El Segundo, CA 90245


Venkatasubramaniam, Shreyas
350 West Oakdale Avenue #1308
Chicago, IL 60657

Virola, Amanda L
5642 W Melrose St. Garden Unit
Chicago, IL 60634


Walter Yarbrough
3011 W. 61st
Chicago, IL 60629


William Harris
302 West Blackburn
Paris, IL 61944


Wolfe, Raviv
571 Vernon Woods Dr.
Valparaiso, IN 46385


Woodworth, Allison J
516 W Melrose St Apt 306
Chicago, IL 60657


Yodlee
Lockbox Dept CH 17505
Palatine, IL 60055-7405


Zumski, Gary
4204 E. Frontage Rd
Rolling Meadows, IL 60008

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Argon Credit LLC**                                       Case No.   **16-39654**

                                          Debtor(s)                 Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Argon Credit LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Gary Zumski**
**4204 E. Frontage Rd.**
**Rolling Meadows, IL 60008**

**Little Owl Argon, LLC.**
**322 E. Michigan St. Suite 302**
**Milwaukee, WI 53202**

**Margon, LLC.**
**760 Village Center Dr. Suite 200**
**Willowbrook, IL 60527**

**Noax, LLC**
**310 E. 90th Dr.**
**Merrillville, IN 46410**

☐ None [*Check if applicable*]

**February  3, 2017**

Date

**/s/ Matthew T. Gensburg**

**Matthew T. Gensburg 6187247**

Signature of Attorney or Litigant

Counsel for   **Argon Credit LLC**

**Dale & Gensburg, P.C.**
**200 W. Adams St., Ste. 2425**
**Chicago, IL 60606**
**(312) 263-2200 Fax:(312) 263-2242**