UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-39654 |
| Argon Credit LLC, et al., | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF DALE & GENSBURG, P.C. AS COUNSEL TO THE DEBTOR, NUNC PRO TUNC AS OF THE PETITION DATE**

Upon the application (the "Application") of the above-captioned debtors and debtors-in-possession (the "Debtors") for entry of an order pursuant to sections 327(a) and 328 and 330 of title 11 of the United States Code, 11 U.S.C. §§101 et seq. (the "Bankruptcy Code"), and Rules 2014(a), 2016(b) and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the retention and employment of the law firm of Dale & Gensburg, P.C. ("Dale & Gensburg") as counsel for the Debtors, nunc pro tunc as of the Petition Date; and upon the Declaration of Matthew T. Gensburg in Support of the Application of the Debtors for Entry of an Order Authorizing Retention and Employment of Dale & Gensburg, P.C. as counsel to the Debtors, Nunc Pro Tunc as of the Petition Date; and it appearing that this Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this case and the Application in this district is proper pursuant to 28 U.S.C. §§1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. §157(b); Dale & Gensburg is "disinterested" and eligible for retention pursuant to sections 101(14) and 327(a) of the Bankruptcy Code, the terms of the engagement are reasonable and appropriate and this Court having determined that the relief requested in the Application is in the best interests of the Debtors, their estate, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Debtors are authorized, pursuant to sections 327(a), 328 and 330 of the Bankruptcy Code, and Rules 2014(a), 2016 and 5002, to retain and employ Dale & Gensburg as counsel to the Debtors in the above-captioned case upon the terms and conditions as set forth in the Application, effective nunc pro tunc as of the Petition Date.

2. Dale & Gensburg shall be compensated in accordance with the procedures set forth in the Application, sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Orders of this Court.

3. The terms of this Order shall be immediately effective and enforceable upon its entry.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: February 07, 2017

**Prepared by:**

Matthew T. Gensburg (ARDC # 6187247)
DALE & GENSBURG, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Phone: (312) 263-2200
Fax: (312) 263-2242
Email: mgensburg@dandgpc.com

Proposed Counsel for the Debtor and Debtor-in-Possession