# DEBORAH KANNER EBNER, TRUSTEE

April 13, 2017

Patrick S Layng
United States Trustee
Office of the United States Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
Facsimile: (312) 886-5794

    Re:    Argon Credit LLC, Case No. 16-39654
              Argon X LLC, Case No. 16-39655

Dear Mr. Layng:

Due to a potential conflict of interest, please accept my resignation as Trustee in the above two cases.

Yours truly,

Deborah K. Ebner

DKE/ld

105 W. Madison Street • Suite 1500 • Chicago, Illinois 60602
Phone: 312.922.3838 • Fax: 312.922.8722
www.deborahebnerlaw.com

**All mail to be sent to:
P.O. Box 929, Glenview IL 60025
This office is a designated federal debt relief agency pursuant to act of congress



**UNITED STATES DEPARTMENT OF JUSTICE**

OFFICE OF THE UNITED STATES TRUSTEE

*NORTHERN DISTRICT OF ILLINOIS, REGION 11*

---

*219 S. Dearborn Street*  Main  *(312) 886-5785*
*Room 873*  Fax  *(312) 886-5794*
*Chicago, IL 60604*

April 13, 2017

Eugene Crane, Esq.
Crane, Heyman, Simon,
Welch & Clar
135 South LaSalle Street
Chicago, Illinois 60603

RE: Argon Credit LLC
    16 B 39654
    Argon XLL
    16 B 39655

Dear Mr. Crane:

Due to the resignation of the former trustee, Deborah K. Ebner in the above case, you have been appointed as successor trustee. Bond is fixed and approved as the blanket bond.

If you reject this appointment you must notify the court and this office within five (5) days of receipt of this letter. Otherwise you will be deemed to have accepted this appointment.

Sincerely,

Patrick S. Layng
United States Trustee

Rejected:

Signature **ADAM BRIEF**
Digitally signed by ADAM BRIEF
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=EOUST, cn=ADAM BRIEF,
0.9.2342.19200300.100.1.1=15001003242181
Date: 2017.04.14 15:29:50 -05'00'

Adam G. Brief
Assistant United States Trustee

Date
AGB:bj