# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Fund Recovery Services, LLC
,

Plaintiff(s),

v.

Argon Credit, LLC et al.,

Defendant(s).

Case No.  17 C 5381
Judge Amy J. St. Eve

## ORDER

Because the Bankruptcy Court's July 6, 2017 decision was not a final order under § 158(a)(1), the Court does not have jurisdiction to review Appellant's appeal.  Moreover, the Court, in its discretion, denies Appellant's motion for leave to appeal under § 158(a)(3).  [2].  Civil case terminated. [For further details, see separate Memorandum Opinion and Order.]

Date:  8/14/2017

Amy J. St. Eve
United States District Judge