IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ARGON CREDIT, LLC )<br>Debtor. ) | Chapter 7 |
| ) | NO:   2016-39654 |
| ) | Hon. Deborah L. Thorne |
| ) | Hearing Date:  May 10, 2018 |
| ) | Hearing Time:  10:00 a.m. |

**CONSUMERS' RESPONSE TO SUPPLEMENTAL INFORMATION PROVIDED BY FUND RECOVERY SERVICES (DOC. 307) REGARDING CONSUMERS' MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO:    SEE ATTACHED SERVICE LIST

Lindsay Fore, Kim L. King, Theresa Madrigal, Yolanda J. McKinney, Karensa Hutchens, Patti M Couture, Rosemary Gonzalez-Lopez, Steven Prescott, Karen Vinson, Dean Sipe, Stephen Craig Brown, Dennis B. Estrada-Jimenez, Samantha Rae Wilder, Tiffany N Comfort, John K. Brigoli, Dennis C. Cantrell, Mathew V. Muniz, Joseph N. Roberson, Donald Dotson, Felicia M. Spiller, Delilah Jasso Rodriguez, John Fountaine, Sonja Hallmon and Eric Shorter [hereinafter Consumers] respectfully submit this response to supplemental information provided by Fund Recovery Services (Doc. 307) regarding Consumers' Motion for Relief from Automatic Stay.

DATED: June 14, 2018

Respectfully submitted,

By  *Jeffrey Wilens*

Jeffrey Wilens, Esq., Pro Hac Vice
Lakeshore Law Center
18340 Yorba Linda Blvd., Suite 107-610

1

Yorba Linda, CA 92886
714-854-7205
714-854-7206 (fax)
JEFF@LAKESHORELAW.ORG

Derek V. Lofland LLC, Esq. (#6280490)
The Law Office of Derek V. Lofland LLC
2038 & 1/2 N. Spaulding Ave, Unit 2
Chicago, IL 60647
(312) 545-5033
derekloflandesq@gmail.com

**CERTIFICATE OF SERVICE**

I certify that I am a citizen of the United States and a resident of Orange County, State of California. I am over the age of 18 years and am not a party to this Action. My business address is 18340 Yorba Linda Blvd., Suite 107-610, Yorba Linda, CA 92886.

On June 14, 2018, I caused to be served a true copy of the above notice and attached pleadings upon the Service List through the Court's ECF System, or by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid through United States Postal Service at Yorba Linda, California, addressed as set forth below this declaration.

I declare under penalty of perjury and under the laws of the State of California, that the foregoing is true and correct. Executed this 14th day of June 2018 at Yorba Linda, California.

*/s/ Jeffrey Wilens*

Jeffrey Wilens

| Peter J. Roberts | Eugene Crane (Atty. No. 0537039) |
|---|---|
| Shaw Fishman Glantz & Towbin LLC | Jeffrey C. Dan (Atty. No. 06242750) |

| | |
|---|---|
| 321 North Clark St., Suite 800<br><br>Chicago. IL 60654<br><br>P: (312) 276-1322<br><br>F: (312) 980-3888<br><br>proberts@shawfishman.com<br><br>csanfelippo@shawfishman.com<br><br>lleekaczmarek@shawfishman.com<br><br>SERVED ELECTRONICALLY | CRANE, SIMON, CLAR & DAN<br><br>135 S. LaSalle Street, Suite 3705<br><br>Chicago, IL 60603<br><br>312-641-6777 jdan@craneheyman.com<br><br>ecrane@craneheyman.com<br><br>jmunoz@craneheyman.com<br><br>dkobrynski@craneheyman.com<br><br>gheyman@craneheyman.com<br><br>asimon@craneheyman.com<br><br>SERVED ELECTRONICALLY |
| Patrick S. Layng<br><br>USTPRegion11.ES.ECF@usdoj.gov<br>SERVED ELECTRONICALLY | |

3
CONSUMERS' Reply to Fund Recovery Services' Opposition to Motion for Relief from Automatic Stay
Case No. 2016-39654

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| IN RE ARGON CREDIT, LLC ) | |
| Debtor.                            ) | Chapter 7 |
| ) | NO:   2016-39654 |
| ) | Hon. Deborah L. Thorne |
| ) | Hearing Date: Under Submission |
| ) | Hearing Time: 10:00 a.m. |

**CONSUMERS' RESPONSE TO SUPPLEMENTAL INFORMATION PROVIDED BY FUND RECOVERY SERVICES (DOC. 307) REGARDING CONSUMERS' MOTION FOR RELIEF FROM AUTOMATIC STAY**

Pursuant to Court order, Fund Recovery Services (FRS) filed a document (Doc. 307) containing information pertaining to the status of the collections from consumers who paid back loans from Argon Credit between January 2017 and April 2018.

FRS' CEO submitted a declaration stating that FRS has collected approximately $5.9 million between those dates and is trying to collect some $19.9 million that is still owed according to its records. Although that declaration does not break down the figures California borrowers, in an earlier filing FRS stated that California borrowers represented about 44% of Argon's loan portfolio. (Doc. 297, p. 4.) In other words, FRS could be facing claims for almost $2.6 million in restitution and $8.7 million in debt forgiveness if every California borrower were able to assert a claim, most likely in a class action.

By contrast, Consumers have sought leave to bring approximately 25 arbitration claims. Although FRS did not present the Court specifics on the value of those claims, they have been estimated to be about $100,000. (Doc. 298, p. 6.) Even if one doubled that amount, to reflect debt forgiveness, it is still a lot less than $10 million.

If the Court's purpose for requesting this supplemental information was to determine what percentage of the total loan portfolio is represented by the loans pertaining to the Consumers seeking to arbitrate their claims now, the answer is an extremely tiny percentage—around one percent. The Estate would be better protected and better off if these arbitrations are permitted to go forward. While it should be expected that some additional individuals may bring similar arbitration claims in coming months, that is still vastly preferable to facing a class action. Indeed, that is the typical purpose of an arbitration provision—to block class actions. If the arbitration agreements are no longer enforceable in light of the bankruptcy filing, the Consumers will proceed with an adversary class action, which cannot possibly be a preferred approach for the Estate.

DATED: June 14, 2018

Respectfully submitted,

By *Jeffrey Wilens*

Jeffrey Wilens, Esq., Pro Hac Vice
Lakeshore Law Center
18340 Yorba Linda Blvd., Suite 107-610
Yorba Linda, CA 92886
714-854-7205
714-854-7206 (fax)
JEFF@LAKESHORELAW.ORG