UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-39654 |
| ARGON CREDIT, LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO COMPEL RSM USA LLP TO PRODUCE DOCUMENTS RESPONSIVE TO RULE 2004 SUBPOENA**

This matter coming before the Court upon the motion (the "Motion") of Eugene Crane (the "Trustee"), the chapter 7 Trustee in the above captioned cases, for entry of an order compelling RSM USA LLP ("RSM") to produce certain tax documents in response to the Trustee's Rule 2004 Subpoena dated May 9, 2018 (the "Subpoena"); due and proper notice having been given and the Court having reviewed the Motion and being apprised in the premises thereof;

IT IS HEREBY ORDERED THAT:

(1) RSM is hereby ordered to produce to the Trustee documents responsive to Request Nos. 2, 6, 7, 12, 16, and 17 of the Subpoena, excluding draft returns (the "Tax Documents") on or before June 29, 2018.

Enter:

*/s/ Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: June 19, 2018

**Prepared by:**

Elizabeth L. Janczak
Freeborn & Peters LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606