UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-39654 |
| ARGON CREDIT, LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER: (I) PURSUANT TO BANKRUPTCY RULE 9019 APPROVING SETTLEMENTS WITH THIRD-PARTY RECIPIENTS OF TRANSFERS, (II) APPROVING PAYMENT OF CONTINGENCY FEES AND (III) APPROVING REQUEST FOR LIMITED NOTICE**

This matter coming before the Court upon the motion (the "Motion") of Eugene Crane (the "Trustee"), the chapter 7 Trustee in the above-captioned cases, for entry of an order approving the Trustee's settlements with Ytel, Inc. ("Ytel"), CyberRidge, LLC ("CyberRidge") and LendingTree, LLC ("LendingTree"), approving payment of certain contingency fees, and approving limited notice of the Motion; due and proper notice having been given under the circumstances and for good cause appearing;

IT IS HEREBY ORDERED that:

1) The settlement between the Trustee and Ytel, the terms of which are set forth in the Ytel Settlement Agreement attached to the Motion as Exhibit 1, is hereby approved.

2) The settlement between the Trustee and CyberRidge, the terms of which are set forth in the CyberRidge Settlement Agreement attached to the Motion as Exhibit 2, is hereby approved.

3) The settlement between the Trustee and LendingTree, the terms of which are set forth in the LendingTree Settlement Agreement attached to the Motion as Exhibit 3, is hereby approved.

4) The Trustee is authorized to pay Freeborn, on an interim basis, the amount of $6,500.00 representing Settlement Amount Contingency Fees (as defined in the Motion) due and owing on account of the settlements approved in this Order.

5) The request for limited notice of the Motion is approved.

Enter:

*Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: February 26, 2019

**Prepared by:**

Elizabeth L. Janczak
Freeborn & Peters LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606