UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-39654
ARGON CREDIT LLC )
) Chapter: 7
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

## ORDER SUSTAINING RELIEF OF AUTOMATIC STAY

THIS MATTER coming to be heard on the motion of BRIAN AND LOURDES BAUMAN, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1) The automatic stay of 11 U.S.C. Sec. 363 and Sec. 1301 is modified as to Brian and Lourdes Bauman so as to allow the Objection of Claim No. 7.1 (Argon Credit LLC) in their Chapter 13 Bankruptcy, Case No. 16-02198, to be sustained.

2) Notice should be provided to the Chapter 7 Trustee of Argon Credit LLC, Mr. Eugene Crane and to FRS in care of its counsel, Peter Roberts, Esq.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: February 11, 2020

**Prepared by:**

Christine H. Clar, ARDC #6202332
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-*8100
davidsiegelbk@gmail.com