# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 16-39654 |
| | ) | |
| ARGON CREDIT, LLC, et. al, | ) | Chapter 7 |
| | ) | |
| | ) | Judge THORNE |
| Debtor(s). | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

*To the following persons or entities who were served via electronic mail by the Bankruptcy Court:*

Harold Abrahamson aralawfirm@aol.com
Gabriel Aizenberg aizenbergg@gtlaw.com, malisc@gtlaw.com; chilitdock@gtlaw.com; stibbep@gtlaw.com; mendeloffs@gtlaw.com; ickesp@gtlaw.com
Kimberly Bacher Kimberly.Bacher@usdoj.gov, kimberlyabacher@hotmail.com
Paul M Bauch pbauch@lakelaw.com, smohan@lakelaw.com; 5242@notices.nextchapterbk.com
Rachel Blise rblise@foley.com
Michael A Brandess mbrandess@sfgh.com, bkdocket@sfgh.com
Terence Campbell tcampbell@cotsiriloslaw.com, protert@cotsiriloslaw.com
Eugene Crane ecrane@craneheyman.com, il41@ecfcbis.com; jmunoz@cranesimon.com; dkobrynski@cranesimon.com
Eugene Crane ecrane@cranesimon.com, jmunoz@cranesimon.com; dkobrynski@cranesimon.com; gheyman@craneheyman.com
Eugene Crane ecrane@cranesimon.com, il41@ecfcbis.com; jmunoz@cranesimon.com; dkobrynski@cranesimon.com
Jeffrey C Dan jdan@cranesimon.com, sclar@cranesimon.com; mjoberhausen@cranesimon.com
Shelly A. DeRousse sderousse@freeborn.com, bkdocketing@freeborn.com
William J Factor wfactor@wfactorlaw.com, wfactorlaw@gmail.com; bharlow@wfactorlaw.com; wfactor@ecf.inforuptcy.com; wfactormyecfmail@gmail.com; factorwr43923@notify.bestcase.com
Jonathan P Friedland jfriedland@sfgh.com, bkdocket@sfgh.com
Matthew T. Gensburg MGensburg@gcklegal.com
Case 16-39654 Doc 467 Filed 12/30/19 Entered 12/30/19 11:16:20 Desc Main
E. Philip Groben pgroben@gcklegal.com, bcervantes@gcklegal.com, rrodriguez@gcklegal.com
Valerie A Hamilton vhamilton@sillscummis.com
Jill M Hutchison jhutchison@cotsiriloslaw.com, bdardar@cotsiriloslaw.com
Elizabeth L Janczak ejanczak@freeborn.com, bkdocketing@freeborn.com

Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
Derek V. Lofland derekloflandesq@gmail.com
Sara E Lorber slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com; nbouchard@wfactorlaw.com; bharlow@wfactorlaw.com
Edward Miller edmilleresq@aol.com
Karthik Nagarur knagarur@gmail.com
Jeffrey K. Paulsen jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com; jpaulsen@ecf.inforuptcy.com
Nancy A Peterman petermann@gtlaw.com, chilitdock@gtlaw.com; greenbergc@gtlaw.com; stibbep@gtlaw.com; powersr@gtlaw.com
Lars A Peterson lpeterson@lowis-gellen.com
Peter J Roberts proberts@foxrothschild.com, cknez@foxrothschild.com
Carolina Y. Sales csales@lakelaw.com, smohan@lakelaw.com; 5241@notices.nextchapterbk.com
Christina Sanfelippo csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com
Steven S. Shonder Steve@ShonderLegal.com, sshonder@me.com
M. Gretchen Silver ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov; denise.delaurent@usdoj.gov
Arthur G Simon asimon@cranesimon.com, sclar@cranesimon.com;slydon@cranesimon.com
Michael J. Small msmall@foley.com, thardy@foley.com;DocketFlow@foley.com
Peter S Stamatis peter@stamatislegal.com
Justin R. Storer jstorer@lakelaw.com, 5217@notices.nextchapterbk.com;ECF@Lakelaw.com
Brian P Welch bwelch@burkelaw.com, gbalderas@burkelaw.com
Jeffrey Wilens jeff@lakeshorelaw.org

**David M. Siegel and David M. Siegel & Associates hereby withdraw their appearance for Brian and Lourdes Bauman, creditor.**

## PROOF OF SERVICE

The undersigned certifies that copies of this Notice were served to the listed persons or entities with a copy that was provided electronically by the Bankruptcy Court.

DATE OF SERVICE:  March 11, 2020        /s/ Robert C. Bansfield Jr.
                                        Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Brian and Lourdes Bauman, creditor
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100