**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | No. 16-39654 |
| ARGON CREDIT, LLC, *et al.*, | ) | (Jointly Administered) |
| | ) | Hon. Deborah L. Thorne |
| | ) | Hearing Date: October 15, 2020 |
| Debtors. | ) | Hearing Time: 9:00 a.m. |

**NOTICE OF LIMITED OBJECTION**

  **PLEASE TAKE NOTICE** that Fund Recovery Services, LLC has a limited objection to the *Motion For Entry Of An Order: (I) Pursuant To Bankruptcy Rule 9019 Approving Settlement With Certain Adversary Defendants And (II) Approving Payment of Contingency Fee* [ECF No. 513], which is scheduled for presentment on **October 15, 2020 at 9:00 a.m.** or as soon thereafter as counsel may be heard, before the **Honorable Deborah L. Thorne,** Bankruptcy Judge, or in her absence, before such other Judge who may be sitting in her place and stead and hearing bankruptcy motions.

                FUND RECOVERY SERVICES, LLC

                By:   /s/ Peter J. Roberts
                   One of its attorneys

Peter J. Roberts (#6239025)
COZEN O'CONNOR
123 North Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 382-3100
proberts@cozen.com

## CERTIFICATE OF SERVICE

Peter J. Roberts certifies that he caused to be served a true copy of the above and foregoing notice upon the attached Electronic Mail Notice List through the ECF System which sent notification of this filing on October 13, 2020.

/s/ Peter J. Roberts

## Mailing Information for Case 16-39654

## Electronic Mail Notice List

- Harold Abrahamson    aralawfirm@aol.com

- Gabriel Aizenberg    aizenbergg@gtlaw.com, malisc@gtlaw.com;chilitdock@gtlaw.com;stibbep@gtlaw.com;mendeloffs@gtlaw.com;ickesp@gtlaw.com

- Kimberly Bacher    Kimberly.Bacher@usdoj.gov, kimberlyabacher@hotmail.com

- Paul M Bauch    pbauch@lakelaw.com, smohan@lakelaw.com;5242@notices.nextchapterbk.com

- Rachel Blise    rblise@foley.com

- Michael A Brandess    mbrandess@sfgh.com, bkdocket@sfgh.com

- Terence Campbell    tcampbell@cotsiriloslaw.com, protert@cotsiriloslaw.com

- Jeffrey C Dan    jeffd@goldmclaw.com

- Shelly A. DeRousse    sderousse@freeborn.com, bkdocketing@freeborn.com

- William J Factor    wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com

- Jonathan P Friedland    jfriedland@sfgh.com, bkdocket@sfgh.com

- Matthew T. Gensburg    MGensburg@gcklegal.com

- Karen R Goodman    kgoodman@cranesimon.com, il24@ecfcbis.com;dkobrynski@cranesimon.com;kgoodman@ecf.axosfs.com;abell-powell@cranesimon.com

- Karen R Goodman    kgoodman@cranesimon.com, abell-powell@cranesimon.com

- E. Philip Groben    pgroben@gcklegal.com, bcervantes@gcklegal.com,rrodriguez@gcklegal.com

- Valerie A Hamilton    vhamilton@sillscummis.com

LEGAL\48853481\1

- Jill M Hutchison    jhutchison@cotsiriloslaw.com, bdardar@cotsiriloslaw.com
- Elizabeth L Janczak    ejanczak@freeborn.com, bkdocketing@freeborn.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Derek V. Lofland    derekloflandesq@gmail.com
- Sara E Lorber    slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
- Edward Miller    edmilleresq@aol.com
- Karthik Nagarur    knagarur@gmail.com
- Jeffrey K. Paulsen    jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com;jpaulsen@ecf.inforuptcy.com
- Nancy A Peterman    petermann@gtlaw.com, chilitdock@gtlaw.com;greenbergc@gtlaw.com;stibbep@gtlaw.com
- Lars A Peterson    lpeterson@lgcounsel.com
- Peter J Roberts    proberts@cozen.com, peter-roberts-1301@ecf.pacerpro.com;cknez@cozen.com
- Carolina Y. Sales    csales@lakelaw.com, smohan@lakelaw.com;5241@notices.nextchapterbk.com
- Christina Sanfelippo    csanfelippo@cozen.com, PCarraway-Love@cozen.com;christina-sanfelippo-5069@ecf.pacerpro.com
- Steven S. Shonder    Steve@ShonderLegal.com, sshonder@me.com
- David M Siegel    davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com
- M. Gretchen Silver    ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov
- Arthur G Simon    asimon@cranesimon.com, sclar@cranesimon.com;slydon@cranesimon.com
- Michael J. Small    msmall@foley.com, thardy@foley.com;DocketFlow@foley.com
- Peter S Stamatis    peter@stamatislegal.com
- Justin R. Storer    jstorer@lakelaw.com, 5217@notices.nextchapterbk.com;ECF@Lakelaw.com
- Jeffrey Wilens    jeff@lakeshorelaw.org

LEGAL\48853481\1