UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )          BK No.:   16-39654
ARGON CREDIT, LLC, et al.                 )          (Jointly Administered)
                                          )
                                          )          Chapter: 7
                                          )
                                          )          Honorable Deborah L. Thorne
                                          )
         Debtor(s)                        )

## AGREED ORDER CONTINUING MOTION TO EXTEND DEADLINE TO OBJECT TO CLAIM OF FUND RECOVERY SERVICES, LLC

This matter coming before the Court upon the motion (the "Motion to Extend Time") of the chapter 7 trustee (the "Trustee") in the above captioned matter, for entry of an order extending the Trustee's deadline to object to claim of Fund Recovery Services, LLC ("FRS"); it is hereby ORDERED that:

1) The Motion to Extend Time is GRANTED.

2) The time for the Trustee to object to claims of FRS is hereby further extended to November 6, 2020 subject to further requests for extension by motion.

Enter:  *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:   October 30, 2020

**Prepared by:**

Elizabeth L. Janczak
Freeborn & Peters LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606

Rev: 20170105_bko