UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>ARGON CREDIT, LLC, et al.<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 16-39654<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Deborah L. Thorne |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING SETTLEMENT WITH RAVIV WOLFE**

This matter coming before the Court upon the motion (the "Motion") of Karen R. Goodman (the "Trustee"), the chapter 7 Trustee in the above-captioned cases, for entry of an order approving the Trustee's settlement with Raviv Wolfe; due and proper notice having been given under the circumstances and for good cause appearing;

IT IS HEREBY ORDERED that:

1) The settlement between the Trustee and Raviv Wolfe, the terms of which are set forth in the Settlement Agreement attached to the Motion as Exhibit 1, is hereby approved.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: April 01, 2021

**Prepared by:**

Elizabeth L. Janczak
Freeborn & Peters LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606