**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-39654 |
| | ) | (Jointly Administered) |
| ARGON CREDIT, LLC, *et al*, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | Hearing Date: May 20, 2021 at 9:00 a.m. |
| | ) | |

## AMENDED NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on May 20, 2021 at 9:00 a.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in her place, and present the *Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement with Eric Schnosenberg*. Parties-in-interest may obtain a copy of the Motion by contacting undersigned counsel.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID and password for this hearing will be provided by chambers at a later date. These credentials can also be found on the judge's page on the court's web site, at https://www.ilnb.uscourts.gov/content/judge-deborah-l-thorne.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated:  May 18, 2021                **KAREN R. GOODMAN, CHAPTER 7 TRUSTEE**

By: /s/ Elizabeth L. Janczak
    One of Her Attorneys

Shelly A. DeRousse, Esq.
Elizabeth L. Janczak, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:   312.360.6520
sderousse@freeborn.com
ejanczak@freeborn.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-39654 |
| | ) | (Jointly Administered) |
| ARGON CREDIT, LLC, *et al*, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | Hearing Date: May 20, 2021 at 9:00 a.m. |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Elizabeth L. Janczak, an attorney, hereby certify that on May 18, 2021, I caused a true and correct copy of the foregoing *Amended Notice of Motion* to be filed with the Court and served upon the following parties by the manner listed.

                                                             /s/ Elizabeth L. Janczak

**CM/ECF Service List (Notice and Motion)**

Harold Abrahamson    aralawfirm@aol.com
Gabriel Aizenberg    aizenbergg@gtlaw.com, malisc@gtlaw.com; chilitdock@gtlaw.com; stibbep@gtlaw.com; mendeloffs@gtlaw.com; ickesp@gtlaw.com
Kimberly Bacher    Kimberly.Bacher@usdoj.gov, kimberlyabacher@hotmail.com
Paul M Bauch    pbauch@bmlawllc.com, smohan@bmlawllc.com; 5242@notices.nextchapterbk.com
Rachel Blise    rblise@foley.com
Michael A Brandess    mbrandess@sfgh.com, bkdocket@sfgh.com
Terence Campbell    tcampbell@cotsiriloslaw.com, protert@cotsiriloslaw.com
Jeffrey C Dan    jeffd@goldmclaw.com
Shelly A. DeRousse    sderousse@freeborn.com, bkdocketing@freeborn.com
William J Factor    wfactor@wfactorlaw.com, wfactorlaw@gmail.com; bharlow@wfactorlaw.com; wfactor@ecf.inforuptcy.com; wfactormyecfmail@gmail.com; factorwr43923@notify.bestcase.com
Jonathan P Friedland    jfriedland@sfgh.com, bkdocket@sfgh.com
Matthew T. Gensburg    MGensburg@gcklegal.com
Karen R Goodman    kgoodman@cranesimon.com, abell-powell@cranesimon.com
Karen R Goodman    kgoodman@cranesimon.com, il24@ecfcbis.com; dkobrynski@cranesimon.com; kgoodman@ecf.axosfs.com; abell-powell@cranesimon.com
E. Philip Groben    pgroben@gcklegal.com, bcervantes@gcklegal.com, rrodriguez@gcklegal.com
Valerie A Hamilton    vhamilton@sillscummis.com
Jill M Hutchison    jhutchison@cotsiriloslaw.com, bdardar@cotsiriloslaw.com

Elizabeth L Janczak    ejanczak@freeborn.com, bkdocketing@freeborn.com
Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
Derek V. Lofland    derekloflandesq@gmail.com
Sara E Lorber    slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com; nbouchard@wfactorlaw.com; bharlow@wfactorlaw.com
Edward Miller    edmilleresq@aol.com
Karthik Nagarur    knagarur@gmail.com
Jeffrey K. Paulsen    jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com; jpaulsen@ecf.inforuptcy.com
Nancy A Peterman    petermann@gtlaw.com, chilitdock@gtlaw.com; greenbergc@gtlaw.com; stibbep@gtlaw.com
Lars A Peterson    lpeterson@lgcounsel.com
Peter J Roberts    proberts@cozen.com, peter-roberts-1301@ecf.pacerpro.com; cknez@cozen.com
Carolina Y. Sales    csales@bmlawllc.com, smohan@bmlawllc.com; 5241@notices.nextchapterbk.com
Christina Sanfelippo    csanfelippo@cozen.com, PCarraway-Love@cozen.com; christina-sanfelippo-5069@ecf.pacerpro.com
Steven S. Shonder    Steve@ShonderLegal.com, sshonder@me.com
David M Siegel    davidsiegelbk@gmail.com, R41057@notify.bestcase.com; johnellmannlaw@gmail.com
M. Gretchen Silver    ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov; denise.delaurent@usdoj.gov
Arthur G Simon    asimon@cranesimon.com, sclar@cranesimon.com; slydon@cranesimon.com
Michael J. Small    msmall@foley.com, thardy@foley.com; DocketFlow@foley.com
Peter S Stamatis    peter@stamatislegal.com
Justin R. Storer    jstorer@lakelaw.com, bharlow@wfactorlaw.com
Jeffrey Wilens    jeff@lakeshorelaw.org