UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-39654 |
| ARGON CREDIT, LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO ABANDON LOAN PORTFOLIO AS PROPERTY OF THE ESTATE

This matter coming before the Court upon the motion (the "Motion") of Karen R. Goodman (the "Trustee"), the chapter 7 Trustee in the above-captioned cases, for entry of an order authorizing the Trustee to abandon certain property of the estate of Argon X, LLC ("Argon X") pursuant to 11 U.S.C. § 554(a); due and proper notice having been given under the circumstances and for good cause appearing;

IT IS HEREBY ORDERED that:

1) The Trustee is authorized to abandon the Loan Portfolio (as defined in the Motion) as property of Argon X's bankruptcy estate and such abandonment shall be deemed effective as of the date of entry of this Order.

Enter: *[signature]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: October 21, 2021

**Prepared by:**

Elizabeth L. Janczak
Freeborn & Peters LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606