UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>ARGON CREDIT, LLC, et al.<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  16-39654<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Deborah L. Thorne |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING SETTLEMENT WITH SEAN TOMASZKIEWICZ AND BLUE TREBLE SOLUTIONS, LLC**

This matter coming before the Court upon the motion (the "Motion") of Karen R. Goodman (the "Trustee"), the chapter 7 Trustee in the above-captioned cases, for entry of an order approving the Trustee's settlement with Sean Tomaszkiewicz ("Tomaszkiewicz") and Blue Treble Solutions, LLC ("Blue Treble" together with Tomaszkiewicz, the "Settling Defendants"); due and proper notice having been given under the circumstances and for good cause appearing;

IT IS HEREBY ORDERED that:

1) The settlement between the Trustee and the Settling Defendants, the terms of which are set forth in the Settlement Agreement attached to the Motion as Exhibit 1, is hereby approved.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  December 16, 2021

**Prepared by:**

Elizabeth L. Janczak
Freeborn & Peters LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606