UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-39654 |
| ARGON CREDIT, LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING ROUTINE MOTION FOR LEAVE TO ISSUE SUBPOENA TO THE SYNERGY COMPANIES, INC. PURSUANT TO FED. R. BANKR. P. 2004

This matter coming before the Court upon the motion (the "Motion") of Karen R. Goodman (the "Trustee"), the chapter 7 Trustee in the above-captioned cases, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for leave to issue a subpoena to The Synergy Companies, Inc. ("Synergy") and/or its affiliates and subsidiaries; due and proper notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1) The Motion is granted, and the Trustee is authorized to issue the Subpoena to Synergy and/or its affiliates and subsidiaries in substantially the form attached to the Motion as Exhibit 1.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: January 20, 2022

**Prepared by:**

Elizabeth L. Janczak
Freeborn & Peters LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606