UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-39654 |
| ARGON CREDIT, LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER SUSTAINING THE TRUSTEE'S OBJECTION TO CLAIM NO. 5 FILED BY DEPARTMENT OF TREASURY - IRS AGAINST ARGON CREDIT, LLC

This matter coming before the Court upon the objection (the "Objection") of Karen R. Goodman (the "Trustee"), the chapter 7 Trustee in the above-captioned cases, to Claim No. 5 filed by Department of Treasury - Internal Revenue Service (the "IRS"); due and proper notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1) The Objection is sustained and Claim No. 5 of the IRS is disallowed in its entirety.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: March 10, 2022

**Prepared by:**

Elizabeth L. Janczak
Freeborn & Peters LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606