# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 16-39654 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|---|---|
| Case Name: | Argon Credit LLC | | | | Date Filed (f) or Converted (c): | 01/11/2017 (c) |
| | | | | | 341(a) Meeting Date: | 10/10/2017 |
| For Period Ending: | 03/31/2022 | | | | Claims Bar Date: | 11/30/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Elk Grove Village Bank & Trust Accounts | 1,908.83 | 1,908.83 | | 8,856.35 | FA |
| 2. Enova Int'l Inc.: Remaining Security Deposit for 200 W. Jackson | 74,919.50 | 74,919.50 | | 0.00 | FA |
| 3. Deposit for payment processing services | 140,000.00 | 140,000.00 | | 0.00 | FA |
| 4. Prepayments - DocuSign, Inc. | 32,500.00 | 32,500.00 | | 0.00 | FA |
| 5. Business Interest in numerous Argon LLC's | 0.00 | 0.00 | | 0.00 | FA |
| 6. Office furniture and equipment. Valuation Method | 22,712.38 | 0.00 | | 0.00 | FA |
| 7. Ofc Equipment incl. business software platform | 1,169,619.49 | 0.00 | | 0.00 | FA |
| 8. Lease of Ofc equipment | 0.00 | 0.00 | | 0.00 | FA |
| 9. Intellectual Property - Web domain name | 0.00 | 0.00 | | 0.00 | FA |
| 10. Customer lists - Leads | 2,019,886.21 | 0.00 | | 0.00 | FA |
| 11. Accounts Receivables - consumer loans (u) | 0.00 | 0.00 | | 0.00 | FA |
| 12. Princeton Alternative Funding Settlement Reserve (u) | 1,487,400.46 | 0.00 | | 0.00 | FA |
| 13. Checking Account at Elk Grove Village Bank & Tru (u) | 62.01 | 62.01 | | 0.00 | FA |
| 14. Notes Receivable: Consumer Loan Portfolio Aggreg (u) | 34,514,736.99 | 0.00 | | 0.00 | FA |
| 15. Leasehold interest in 200 W. Jackson, Suite 900 | 0.00 | 0.00 | | 0.00 | FA |
| 16. Payment of Sanctions From Lakeshore Law Ctr per Court Order 09-21-2018 (u) | 0.00 | 5,000.00 | | 5,126.00 | FA |
| 17. Preference Payments (u) | 0.00 | 800,000.00 | | 137,561.00 | 662,439.00 |
| 18. Avoidable Transfers Litigation (u) | 0.00 | 500,000.00 | | 763,000.70 | 65,001.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $39,463,745.87     $1,554,390.34     $914,544.05     $727,440.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/31/2022: Litigation continues against one defendant Little Owl Argon, LLC. They are being sued for recharacterization and recovery of fraudulent transfers and, in the alternative, recovery of preferences. Value set at $1.00 so as not to jeopardize pending litigation. Settlement payments from one other third party continues.
3/31/2021: All litigation continues during this period.
03/31/2020: During this period, negotiations with creditors and preference and fraudulent transfer litigation with third parties continues and negotiations to resolve same.
Assets relating to collection of account receivables and notes (asset #11 and #14) - Princeton and/or FRS are collecting the receivables and are to remit any funds collected to the Trustee in the unlikely event that collected funds exceed their debt. Trustee cannot make an estimate of value as assets probably have no value due to the debt. Preference payments (Asset #17) are still being collected.
03/31/2019: During this period, Trustee received more funds from preference settlements. Litigation with FRS continues (dk)
11/08/2018: Order approving settlement on preferences entered. (dk)
03/31/2018: Investigation into fraudulent transfers and preferences. Litigation with creditors continues; Princeton, secured creditor, has filed bankruptcy complicating this case.(dk)
06/02: MT to Retain Shelly DeRousse as special counsel filed; hg 06/20 (dk)
05/17: Creditors requested an election of Trustee; will hire special counsel to file objection (dk)
05/11: Order entered employing L. West as accountant (dk)
05/03: Motion filed to Employ Lois West as accountant, Hg 05/10 (dk)
04/17/2017: EC appointed as successor Trustee. Will retain counsel. (dk)
04/13/2017: Converted from an Ch 11. EC appointed Trustee after resignation of Debbie Ebner. Investigating fraudulent transfers and preferences. Argon X LLC is jointly administered with this case. Argon Credit is Lead case.(dk)

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | Fund Recovery Services (FRS) aka Princeton Alt Funding, filed a Motion to Lift Stay during Ch 11 period. Argon had entered into a loan and security agreement (revolving loan notes and line of credit) with Fintech Financial who later transferred its right title and interest to FRS. FRS claims that Argon owes $37,291,193.98 as of the Ch 11 Petition Date (different amount from what is listed in the Schedules). The Debtors have scheduled about 36 million in liens. The Stay was lifted per Court Order on Jan. 11, 2017,at the same time of the conversion and all accounts receivables, personal and intangible property was to be turned over to FRS. Therefore, the Trustee deems there is no recovery. |
| RE PROP # | 4 | -- | Fund Recovery Services (FRS) aka Princeton Alt Funding, filed a Motion to Lift Stay during Ch 11 period. Argon had entered into a loan and security agreement (revolving loan notes and line of credit) with Fintech Financial who later transferred its right title and interest to FRS. FRS claims that Argon owes $37,291,193.98 as of the Ch 11 Petition Date (different amount from what is listed in the Schedules). The Debtors have scheduled about 36 million in liens. The Stay was lifted per Court Order on Jan. 11, 2017,at the same time of the conversion and all accounts receivables, personal and intangible property was to be turned over to FRS. There is no chance for recovery of this asset. |
| RE PROP # | 17 | -- | Special Counsel is settling or litigating preference actions. |
| RE PROP # | 18 | -- | Special counsel is settling or litigating avoidable transfers. One remaining cause of action; settlement negotiations continue. Value set at $1.00 so as not to jeopardize pending litigation.<br>In addition to the remaining cause of action, the Trustee is collecting the balance of the settlement with defendant Raviv Wolfe pursuant to Court Order and has received an additional payment of $30,000 in April 2022. The remaining $35,000 will be received by 9/30/22. |

Initial Projected Date of Final Report (TFR): 12/31/2019        Current Projected Date of Final Report (TFR): 03/31/2023

Trustee Signature: /s/ KAREN R. GOODMAN    Date: 06/29/2022

KAREN R. GOODMAN
135 S. LaSalle Street
Suite 3950
Chicago, IL 60603
641-6777
kgoodman@cranesimon.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-39654 | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|
| Case Name: | Argon Credit LLC | Bank Name: | Metropolitan Commercial Bank |
| | | Account Number/CD#: | XXXXXX8085 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9264 | Blanket Bond (per case limit): | $53,755,125.00 |
| For Period Ending: | 03/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/15/19 | | Transfer from Acct # xxxxxx4566 | Transition Debit to Metropolitan Commercial Bank acct xxxxx38085 | 9999-000 | $62,744.21 | | $62,744.21 |
| 01/31/20 | 17 | Broadmark Capital, LLC | Preference Settlement Approved per Court Order 1/21/20 | 1241-000 | $42,500.00 | | $105,244.21 |
| 01/31/20 | 1000 | Freeborn & Peters LLP | Broadmark Settlement Amount Contingency Fee approved by Court Order 1-21-20 | 3210-600 | | $17,000.00 | $88,244.21 |
| 02/07/20 | 1001 | Freeborn & Peters LLP | Partial payment of legal fees for special counsel paid per Court Order entered 10-08-19 | 3210-600 | | $32,150.00 | $56,094.21 |
| 02/07/20 | 1002 | Freeborn & Peters LLP | Payment of special counsel expenses paid per Court Order entered 10-08-19 | 3210-600 | | $877.59 | $55,216.62 |
| 02/07/20 | 1003 | Crane, Simon, Clar & Dan | Partial Payment of Legal Fees paid per Court Order entered 10-8-19 | 3110-000 | | $28,603.00 | $26,613.62 |
| 02/07/20 | 1004 | Crane, Simon, Clar & Dan | Payment of legal expenses paid per Court Order entered 10-8-19 | 3120-000 | | $1,706.49 | $24,907.13 |
| 02/25/20 | 1005 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Blanket Bond Premium Bond#16073584 | 2300-000 | | $8.92 | $24,898.21 |
| 03/31/20 | | Metropolitan Commercial Bank<br>99 Park Avenue 4th Floor<br>New York, NY 10016 | Bank and Technology Services Fee | 2600-000 | | $19.89 | $24,878.32 |
| 04/30/20 | | Metropolitan Commercial Bank<br>99 Park Avenue 4th Floor<br>New York, NY 10016 | Bank and Technology Services Fee | 2600-000 | | $39.76 | $24,838.56 |
| 05/29/20 | | Metropolitan Commercial Bank<br>99 Park Avenue 4th Floor<br>New York, NY 10016 | Bank and Technology Services Fee | 2600-000 | | $38.37 | $24,800.19 |
| 06/30/20 | | Metropolitan Commercial Bank<br>99 Park Avenue 4th Floor<br>New York, NY 10016 | Bank and Technology Services Fee | 2600-000 | | $42.28 | $24,757.91 |

Page Subtotals: $105,244.21   $80,486.30

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-39654 | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|
| Case Name: | Argon Credit LLC | Bank Name: | Metropolitan Commercial Bank |
| | | Account Number/CD#: | XXXXXX8085 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9264 | Blanket Bond (per case limit): | $53,755,125.00 |
| For Period Ending: | 03/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/16/20 | | Metropolitan Commercial Bank<br>99 Park Avenue 4th Floor<br>New York, NY 10016 | Bank and Technology Services Fee | 2600-000 | | $21.10 | $24,736.81 |
| 07/16/20 | | Transfer to Acct # xxxxxx6025 | Transfer Credit from resigned trustee Eugene Crane | 9999-000 | | $24,736.81 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $105,244.21 | $105,244.21 |
| Less: Bank Transfers/CD's | $62,744.21 | $24,736.81 |
| Subtotal | $42,500.00 | $80,507.40 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $42,500.00 | $80,507.40 |

Page Subtotals: $0.00 $24,757.91

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 16-39654 | Trustee Name: KAREN R. GOODMAN |
| Case Name: Argon Credit LLC | Bank Name: Metropolitan Commercial Bank |
| | Account Number/CD#: XXXXXX6025 |
| | Checking |
| Taxpayer ID No: XX-XXX9264 | Blanket Bond (per case limit): $53,755,125.00 |
| For Period Ending: 03/31/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/16/20 | | Transfer from Acct # xxxxxx8085 | Transfer Credit from resigned trustee Eugene Crane | 9999-000 | $24,736.81 | | $24,736.81 |
| 07/31/20 | | Metropolitan Commercial Bank 99 Park Avenue 4th Floor New York, NY 10016 | Bank and Technology Services Fees | 2600-000 | | $19.76 | $24,717.05 |
| 08/31/20 | | Metropolitan Commercial Bank 99 Park Avenue 4th Floor New York, NY 10016 | Bank and Technology Services Fees | 2600-000 | | $38.18 | $24,678.87 |
| 09/30/20 | | Metropolitan Commercial Bank 99 Park Avenue 4th Floor New York, NY 10016 | Bank and Technology Services Fees | 2600-000 | | $42.07 | $24,636.80 |
| 10/21/20 | 18 | Cotsirilos Tighe Streicker Poulos & Campbell Ltd | John A. Kuhlman Settlement per Court Order entered 10/20/2020 | 1241-000 | $60,000.00 | | $84,636.80 |
| 10/22/20 | 18 | Crane, Simon, Clar & Goodman 135 S. LaSalle Street, Suite 3950 Chicago, IL 60603 | WIRE FROM CRANE, SIMON, CLAR & GOODMAN holding account re: settlement monies received prior to settlement order entered 10/20/2020 Margon LLC settlement proceeds per Court Order 10/20/2020 $281,829.00 Madanyan Settlement proceeds $10,000.00 Faermark settlement proceeds approved per Court Order 10/20/2020 $12,500.00 Settlement Proceeds from Breitweiser per Court Order 10/20/2020 $12,500.00 | 1241-000 | $316,829.00 | | $401,465.80 |
| 10/26/20 | 18 | FUND RECOVERY SERVICES, LLC SILLS CUMMIS & GROSS, PC ATTN: V. HAMILTON 600 COLLEGE ROAD EAST PRINCETON, NJ 08540 | Wire of settlement proceeds -- partial payment from Fund Recovery Services, LLC approved per Court Order 10/20/2020 | 1241-000 | $62,500.00 | | $463,965.80 |

Page Subtotals: $464,065.81 $100.01

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-39654  
Case Name: Argon Credit LLC  

Trustee Name: KAREN R. GOODMAN  
Bank Name: Metropolitan Commercial Bank  
Account Number/CD#: XXXXXX6025  
Checking  

Taxpayer ID No: XX-XXX9264  
For Period Ending: 03/31/2022  

Blanket Bond (per case limit): $53,755,125.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/27/20 | 18 | FUND RECOVERY SERVICES, LLC<br>SILLS CUMMIS & GROSS, PC<br>ATTN: V. HAMILTON<br>600 COLLEGE ROAD EAST<br>PRINCETON, NJ 08540 | Wire from Fund Recovery Services, LLC final payment of settlement proceeds per Court Order 10/20/2020 | 1241-000 | $12,500.00 | | $476,465.80 |
| 10/27/20 | 1000 | Freeborn & Peters LLP | Payment of Settlement Contingency Fees to Special Counsel per Court Order 10/20/2020 | 3210-600 | | $80,000.00 | $396,465.80 |
| 10/27/20 | 1001 | Freeborn & Peters LLP | ARGON CREDIT MAI ACH 201027 CCD | 3210-600 | | $100,000.00 | $296,465.80 |
| 10/27/20 | 1002 | Crane, Simon, Clar & Goodman<br>135 S. LaSalle Street, Suite 3950<br>Chicago, IL 60603 | Final payment of Interim Attorney's Fees Approved per Court Order 10-08-2019 | 3110-000 | | $100,000.00 | $196,465.80 |
| 10/28/20 | 18 | XL Specialty Insurance | WIRE FROM XL SPECIALTY INSURANCE - Settlement proceeds from ins co. for Triffler & Cardinal Trust, Canfora, Ferro and Hubbard defendants, per Court Order entered 10/20/2020 | 1241-000 | $89,171.70 | | $285,637.50 |
| 10/30/20 | | Metropolitan Commercial Bank<br>99 Park Avenue 4th Floor<br>New York, NY 10016 | Bank and Technology Services Fees | 2600-000 | | $224.81 | $285,412.69 |
| 11/05/20 | 1003 | Freeborn & Peters, LLP | Payment of Settlement with FRS Contingency Fees to Special Counsel per Court Order 10/20/2020 | 3210-600 | | $22,500.00 | $262,912.69 |
| 11/30/20 | | Metropolitan Commercial Bank<br>99 Park Avenue 4th Floor<br>New York, NY 10016 | Bank and Technology Services Fees | 2600-000 | | $468.95 | $262,443.74 |
| 12/17/20 | 18 | Gary Zumski, Jr | Initial Payment of Settlement per Court Order 1/7/21<br>Initial Payment of Settlement per Court Order | 1241-000 | $37,500.00 | | $299,943.74 |
| 12/31/20 | | Metropolitan Commercial Bank<br>99 Park Avenue 4th Floor<br>New York, NY 10016 | Bank and Technology Services Fees | 2600-000 | | $489.44 | $299,454.30 |

Page Subtotals: $139,171.70   $303,683.20

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-39654 | Trustee Name: | KAREN R. GOODMAN |
| --- | --- | --- | --- |
| Case Name: | Argon Credit LLC | Bank Name: | Metropolitan Commercial Bank |
| | | Account Number/CD#: | XXXXXX6025 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9264 | Blanket Bond (per case limit): | $53,755,125.00 |
| For Period Ending: | 03/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/29/21 | | Metropolitan Commercial Bank 99 Park Avenue 4th Floor New York, NY 10016 | Bank and Technology Services Fees | 2600-000 | | $463.90 | $298,990.40 |
| 02/03/21 | 18 | Gary L Zumski, Jr | Second Payment per Court Order 1-7-21 Second Payment per Court Order | 1241-000 | $7,500.00 | | $306,490.40 |
| 02/18/21 | 17 | FUND RECOVERY SERVICES, LLC SILLS CUMMIS & GROSS, PC ATTN: V. HAMILTON 600 COLLEGE ROAD EAST PRINCETON, NJ 08540 | Wire from FRS - Payment of Payliance Deposit per Court Order 2/4/2021 ~~ ARGON CREDIT MAI ACH 210218 CCD Payment of Payliance Deposit agreed per Court Order 2/5/2021 | 1241-000 | $15,000.00 | | $321,490.40 |
| 02/23/21 | 1004 | Freeborn & Peters LLP | Contingency fee re Settlement with FRS Approved per Court Order 2/4/2021 | 3210-000 | | $6,000.00 | $315,490.40 |
| 02/23/21 | 1005 | INTERNATIONAL SURETIES, LTD. INTERNATIONAL SURETIES, LTD. | Blanket Bond #016073584 | 2300-000 | | $239.84 | $315,250.56 |
| 02/25/21 | 18 | Gary L Zumski, Jr | Settlement payment for March 2021 per Court Order of 1/7/21 Settlement payment for March 2021 | 1241-000 | $7,500.00 | | $322,750.56 |
| 02/26/21 | | Metropolitan Commercial Bank 99 Park Avenue 4th Floor New York, NY 10016 | Bank and Technology Services Fees | 2600-000 | | $462.88 | $322,287.68 |
| 03/31/21 | | Metropolitan Commercial Bank 99 Park Avenue 4th Floor New York, NY 10016 | Bank and Technology Services Fees | 2600-000 | | $569.53 | $321,718.15 |
| 04/02/21 | 18 | Gary L Zumski, Jr | April Payment of Settlement per Court Order 1/7/21 April Payment of Settlement per Court Order | 1241-000 | $7,500.00 | | $329,218.15 |

Page Subtotals: $37,500.00 $7,736.15

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-39654 | Trustee Name: | KAREN R. GOODMAN |
| Case Name: | Argon Credit LLC | Bank Name: | Metropolitan Commercial Bank |
| | | Account Number/CD#: | XXXXXX6025 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9264 | Blanket Bond (per case limit): | $53,755,125.00 |
| For Period Ending: | 03/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/05/21 | 18 | Raviv Y Wolfe | Payment of settlement per Court Order 4/1/2021, dkt#537 Payment of settlement per Court Order | 1241-000 | $60,000.00 | | $389,218.15 |
| 04/14/21 | 18 | Raviv Y Wolfe | Payment of settlement per Court Order 4/1/2021 Reversal Deposit 100005 reversal; check was NSF | 1241-000 | ($60,000.00) | | $329,218.15 |
| 04/19/21 | 18 | Raviv Wolfe | Replacement Check for NSF check deposited 4/5/2021; 1st installment per Court Order 4/1/21 dkt#537 Replacement Check for NSF check deposited 4/5/2021 | 1241-000 | $60,000.00 | | $389,218.15 |
| 04/30/21 | | Metropolitan Commercial Bank 99 Park Avenue 4th Floor New York, NY 10016 | Bank and Technology Services Fees | 2600-000 | | $587.75 | $388,630.40 |
| 05/06/21 | 1006 | Estate of Argon Credit LLC , 16-39654 | Transfer of Funds to Axos Bank | 9999-000 | | $388,630.40 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $700,737.51 | $700,737.51 |
| Less: Bank Transfers/CD's | $24,736.81 | $388,630.40 |
| Subtotal | $676,000.70 | $312,107.11 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $676,000.70 | $312,107.11 |

| | | |
|---|---|---|
| Page Subtotals: | $60,000.00 | $389,218.15 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-39654  
Case Name: Argon Credit LLC  
Taxpayer ID No: XX-XXX9264  
For Period Ending: 03/31/2022  

Trustee Name: KAREN R. GOODMAN  
Bank Name: Rabobank, N.A.  
Account Number/CD#: XXXXXX4566  
Checking  
Blanket Bond (per case limit): $53,755,125.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/19/17 | 1 | Deborah Ebner, Trustee | Turnover of funds on deposit by former Trustee | 1129-000 | $8,856.35 | | $8,856.35 |
| 04/28/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $10.00 | $8,846.35 |
| 05/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.99 | $8,832.36 |
| 06/30/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.70 | $8,819.66 |
| 07/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.26 | $8,807.40 |
| 08/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.93 | $8,793.47 |
| 09/29/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.22 | $8,781.25 |
| 10/31/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.47 | $8,767.78 |
| 11/30/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.60 | $8,755.18 |
| 12/29/17 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.17 | $8,743.01 |

Page Subtotals: $8,856.35   $113.34

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-39654 | Trustee Name: | KAREN R. GOODMAN |
| Case Name: Argon Credit LLC | Bank Name: | Rabobank, N.A. |
| | Account Number/CD#: | XXXXXX4566 |
| | | Checking |
| Taxpayer ID No: XX-XXX9264 | Blanket Bond (per case limit): | $53,755,125.00 |
| For Period Ending: 03/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/18 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.83 | $8,729.18 |
| 02/13/18 | 101 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond payment term 02-01-18 to 02-01-19; Bond #016073584 | 2300-000 | | $2.88 | $8,726.30 |
| 02/28/18 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $11.71 | $8,714.59 |
| 03/30/18 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.53 | $8,702.06 |
| 04/30/18 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.09 | $8,689.97 |
| 05/31/18 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.74 | $8,676.23 |
| 06/29/18 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.06 | $8,664.17 |
| 07/31/18 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.29 | $8,650.88 |
| 08/31/18 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $12.85 | $8,638.03 |

Page Subtotals:        $0.00        $104.98

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-39654 | Trustee Name: KAREN R. GOODMAN |
| Case Name: Argon Credit LLC | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX4566 |
| | Checking |
| Taxpayer ID No: XX-XXX9264 | Blanket Bond (per case limit): $53,755,125.00 |
| For Period Ending: 03/31/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/28/18 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $6.62 | $8,631.41 |
| 10/26/18 | 16 | Lakeshore Law Center | Payment of Sanctions per Court Order entered on 09-21-2018 | 1249-000 | $5,126.00 | | $13,757.41 |
| 10/30/18 | 102 | Crane, Simon, Clar & Dan | Payment of Sanctions for Atty fees-costs per Court Order entered 09-21-18; Docket#325 | 3110-000 | | $5,126.00 | $8,631.41 |
| 10/31/18 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $8.08 | $8,623.33 |
| 11/01/18 | 17 | Downtune Solutions, Inc | Preference payment | 1241-000 | $8,811.00 | | $17,434.33 |
| 11/29/18 | 17 | Amazon | Preference payment per Court Order | 1241-000 | $400.00 | | $17,834.33 |
| 11/29/18 | 17 | American Express Travel Related Services | Preference payment per Court Order | 1241-000 | $7,815.55 | | $25,649.88 |
| 11/29/18 | 17 | American Express Travel Related Services | Preference payment per Court Order entered on 11/08/2018 | 1241-000 | $8,684.45 | | $34,334.33 |
| 11/30/18 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | $13.12 | $34,321.21 |
| 12/04/18 | 103 | Freeborn & Peters | Settlement Amount Contingency Fees per Court Order entered on 11/08/2018 | 3210-600 | | $7,713.30 | $26,607.91 |
| 12/07/18 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fee | 2600-000 | | ($13.12) | $26,621.03 |

Page Subtotals: $30,837.00   $12,854.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-39654 | Trustee Name: | KAREN R. GOODMAN |
| Case Name: | Argon Credit LLC | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX4566 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9264 | Blanket Bond (per case limit): | $53,755,125.00 |
| For Period Ending: | 03/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/18 | 17 | Autopal Software, LLC | Settlement payment of preferential transfer Approved per Court Order entered 12/13/2018  Preference payment | 1241-000 | $4,500.00 | | $31,121.03 |
| 02/14/19 | 17 | Bankdirect Capital Finance | Preference settlement approved per Court Order on January 29, 2019  Preference payment | 1241-000 | $1,000.00 | | $32,121.03 |
| 02/14/19 | 104 | Freeborn & Peters LLP | Preference Settlement Contingency Fee per Court Order 02/01/2019 | 3210-600 | | $300.00 | $31,821.03 |
| 02/27/19 | 17 | Lending Tree, LLC | Preference settlement per Court Order 02/26/2019 | 1241-000 | $12,500.00 | | $44,321.03 |
| 02/27/19 | 17 | Cyberridge, LLC | Preference Payment per court order 02/26/2019 | 1241-000 | $3,400.00 | | $47,721.03 |
| 02/27/19 | 17 | Freeborn & Peters for Catalyst | Installment of payment for sale of Hue Blue II  Catalyst Preference payment | 1241-000 | $1,000.00 | | $48,721.03 |
| 02/27/19 | 105 | Freeborn & Peters LLP | Preference Settlement Contingency Fee per Court Order 12/14/2018 | 3210-600 | | $1,650.00 | $47,071.03 |
| 03/19/19 | 17 | Robert Half International, Inc | Settlement Payment approved per court order 03/19/19 | 1241-000 | $3,750.00 | | $50,821.03 |
| 03/19/19 | 106 | Freeborn & Peters LLP | Preference Settlement Contingency Fee per Court Order 03/19/2018 | 3210-600 | | $1,500.00 | $49,321.03 |
| 03/27/19 | 107 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | For Blanket Bond #016073584 | 2300-000 | | $76.82 | $49,244.21 |

Page Subtotals: $26,150.00  $3,526.82

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-39654 | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|
| Case Name: | Argon Credit LLC | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX4566 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9264 | Blanket Bond (per case limit): | $53,755,125.00 |
| For Period Ending: | 03/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/19 | 17 | Ytel, Inc | Preference settlement payment per Court Order entered on 02/27/2019 | 1241-000 | $1,200.00 | | $50,444.21 |
| 04/09/19 | 108 | Freeborn & Peters LLP | Preference Settlement Contingency Fee per Court Order 02/27/2019 | 3210-600 | | $6,500.00 | $43,944.21 |
| 04/11/19 | 17 | Discover Financial Services | Preference Settlement per Court Order 03/27/2019 | 1241-000 | $17,000.00 | | $60,944.21 |
| 04/11/19 | 109 | Freeborn & Peters LLP | Preference Settlement Contingency Fee per Court Order 3/27/2019 | 3210-600 | | $6,800.00 | $54,144.21 |
| 04/24/19 | 17 | Dennis M Sbertoli Attorney at Law | Preference Settlement Payment from Effovex per Court Order entered 4/24/2019 Preference Settlement Payment per Court Order entered 4/24/2019 | 1241-000 | $3,500.00 | | $57,644.21 |
| 04/24/19 | 110 | Freeborn & Peters LLP | Preference Settlement Contingency Fee per Court Order 4/23/2019 | 3210-600 | | $1,400.00 | $56,244.21 |
| 05/03/19 | 17 | RSM US LLP | Preference Settlement payment per Court Order April 25, 2019 Avoidable Transfer Settlement payment per Court Order April 25, 2019 | 1241-000 | $6,500.00 | | $62,744.21 |
| 05/15/19 | | Transfer to Acct # xxxxxx8085 | Transition Debit to Metropolitan Commercial Bank acct xxxxx38085 | 9999-000 | | $62,744.21 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $94,043.35 | $94,043.35 |
| Less: Bank Transfers/CD's | $0.00 | $62,744.21 |
| Subtotal | $94,043.35 | $31,299.14 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $28,200.00 | $77,444.21 |

$94,043.35     $31,299.14

Page Subtotals:                    $0.00      $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-39654 | Trustee Name: | KAREN R. GOODMAN |
| --- | --- | --- | --- |
| Case Name: | Argon Credit LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0396 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9264 | Blanket Bond (per case limit): | $53,755,125.00 |
| For Period Ending: | 03/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/06/21 | | Estate of Argon Credit LLC, 16-39654 | | 9999-000 | $388,630.40 | | $388,630.40 |
| 05/07/21 | 18 | Gary Zumski | Settlement payment per Court Order 1/7/2021 | 1241-000 | $7,500.00 | | $396,130.40 |
| 06/01/21 | 18 | Gary L. Zumski, Jr. | Installment of payment pursuant to Court Order of 1/7/2021 | 1241-000 | $7,500.00 | | $403,630.40 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $366.56 | $403,263.84 |
| 06/07/21 | 18 | Eric Schnosenberg | Settlement in full of conveyence action per Court Order dated 5/20/21 | 1241-000 | $45,000.00 | | $448,263.84 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $469.35 | $447,794.49 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $494.41 | $447,300.08 |
| 08/26/21 | 2001 | KAREN R. GOODMAN Crane, Simon, Clar & Goodman 135 S. LaSalle Street, Suite 3950 Chicago, IL 60603 | Interim Trustee Fees per Court Order 8-26-21 | 2100-000 | | $24,487.48 | $422,812.60 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $489.53 | $422,323.07 |
| 09/24/21 | 18 | Barry Kostiner | First Payment of Settlement per Court Order 9/2/2021 dkt#550 | 1241-000 | $20,000.00 | | $442,323.07 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $456.24 | $441,866.83 |
| 10/26/21 | 18 | Barry Kostiner | Second Payment of Settlement per Court Order 9/2/2021 dkt#550 | 1241-000 | $15,000.00 | | $456,866.83 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $491.07 | $456,375.76 |

Page Subtotals: $483,630.40 $27,254.64

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-39654 | Trustee Name: | KAREN R. GOODMAN |
| --- | --- | --- | --- |
| Case Name: | Argon Credit LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0396 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9264 | Blanket Bond (per case limit): | $53,755,125.00 |
| For Period Ending: | 03/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/21 | 18 | Sean F. Tomaszkiewicz | Settlement of Adversary per Court Order to be entered on 12/16/21 | 1241-000 | $7,000.00 | | $463,375.76 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $488.13 | $462,887.63 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $511.08 | $462,376.55 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $510.55 | $461,866.00 |
| 02/09/22 | 2002 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Blanket Bond Payment Bond #016073584 | 2300-000 | | $214.08 | $461,651.92 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $460.49 | $461,191.43 |
| 03/09/22 | 2003 | Illinois of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | Illinois taxes FEIN 46-4459264 Tax year ending December 2021; IL-1065-V | 2820-000 | | $3,389.00 | $457,802.43 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $490,630.40 | $32,827.97 |
| Less: Bank Transfers/CD's | $388,630.40 | $0.00 |
| Subtotal | $102,000.00 | $32,827.97 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $102,000.00 | $32,827.97 |

| | | |
| --- | --- | --- |
| Page Subtotals: | $7,000.00 | $5,573.33 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0396 - Checking | $102,000.00 | $32,827.97 | $457,802.43 |
| XXXXXX4566 - Checking | $94,043.35 | $31,299.14 | $0.00 |
| XXXXXX6025 - Checking | $676,000.70 | $312,107.11 | $0.00 |
| XXXXXX8085 - Checking | $42,500.00 | $80,507.40 | $0.00 |
|  | $914,544.05 | $456,741.62 | $457,802.43 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $914,544.05 |
| Total Gross Receipts: | $914,544.05 |

Trustee Signature:    /s/ KAREN R. GOODMAN    Date: 06/29/2022

KAREN R. GOODMAN
135 S. LaSalle Street
Suite 3950
Chicago, IL 60603
641-6777
kgoodman@cranesimon.com

Page Subtotals:    $0.00    $0.00