UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-39654 |
| Argon Credit, LLC et al, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER DISALLOWING CLAIM NO. 21 FILED BY FRANCHISE TAX BOARD

THIS CAUSE COMING ON TO BE HEARD on the Objection filed by Karen R. Goodman, Trustee, to Claim No. 21, filed by the Franchise Tax Board:

IT IS HEREBY ORDERED that Claim No. 21 heretofore filed by the Franchise Tax Board be and the same is hereby disallowed in its entirety.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: February 23, 2023

**Prepared by:**

KAREN R. GOODMAN, ESQ.
(Atty. No. Goodman #1008242)
CRANE SIMON CLAR & GOODMAN
135 S. LaSalle Street, Suite #3950
Chicago, Illinois 60603
312-641-6777