**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | No. 16-39654 |
| ARGON CREDIT, LLC, *et al.*, | ) | (Jointly Administered) |
| | ) | Hon. Deborah L. Thorne |
| | ) | Hearing Date:   March 23, 2023 |
| Debtors. | ) | Hearing Time:   9:30 a.m. |

## NOTICE OF LIMITED OBJECTION

**PLEASE TAKE NOTICE** that Fund Recovery Services, LLC ("FRS") has a limited objection to the *Motion For Entry Of An Order: (I) Pursuant To Bankruptcy Rule 9019 Approving Settlement with Little Owl Argon, LLC, and (II) Approving Payment of Contingency Fee* [ECF No. 574] ("Motion"), which is scheduled for presentment on **March 23, 2023 at 9:30 a.m.** or as soon thereafter as counsel may be heard, before the **Honorable Deborah L. Thorne,** Bankruptcy Judge, or in her absence, before such other Judge who may be sitting in her place and stead and hearing bankruptcy motions. Specifically, FRS objects to the Motion to the extent that it may impair FRS's rights under that certain *Amended and Restated Subordination Agreement* dated February 12, 2016 between FRS's predecessor in interest, the above-captioned debtors, and Little Owl Argon, LLC ("Little Owl"), including, without limitation, FRS's right to collect any distribution made on account of Little Owl's allowed claim in this case.

FUND RECOVERY SERVICES, LLC

By:   /s/ Peter J. Roberts
       One of its attorneys

Peter J. Roberts (#6239025)
COZEN O'CONNOR
123 North Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 382-3100
proberts@cozen.com

## CERTIFICATE OF SERVICE

Peter J. Roberts certifies that he caused to be served a true copy of the above and foregoing notice upon the attached Electronic Mail Notice List through the ECF System which sent notification of this filing on March 21, 2023.

/s/ Peter J. Roberts

# Mailing Information for Case 16-39654

# Electronic Mail Notice List

- Harold Abrahamson    aralawfirm@aol.com

- Gabriel Aizenberg    aizenbergg@gtlaw.com, malisc@gtlaw.com;chilitdock@gtlaw.com;stibbep@gtlaw.com;mendeloffs@gtlaw.com;ickesp@gtlaw.com

- Kimberly Bacher    Kimberly.Bacher@usdoj.gov, kimberlyabacher@hotmail.com

- Paul M Bauch    pbauch@lakelaw.com, smohan@lakelaw.com;5242@notices.nextchapterbk.com

- Rachel Blise    rblise@foley.com

- Michael A Brandess    mbrandess@sfgh.com, bkdocket@sfgh.com

- Terence Campbell    tcampbell@cotsiriloslaw.com, protert@cotsiriloslaw.com

- Jeffrey C Dan    jeffd@goldmclaw.com

- Shelly A. DeRousse    sderousse@freeborn.com, bkdocketing@freeborn.com

- William J Factor    wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com

- Jonathan P Friedland    jfriedland@sfgh.com, bkdocket@sfgh.com

- Matthew T. Gensburg    MGensburg@gcklegal.com

- Karen R Goodman    kgoodman@cranesimon.com, il24@ecfcbis.com;dkobrynski@cranesimon.com;kgoodman@ecf.axosfs.com;abell-powell@cranesimon.com

- Karen R Goodman    kgoodman@cranesimon.com, abell-powell@cranesimon.com

- E. Philip Groben    pgroben@gcklegal.com, bcervantes@gcklegal.com,rrodriguez@gcklegal.com

- Valerie A Hamilton    vhamilton@sillscummis.com

- Jill M Hutchison    jhutchison@cotsiriloslaw.com, bdardar@cotsiriloslaw.com
- Elizabeth L Janczak    ejanczak@freeborn.com, bkdocketing@freeborn.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Derek V. Lofland    derekloflandesq@gmail.com
- Sara E Lorber    slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
- Edward Miller    edmilleresq@aol.com
- Karthik Nagarur    knagarur@gmail.com
- Jeffrey K. Paulsen    jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com;jpaulsen@ecf.inforuptcy.com
- Nancy A Peterman    petermann@gtlaw.com, chilitdock@gtlaw.com;greenbergc@gtlaw.com;stibbep@gtlaw.com
- Lars A Peterson    lpeterson@lgcounsel.com
- Peter J Roberts    proberts@cozen.com, peter-roberts-1301@ecf.pacerpro.com;cknez@cozen.com
- Carolina Y. Sales    csales@lakelaw.com, smohan@lakelaw.com;5241@notices.nextchapterbk.com
- Christina Sanfelippo    csanfelippo@cozen.com, PCarraway-Love@cozen.com;christina-sanfelippo-5069@ecf.pacerpro.com
- Steven S. Shonder    Steve@ShonderLegal.com, sshonder@me.com
- David M Siegel    davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com
- M. Gretchen Silver    ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov
- Arthur G Simon    asimon@cranesimon.com, sclar@cranesimon.com;slydon@cranesimon.com
- Michael J. Small    msmall@foley.com, thardy@foley.com;DocketFlow@foley.com
- Peter S Stamatis    peter@stamatislegal.com
- Justin R. Storer    jstorer@lakelaw.com, 5217@notices.nextchapterbk.com;ECF@Lakelaw.com
- Jeffrey Wilens    jeff@lakeshorelaw.org

LEGAL\62182948\1