**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-39654 |
| | ) | (Jointly Administered) |
| ARGON CREDIT, LLC, *et al*, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | Hearing Date: May 18, 2023 at 9:30 a.m. |
| | ) | |

**<u>NOTICE OF MOTION</u>**

TO: See attached list

PLEASE TAKE NOTICE that on May 18, 2023 at 9:30 a.m., the undersigned shall appear before the Honorable Deborah L. Thorne, or whomever may be sitting in her place and stead, **either** in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and will then present the *Second and Final Fee Application of Freeborn & Peters LLP as Special Counsel to the Trustee*. Parties-in-interest may obtain a copy of the application by contacting undersigned counsel.

**All parties in interest, including the movant, may appear for the presentment of the application either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this application** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the application will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the application in advance without a hearing.

Dated:  April 27, 2023

**KAREN R. GOODMAN, CHAPTER 7
TRUSTEE**

By: /s/ Shelly A. DeRousse
    One of Her Attorneys

Shelly A. DeRousse, Esq.
Elizabeth L. Janczak, Esq.
SMITH GAMBRELL & RUSSELL LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:  312.360.6520
sderousse@sgrlaw.com
ejanczak@sgrlaw.com

*Counsel to the Trustee*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-39654 |
| | ) | (Jointly Administered) |
| ARGON CREDIT, LLC, *et al*, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | Hearing Date: May 18, 2023 at 9:30 a.m. |
| | ) | |

## CERTIFICATE OF SERVICE

I, Shelly A. DeRousse, an attorney, hereby certify that on April 27, 2023, I caused a true and correct copy of the foregoing *Notice of Motion* and *Second and Final Fee Application of Freeborn & Peters LLP as Special Counsel to the Trustee*, to be filed with the Court and served upon the following parties by the manners listed.

_____/s/ Shelly A. DeRousse_____

## CM/ECF Service List (Notice and Application)

Harold Abrahamson     aralawfirm@aol.com
Gabriel Aizenberg     aizenbergg@gtlaw.com,
malisc@gtlaw.com;chilitdock@gtlaw.com;mendeloffs@gtlaw.com
Kimberly Bacher     kimberly.bacher@usdoj.gov, kimberlyabacher@hotmail.com
Paul M Bauch     pbauch@bmlawllc.com,
smohan@bmlawllc.com;5242@notices.nextchapterbk.com
Rachel Blise     rblise@foley.com
Michael A Brandess     michael.brandess@huschblackwell.com, bkdocket@sfgh.com
Terence Campbell     tcampbell@cotsiriloslaw.com, protert@cotsiriloslaw.com
Jeffrey C Dan     jeffd@goldmclaw.com, teresag@goldmclaw.com
William J Factor     wfactor@wfactorlaw.com,
wfactorlaw@gmail.com;bsass@wfactorlaw.com;wfactor@ecf.courtdrive.com;wfactormyecfmail
@gmail.com;factorwr43923@notify.bestcase.com
Jonathan P Friedland     jfriedland@sfgh.com, bkdocket@sfgh.com
Matthew T. Gensburg     MGensburg@gcklegal.com
Karen R Goodman     kgoodman@cranesimon.com, abell-powell@cranesimon.com
Karen R Goodman     kgoodman@cranesimon.com,
il24@ecfcbis.com;dkobrynski@cranesimon.com;kgoodman@ecf.axosfs.com;abell-
powell@cranesimon.com
E. Philip Groben     pgroben@gcklegal.com,
bcervantes@gcklegal.com,rrodriguez@gcklegal.com
Valerie A Hamilton     vhamilton@sillscummis.com
Jill M Hutchison     jhutchison@cotsiriloslaw.com, bdardar@cotsiriloslaw.com

Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
Derek V. Lofland    derekloflandesq@gmail.com
Sara E Lorber    slorber@wfactorlaw.com,
slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
Karthik Nagarur    knagarur@gmail.com
Jeffrey K. Paulsen    jpaulsen@wfactorlaw.com,
bsass@wfactorlaw.com;jpaulsen@ecf.courtdrive.com
Nancy A Peterman    petermann@gtlaw.com,
chilitdock@gtlaw.com;greenbergc@gtlaw.com;stibbep@gtlaw.com
Lars A Peterson    lars.peterson@ilag.gov
Peter J Roberts    proberts@cozen.com, peter-roberts-
1301@ecf.pacerpro.com;cknez@cozen.com
Carolina Y. Sales    csales@bmlawllc.com,
smohan@bmlawllc.com;5241@notices.nextchapterbk.com
Christina Sanfelippo    csanfelippo@cozen.com, cknez@cozen.com;christina-sanfelippo-
5069@ecf.pacerpro.com
Steven S. Shonder    Steve@ShonderLegal.com, sshonder@me.com
David M Siegel    davidsiegelbk@gmail.com,
R41057@notify.bestcase.com;johnellmannlaw@gmail.com
M. Gretchen Silver    ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov
Arthur G Simon    asimon@cranesimon.com, sclar@cranesimon.com;slydon@cranesimon.com
Michael J. Small    msmall@foley.com, thardy@foley.com;DocketFlow@foley.com
Peter S Stamatis    peter@stamatislegal.com
Justin R. Storer    jstorer@lakelaw.com, bsass@wfactorlaw.com;jstorer@ecf.courtdrive.com
Jeffrey Wilens    jeff@lakeshorelaw.org

## U.S. Mail Service List (Notice of Motion Only)

See attached mailing matrix.

Label Matrix for local noticing
0752-1
Case 16-39654
Northern District of Illinois
Eastern Division
Wed Apr 26 13:57:26 CDT 2023

Addison Professional Financial Sear
7076 Solutions Center
Chicago, IL 60677-7000

Ahmed Belhabib
808 Canyon Terrace Ln.
Folsom, CA 95630-1872

Gabriel Aizenberg
Greenberg Traurig LLP
77 W Wacker
 #3100
Chicago, IL 60601-4904

AmOne Corporation
12331 SW 3rd St
Suite 700
Fort Lauderdale, FL 33325-2814

American Airlines ICU
PO Box 619001
MD2100
Dallas TX 75261-9001

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Andy C. Warshaw, Esq.
1200 Main St., Suite G
Irvine, CA 92614-6749

Argon Credit LLC
200 W. Jackson Blvd.
Suite 900
Chicago, IL 60606-6986

Argon X LLC
200 W. Jackson Blvd.
Suite 900
Chicago, IL 60606-6986

Ashleigh L. Bingham
258 Green St.
Park Forest, IL 60466-1610

Ashley M. Dabney
3116 W. Belmont Ave., Apt. B
Chicago, IL 60618-5706

Ashley Stuart
9137 Ga. Hwy. 135
Naylor, GA 31641-2049

Audrey L. Willis
Office of the Chapter 13 Trustee, MDAL
P.O. Box 173
Montgomery, AL 36101-0173

B Money Holdings
2569 College Hill Circle
Schaumburg, IL 60173-5204

Kimberly Bacher
Office of the U. S. Trustee, Region 11
219 S Dearborn
Suite 873
Chicago, IL 60604-2027

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Barclays Bank Delaware
ERC PO Box 57610
Jacksonville FL 32241

Barrile, John M
200 W Jackson
Chicago, IL 60606-6910

Bates, Birttney T
914 Great Plaines
Matteson, IL 60443-2477

Bates, LaTonya
P.O. Box 168
Frankfort, IL 60423-0168

Brian and Lourdes Bauman
320 N. Aldine Ave.
Park Ridge, IL 60068-3012

Beattie, Mary
32429 W River Rd
Wilmington, IL 60481-9578

Bernard Marsiglia
100 Forest Pl., Apt. 501
Oak Park, IL 60301-1196

Bethke, John T
6037 W 99th St
Oak Lawn, IL 60453-3663

Blue Treble Solutions, LLC
2009 Fairoak Ct.
Naperville, IL 60565-2842

Borden, Alea
1312 W George Street Apt 3
Chicago, IL 60657-8803

Michael A Brandess
Husch Blackwell LLP
120 S. Riverside Plaza
Ste. 2200
Chicago
Chicago, IL 60606-3912

Breen, Brian M
8500 Westberry Ln
Tinley Park, IL 60487-7537

Broadmark Capital, LLC
M. Brandess Sugar Felsenthal
Grais & Hammer
30 N. LaSalle St.Ste 3000
Chicago, IL 60602-3481

Brown, Derrick
11615 S Hale Ave
Chicago, IL 60643-4821

Bruce W. Breitweiser
1504 W Washington Street
Bloomington, IL 61701

Budd Larner, P.C.
150 John F. Kennedy Pkwy
Short Hills, NJ 07078-2703

Byron Faermark
1900 S Highland Ave  Suite 100
Lombard, IL 60148-4998

Calloway, Evelyn
5803 W Erie St #3S
Chicago, IL 60644-1457

Candace Harison
20 N. Tower Rd.
Oak Brook, IL 60523-1126

Canete, Ira V
1050 S School St
Lombard, IL 60148-4025

Cardinal Trust
77 W Wacker Dr
Suite 3100
Chicago IL 60601-4904

Chapter 13 Trustee, Middle District of Alaba
P.O Box 173
Montgomery, AL 36101-0173

Charles Augello
9023 Gardner Dr.
Alpharetta, GA 30009-2193

Charles Beattie
35 Woodlake Blvd., Apt. 1205
Gurnee, IL 60031-3279

Chris Walker
4138
Ridgefield Dr.
Columbus, GA 31907-6224

Christine Sammons
3250 Cannon Bay Dr.
Cumming, GA 30041-7721

Christopher Hinsley
720 Wellington Ave.
Elk Grove Village, IL 60007-3366

Clayton Pringle
911 West George St.
Banning, CA 92220-4341

Coates, Charles
3535 W Armitage Ave Unit 2F
Chicago, IL 60647-3602

Cogent Communications Chicago
221 N. LaSalle Street
Chicago, IL 60601-1514

Collins, Keyoma R
2708 Oxford Dr
Markham, IL 60428-4762

Commonwealth Edison Co
3 Lincoln Center
Attn: Bankruptcy  Section
Oak Brook Terrace IL 60181-4204

Conversant LLC
P.O. Box 849725
Los Angeles, CA 90084-9725

CyberRidge
c/o Nortridge Software
2 S. Pointe Dr., Ste 250
Lake Forest, CA 92630-8537

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Dabney, Ashley M
3116 W. Belmont Avenue #2
Chicago, IL 60618-5706

Dale & Gensburg PC
200 W Adams St
Ste 2425
Chicago, IL 60606-5251

Jeffrey C Dan
Goldstein & McClintock LLLP
111 West Washington
Suite 1221
Chicago, IL 60602-3482

Daniels, Panichi
61 W 146th St
Riverdale, IL 60827-2853

Data Sales Co., Inc.
3450 West Burnsville Pkwy
Burnsville, MN 55337-4203

Deborah Martin
413 Flint Trl
Jonesboro, GA 30236-1313

Paul R Defilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue 12th Floor
New York, NY 10110-1292

Denise Ortiz
c/o Golden & Cardona-Loya LLP
3130 Bonita Road, Ste. 200B
Chula Vista, CA 91910-3263

Dennis Nix
24701 Raymond Way
Lake Forest, CA 92630-4741

Department of Treasury-Internal Revenue Serv
PO Box 7346
Philadelphia, PA 19101-7346

DevBridge Group, LLC.
343 W. Erie St. Suite 600
Chicago, IL 60654-5789


Diekelman, Adam K
511 W Division St #512
Chicago, IL 60610-1826

Douglas Harvey
3836 South Hurt Rd.
Smyrna, GA 30082-3518

Drane, Cecelia D
719 N. 7th St.
Maywood, IL 60153-1054


Dube, Matthew R
226 N Adams St
Hinsdale, IL 60521-3126

Enova International, Inc.
175 W. Jackson Blvd. Suite 1000
Chicago, IL 60604-2863

Enova International, Inc.
200 W. Jackson St., 9th Floor
Chicago, IL 60606-6986


Erica White
10343 Linder Ave.
Oak Lawn, IL 60453-4678

Erickson, Nathan R
655 W Irving Park Rd Apt 1408
Chicago, IL 60613-3136

Ferro, Peter A
2377 Holt Rd
Minooka, IL 60447-8912


Fintech Financial, LLC
Attn: Mindi Vavra
101 Research Park Dr.
Mission, SD 57555

Florian Fox
10606 Charles St.
Huntley, IL 60142-7131

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento, CA 95812-2952


Jonathan P Friedland
Sugar Felsenthal Grais & Helsinger LLP
30 North LaSalle Street
Suite 3000
Chicago, IL 60602-3481

Fukawa, Kim K
2462 N Orchard St  #1
Chicago, IL 60614-2624

Fund Recovery Services, LLC
Sills Cummis & Gross, PC
Attn: V. Hamilton
600 College Road East
Princeton, NJ 08540-6636


Gallop Solutions, Inc.
P.O. Box 796575
Dallas, TX 75379-6575

Gary Zumski
4204 E. Frontage Rd.
Rolling Meadows, IL 60008-2520

Matthew T. Gensburg
Gensburg Calandriello & Kanter, P.C.
200 W Adams St., Ste. 2425
Chicago, IL 60606-5251


Gonzalez, James R
808 Alann Dr
Joliet, IL 60435-3821

Gonzalez, Mayra
4048 S Albany Ave
Chicago, IL 60632-2445

Karen R Goodman ESQ
Crane, Simon, Clar & Goodman
135 S. LaSalle Street
Suite 3705
Chicago, IL 60603-4101


Karen R Goodman ESQ
Crane, Simon, Clar & Goodman
135 South LaSalle Street
Suite 3950
Chicago, IL 60603-4127

E. Philip Groben
Gensburg Calandriello & Kanter, P.C.
200 West Adams St., Ste 2425
Chicago, IL 60606-5251

Valerie A Hamilton
Sills Cummis Gross, P.C.
600 College Road East
Princeton, NJ 08540-6636


Heather Miller
25 Elm Dr.
Bethany, IL 61914-9516

Heather Nicholas
11496 Autumn Hill Drive
Sandy, UT 84094-5671

Heidi Smith
388 Alicia Ave.
Talladega, AL 35160-2945

Hicks, Kevin
4527 W Monroe St
Chicago, IL 60624-2519

Howard, Casey K
1624 W Division St #504
Chicago, IL 60622-3833

InContact, Inc.
75 West Towne Ridge Tower 1
Sandy, UT 84070-5528

James Ciesielski
210 N. 14th St.
Lanett, AL 36863-6454

James Hansen
2065 East County Rd. 1300
Carthage, IL 62321-3511

Jamillah Omar
8945 S. Dorchester Ave.
Chicago, IL 60619-7005

Elizabeth L Janczak
Smith Gambrell & Russell LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6683

Jandice Tidwell
798 County Rd. 245
Scottsboro, AL 35768-5115

Jason Petty
5263 Highland Trace Circle
Birmingham, AL 35215-2872

Jason Sparling
103 East 5th
Spring Valley, IL 61362-1420

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Joann Brooks
2241 Mokingbird Ln.
Washington, IL 61571-3338

Joseph Coler
4480 Highwood Park. Dr.
Atlanta, GA 30344-7051

Kamie McKay
3756 Galaway Ct.
Moreno Valley, CA 92555

Karthik Nagarur
c/o Apollo Legal Services, LLC
3900 N. Lake Shore Dr., #4D
Chicago, IL 60613-3462

Krivich, Alexandria N
21847 W Kentwood Dr
Plainfield, IL 60544-7050

Lachandra Jones
3539 Oakshire Way
Atlanta, GA 30354-3630

Lagina Dardy
1807 Highland Ave., Apt. 1
Dublin, GA 31021-3644

Lakeshore Law Center
Jeffrey Wilens, Esq.
18340 Yorba Linda Blvd.
No. 107-610
Yorba Linda, CA 92886-4058

Larry McDuffie
134 GlenDale Rd.
Leesburg, GA 31763-4714

Latoria Williams
3840 Culver Rd.
Tuscaloosa, AL 35401-9511

James N Lawlor
Wollmuth Maher & Deutsch LLP
500 Fifth Ave
12th Floor
New York, NY 10110-1292

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Lending Tree
PO Box 840470
Dallas, TX 75284-0470

Leroy Commander
600 Hunter St.
Thomson, GA 30824-1513

LexisNexis Risk Solutions
230 Park Ave.
7th Floor
New York, NY 10169-0935

Little Owl
322 E. Michigan St. Suite 302
Milwaukee, WI 53202-5005

Little Owl Argon, LLC
322 East Michigan St., Suite 302
Milwaukee, WI 53202-5005

Derek V. Lofland
Law Office of Derek V. Lofland LLC
869 East Schaumburg Road
#174
Schaumburg, IL 60194-3654

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

Madanyan, Harry
6261 W 128th Pl
Palos Heights, IL 60463-2325

Marco Boykin-Hunter
649 Candle Ln.
Birmingham, AL 35214-4874

Margon LLC
Nancy A Peterman
77 W Wacker
Suite 3100
Chicago IL 60601-4904

Maria Colindres
6928
Agnes Ave. #4
North Hollywood, CA 91605-6922

Marjorie Fulmer
211 Mantle Dr.
Madison, AL 35757-7597

Mark Tiffler Trust
760 Village Center Dr., Ste. 200
32 Ruffled Heathers
Lemont, IL 60439-7746

Mark Triffler Declaration
of Trust
Nancy A Peterman
77 W Wacker Dr
Suite 3100
Chicago IL 60601-4904

Martha Fackiner
5123 Brookwood Valley NE
Atlanta, GA 30309-1455

Matthew Schmarje
608 Queen Anne St.
Woodstock, IL 60098-2841

Mattull, Eric
423 Osage Dr
Dyer, IN 46311-2237

McGee, Anthony E
2208 W 121st Place
Blue Island, IL 60406-1302

Meghan  Hubbard
760 Village Center Drive, Suite 200
Burr Ridge, IL 60527-4507

Scott Mendeloff
Greenberg Traurig, LLP
77 W Wacker Drive
Suite 3100
Chicago, IL 60601-4904

Merit Management Group LP
760 Village Center Dr. Suite 200A
Burr Ridge, IL 60527-4529

Michalski, Rachel M
12933 Norwich St
Plainfield, IL 60585-7908

Michelle Waters
249 Silver Ridge Dr.
Dallas, GA 30157-8272

MicroBilt Corporation
100 Canal Pointe Blvd., Suite 208
Princeton, NJ 08540-7169

Microbilt
1640 Airport Rd., Ste. 115
Kennesaw, GA 30144-7038

Midland Funding LLC
2365 Northside Drive
Suite 300
San Diego CA 92108-2710

Mounce, Tawni L
5117 North Western Ave Apt 1
Chicago, IL 60625-2737

Munsayac, Christian
4904 N Harding Ave
Chicago, IL 60625-9529

Nelson, Rebecca
7209 Oneill Rd
Downers Grove, IL 60516-3769

Niko Evrard
1868 Stow St.
Simi Valley, CA 93063-4265

Noax, LLC
310 E. 90th Dr.
Merrillville, IN 46410-7188

Nunn, Marlon T
7765 S South Shore Dr Apt #2
Chicago, IL 60649-5789

Octavio Cardona-Loya II
3130 Bonita Road, Suite 200-B
Chula Vista, CA 91910-3263

Office of the U.S. Trustee
219 S. Dearborn St.
Room 873
Chicago, IL 60604-2027

Palla Smith
5917 Sunflower Ct.
Ellenwood, GA 30294-3891

Park, Rhonda
3531 Stackinghay Dr
Naperville, IL 60564-8335

Pasquale Caira
7508 Locust Ln.
Plainfield, IL 60586-2550

Patricia Carr
1152 Violet Dr.
Birmingham, AL 35215-7224

Paul Piotrowski
7101 N. LeClaire Ave.
Skokie, IL 60077-3480

Penny Mullis
1878 Cook Ct.
Montrose, GA 31065-3237

Peraza Capital
Suite 705
StPetersburg, FL 33701

Peraza Capital and Investment, LLC.
M. Brandess Sugar Felsenthal
Grais & Hammer
30 N. LaSalle St. Ste 3000
Chicago, IL 60602-3481

Percolate Industries
107 Grand St. 2nd Floor
New York, NY 10013-5903

Nancy A Peterman
Greenberg Traurig, LLP
77 West Wacker Drive Ste 2500
Chicago, IL 60601-1643

Lars A Peterson
Illinois Attorney General's Office
100 W. Randolph St.
Office 13-219
Chicago, IL 60601-3218

Pheareak Phan
25 N. Puente Dr.
Tracy, CA 95391-1147

Porche Taylor
1353 Florin Rd.
Sacramento, CA 95822-4201

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Princeton Alternative Fund (PAF)
100 Canal Pointe Blvd. Suite 208
Princeton, NJ 08540-7169

Princeton Alternative Income Fund, LP
c/o Sills Cummis & Gross, PC
Attn: V. Hamilton
600 College Road East
Princeton, NJ 08540-6636

Productive Edge, LLC.
11 E. Illinois St. Suite 200
Chicago, IL 60611-5654

RSM
5155 Paysphere Circle
Chicago, IL 60674-0001

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674-0001

Renita Briley
50 Roswell Ct.
Atlanta, GA 30305-1412

Richard Peterson
247 Talking Rock Trail
Dallas, GA 30132-0910

Rik Williamson
1014 W. S. 2nd
Shelbyville, IL 62565-1804

Robert Demetrius Walker
3590 Towanda Dr.
Atlanta, GA 30349-2334

Robert Half
12400 Collections Center Drive
Chicago, IL 60693-0124

Robert Vaughn
1236 N. Oaklane Rd. Lot 315
Springfield, IL 62707-9771

Peter J Roberts
Cozen O'Connor
123 North Wacker Drive
Suite 1800
Chicago, IL 60606-1770

Mia Victoria I. Rocello

Roderick Williams
195 Echols Way
Acworth, GA 30101-2736

Rossow, Marie E
808 POMEROON ST Apt 306
Naperville, IL 60540-4893

Ruiz, Liza
6149 W Giddings
Chicago, IL 60630-2929

Sammons, Samantha K
3420 N Lakeshore Dr. Apt 7N
Chicago, IL 60657-2887

Sandra Rheuby
421 Mono Drive
Vacaville, CA 95687-5525

Christina Sanfelippo
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, IL 60606-1770

Schneider, Lisa
1804 S Racine Ave #4-B
Chicago, IL 60608-3214

Schoenberg, Eric
2830 N Damen Ave
Chicago, IL 60618-8204

Seyfarth Shaw LLP
131 S Dearborn St. Suite 2400
Chicago, IL 60603-5577

Shah, Manali
9031 Westminster Dr
Woodridge, IL 60517-7545

Sherry Ann Morris
1205 Ridge Vista Ct.
Lawrenceville, GA 30043-7019

Sherry Morris
Allen Chern/ Douglas R. Lenhardt, Esq.
230 College Ave
Athens, GA 30601-2714

Shirley Crowell
2024 Henry Crumrpton Dr.
Birmingham, AL 35211-4930

David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090-6005

M. Gretchen Silver
U S Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604-2027

Michael J. Small
Foley & Lardner LLP
321 N. Clark Street
Suite 3000
Chicago, IL 60654-4762

Stacey Gibson
1656 Eddie Jackson Rd.
Brewton, AL 36426-3986

Steven Wayne McCormick
80 Reynolds Dr.
Rossville, GA 30741-4898

Paul F. Stibbe
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601-4904

Swoon
8474 Solution Center
Chicago, IL 60677-8004

Synchrony Bank /JCP
PO Box 960090
Orlando FL 32896-0090

Tachiana Beard
1252 Hardy Point Dr.
Evans, GA 30809-5281

Tachiana Beard
c/o Brow & Associates, LLC
Evans, GA 30809

Thomas Dyess
6740 Spice Pond Ln.
Mobile, AL 36613-9320

Thomas Zito
3552 Brookfield Rd.
Birmingham, AL 35226-2055

Timothy Miller
25 Elm Dr.
Bethany, IL 61914-9516

Tomaszkiewicz, Sean
2009 Fairoak Ct
Naperville, IL 60565-2842

Tonya Sasser
1261 Nicole Ave.
Atmore, AL 36502-8205

Tonyetta Andrews
601 Creste Dr.
Decatur, GA 30035-4134

(p)TRANSUNION
555 W ADAMS
CHICAGO IL 60661-3631

Vanessa Waddell
214 Robin Hood
Rome, GA 30161-5874

Velocify
Atn: Billing Department
222 N Sepulveda 18th Floor
El Segundo, CA 90245-5614

Venkatasubramaniam, Shreyas
350 West Oakdale Avenue #1308
Chicago, IL 60657-5657

Virola, Amanda L
5642 W Melrose St. Garden Unit
Chicago, IL 60634-4313

Walter Yarbrough
3011 W. 61st
Chicago, IL 60629-3248

Jeffrey Wilens
Lakeshore Law Center
18340 Yorba Linda Blvd.
Yorba Linda, CA 92886-4058

Jeffrey Wilens
Lakeshore Law Center
18340 Yorba Linda Blvd., Suite 107-610
Yorba Linda, CA 92886-4058

William Harris
302 West Blackburn
Paris, IL 61944-1037

Wolfe, Raviv
571 Vernon Woods Dr.
Valparaiso, IN 46385-9106

Woodworth, Allison J
516 W Melrose St Apt 306
Chicago, IL 60657-3787

Yodlee
Lockbox Dept CH 17505
Palatine, IL 60055-7405

Zumski, Gary
4204 E. Frontage Rd
Rolling Meadows, IL 60008-2520

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO box 982234
El Paso TX 79948-2234

DIRECTV LLC
Attn: Bankruptcies
POB 6550
Greenwood Village CO 80155-6550

Jefferson Capital System
16 Mcleland Rd
Saint Cloud MN 56303

Macy's Card
PO Box 8113
Mason OH 45040

(d)Macy's Department Stores
PO Box 8218
Mason OH 45040

Portfolio Recovery
120 Corporate Blvd
Ste 100
Norfolk VA 23502

(d)Portfolio Recovery Associates LLC
POB 41067
Norfolk VA 23541-1067

TransUnion
555 West Adams Street
Chicago, IL 60661

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ad Hoc Committee of Unsecured Creditors

(u)Brittney Gale Alaimo

(u)Christina Alston

(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(u)Michael P. Bailey

(u)Anitra Aytman Billops

(u)John K. Brigoli

(u)Stephen Craig Brown

(u)Alejandro Camacho

(u)Joseph Canfora                  (u)Matthew Cantor                  (u)Dennis C. Cantrell

(u)Tiffany N. Comfort              (u)Patti M. Couture                (u)Dale & Gensburg, P.C.

(u)Shelly A. DeRousse              (u)Donald Dotson                   (u)Dennis B. Estrada-Jimenez

(u)FactorLaw                       (u)Pete Ferro                      (u)Lindsay Fore

(u)John Fountaine                  (u)Fund Recovery Services, LLC     (u)Gensburg Calandriello & Kanter, P.C.

(u)Rosemary Gonzalez-Lopez         (d)Karen R Goodman ESQ             (u)Sonja Hallmon
                                   Crane, Simon, Clar & Goodman
                                   135 South LaSalle Street
                                   Suite 3950
                                   Chicago, IL 60603-4127

(u)Karensa Hutchens               (u)April D. Johnson                 (u)Joseph Martinez
                                                                      3746 Morning Glory Ave.
                                                                      AK 99534-8000

(u)Kim L. King                     (u)Latonya D. Kitchen              (u)Kutchins, Robbins & Diamond, Ltd.

(u)Little Owl Argon, LLC           (u)Theresa Madrigal                (u)Margon LLC

(u)Margon LLC, Mark Triffler, Pete Ferro and   (u)Mark Triffler Declaration of Trust   (u)Yolanda J. McKinney

(u)Morris Anderson & Associates, Ltd.

(u)Mathew V. Muniz

(u)Peraza Capital and Investment, LLC

(u)Jerardo Prado

(u)Steven Prescott

(u)Joseph N. Roberson

(u)Delilah Jasso Rodriguez

(u)Eric Shorter

(u)Dean Sipe

(u)Jennifer J. Solorio

(u)Felicia M. Spiller

(u)Sugar Felsenthal Grais & Hammer, LLP

(u)Sharon S. Tatumausbie

(u)The Cardinal Trust

(u)Mark Triffler

(u)Karen Vinson

(u)Lois West

(u)Samantha Rae Wilder

End of Label Matrix
Mailable recipients    215
Bypassed recipients     57
Total                  272

Label Matrix for local noticing
0752-1
Case 16-39655
Northern District of Illinois
Eastern Division
Wed Apr 26 13:58:18 CDT 2023

Argon Credit, LLC
200 W Jackson St Suite 900
Chicago, IL 60606-6986

Argon X LLC
200 W. Jackson Blvd.
Suite 900
Chicago, IL 60606-6986

Cardinal Trust
760 Village Center Dr. Suite 200
Burr Ridge, IL 60527-4507

William J Factor
William J. Factor
105 W. Madison St.
Suite 1500
Chicago, IL 60602-4602

Fintech Financial, LLC
Attn: Mandi Vavra
101 Research Park Drive
Mission, SD 57555

(p)ARGON CREDIT
100 CANAL POINTE BLVD
SUITE 208
PRINCETON NJ 08540-7169

Fund Recovery Services, LLC
Sills Cummis & Gross, PC
Attn: V. Hamilton
600 College Road East
Princeton, NJ 08540-6636

Gary Zumski
4204 E Frontage Rd
Rolling Meadows, IL 60008-2520

Matthew T. Gensburg
Gensburg Calandriello & Kanter, P.C.
200 W Adams St., Ste. 2425
Chicago, IL 60606-5251

Karen R Goodman ESQ
Crane, Simon, Clar & Goodman
135 South LaSalle Street
Suite 3950
Chicago, IL 60603-4127

E. Philip Groben
Gensburg Calandriello & Kanter, P.C.
200 West Adams St., Ste 2425
Chicago, IL 60606-5251

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Little Owl
322 E. Michigan St. Suite 302
Milwaukee, WI 53202-5005

Sara E Lorber
The Law Office of William J. Factor
105 W. Madison St.
Suite 1500
Chicago, IL 60602-4602

Margon
760 Village Center Dr. Suite 200
Burr Ridge, IL 60527-4507

Mark Trifflet Trust
32 Ruffled Feathers Dr.
Lemont, IL 60439-7746

Office of the U.S. Trustee
219 S. Dearborn St.  Rm 873
Chicago, IL 60604-2027

Jeffrey K. Paulsen
The Law Office of William J. Factor, Ltd
105 W. Madison, Suite 1500
Chicago, IL 60602-4602

Lars A Peterson
Illinois Attorney General's Office
100 W. Randolph St.
Office 13-219
Chicago, IL 60601-3218

Princeton Alternative Fund
100 Canal Point Blvd Suite 208
Princeton, NJ 08540-7169

Princeton Alternative Fund (PAF)
100 Canal Pointe Blvd. Suite 208
Princeton, NJ 08540-7169

Princeton Alternative Income Fund, LP
c/o Sills Cummis & Gross, PC
Attn: V. Hamilton
600 College Road East
Princeton, NJ 08540-6636

Raviv Wolfe
571 Vernon Wood Dr
Valparaiso,IN 46385-9106

Peter J Roberts
Cozen O'Connor
123 North Wacker Drive
Suite 1800
Chicago, IL 60606-1770

Michael J. Small
Foley & Lardner LLP
321 N. Clark Street
Suite 3000
Chicago, IL 60654-4762

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fund Recovery Services LLC
100 Canal Point Blvd Ste 208
Princeton, NJ 08540

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Fund Recovery Services, LLC                (u)Little Owl Argon, LLC                End of Label Matrix
                                                                                      Mailable recipients   25
                                                                                      Bypassed recipients     2
                                                                                      Total                  27

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-39654 |
| | ) | (Jointly Administered) |
| ARGON CREDIT, LLC, *et al*, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | Hearing Date: May 18, 2023 at 9:30 a.m. |

**COVER SHEET FOR SECOND AND FINAL FEE APPLICATION OF**
**FREEBORN & PETERS LLP AS SPECIAL COUNSEL TO THE TRUSTEE**

Name of Applicant:                  Freeborn & Peters LLP

Authorized to Provide              Karen R. Goodman, as chapter 7 trustee
Professional Services to:

Date of retention:                  July 11, 2017 *nunc pro tunc* to June 1, 2017

Period for which
compensation and
reimbursement is sought:          June 1, 2017 through March 31, 2023

Amount of hourly compensation
sought as actual,
reasonable and necessary:          $239,768.00

Amount of contingency fee
compensation sought as
actual, reasonable and necessary:  $229,363.30

Amount of reimbursement
sought as actual,
reasonable and necessary:          $2,698.17

This is an ____ interim __X__ final application

Prior Fee Applications Filed by Applicant:          Yes

| Hourly Fees & Expenses | | | | |
|---|---|---|---|---|
| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
| 9/17/2019 | 6/1/2017-8/31/2019 | $133,030.59 | $133,030.59 | $133,027.59 |

| Contingency Fees | | | | |
|---|---|---|---|---|
| Date Filed | ECF No. | Total Requested Fees | Total Allowed Fees | Fees Previously Paid |
| 11/8/2018 | 355 | $7,713.30 | $7,713.30 | $7,713.30 |
| 12/14/2018 | 373 | $1,650.00 | $1,650.00 | $1,650.00 |
| 2/1/2019 | 400 | $300.00 | $300.00 | $300.00 |
| 2/27/2019 | 405 | $6,500.00 | $6,500.00 | $6,500.00 |
| 3/19/2019 | 407 | $1,500.00 | $1,500.00 | $1,500.00 |
| 3/27/2019 | 411 | $6,800.00 | $6,800.00 | $6,800.00 |
| 4/24/2019 | 418 | $1,400.00 | $1,400.00 | $1,400.00 |
| 1/22/2020 | 472 | $17,000.00 | $17,000.00 | $17,000.00 |
| 10/20/2020 | 520 | $22,500.00 | $22,500.00 | $22,500.00 |
| 10/20/2020 | 521 | $80,000.00 | $80,000.00 | $80,000.00 |
| 2/5/2021 | 531 | $6,000.00 | $6,000.00 | $6,000.00 |
| 3/23/2023 | 578 | $78,000.00 | $78,000.00 | $78,000.00 |
| | Totals: | $229,363.30 | $229,363.30 | $229,363.30 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-39654 |
| | ) | (Jointly Administered) |
| ARGON CREDIT, LLC, *et al*, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | Hearing Date: May 18, 2023 at 9:30 a.m. |

## SECOND AND FINAL APPLICATION OF FREEBORN & PETERS LLP AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE

Freeborn & Peters LLP ("*Freeborn*") as special counsel to Karen R. Goodman (the "*Trustee*"), the duly appointed and serving chapter 7 trustee for the estates of Argon Credit, LLC and Argon X, LLC (collectively, the "*Debtors*") submits this application (the "*Application*"), for entry of an order: (a) for allowance and final approval of $239,768.00 in hourly compensation for legal services rendered by Freeborn to the Trustee for the period of June 1, 2017 through March 31, 2023 (the "*Fee Application Period*"), (b) for final allowance and approval of $229,363.30 in contingency fee compensation for legal services rendered by Freeborn to the Trustee for the Fee Application Period, (c) for reimbursement of $2,698.17 for actual and necessary expenses incurred by Freeborn during the Fee Application Period, and (d) authorizing the Trustee to pay Freeborn compensation and reimbursement of expenses in the aggregate amount of $109,438.58, representing all unpaid amounts requested herein.

## JURISDICTION AND VENUE

1.    The Court has jurisdiction over this matter pursuant to sections 1334 and 157(a) of title 28 of the United States Code and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois. This is a core proceeding pursuant to section

157(b)(2) of title 28 of the United States Code.  Venue is proper in this district pursuant to sections 1408 and 1409 of title 28 of the United States Code.

2.      The statutory predicates for the relief requested herein are sections 330, 331, 503(b), and 507(a)(1) of title 11 of the United States Code (the "*Bankruptcy Code*"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "*Local Rules*").

## BACKGROUND

### A.      Freeborn's Retention by the Trustee

3.      On December 16, 2016 (the "*Petition Date*"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United State Code (the "*Bankruptcy Code*").

4.      On January 11, 2017, the Debtors' bankruptcy cases were converted from cases under chapter 11 to cases under chapter 7.

5.      Deborah K. Ebner was appointed the interim chapter 7 trustee of the Debtors' estates, but resigned on April 17, 2017.

6.      Eugene Crane was appointed as interim chapter 7 trustee on April 17, 2017 and confirmed by the Court on July 6, 2017.

7.      Mr. Crane was confirmed as the duly appointed chapter 7 trustee after litigating a disputed election of another chapter 7 trustee against Fund Recovery Services, LLC ("*FRS*"), the secured lender to Argon X and unsecured creditor of Argon Credit. Freeborn represented the Trustee in connection with the disputed election.

8.      On July 11, 2017, the Court entered an order authorizing the Trustee to employ Shelly A. DeRousse and Freeborn as special counsel retroactive to June 1, 2017 with respect to the following matters on the following bases:

    a.   the disputed trustee election with fees to be charged on an hourly basis;

    b.   analysis and pursuit of claims against the Debtors' insiders and FRS with fees to be charged on an hourly basis; and

    c.   pursuit of chapter 5 causes of action with fees to be charged on a contingency fee basis (the "*Contingency Fees*").

(ECF No. 207).

9.     Pursuant to the court-approved terms of Freeborn's engagement, Freeborn is entitled to a Contingency Fee of: (i) 30% of the cash value of the settlement <u>prior</u> to filing a lawsuit (the "*Pre-Suit Contingency Fee*") or 40% of the cash value of the settlement <u>after</u> filing a lawsuit (the "*Post-Suit Contingency Fee*," together with the Pre-Suite Contingency Fee, the "*Settlement Amount Contingency Fee*"), (ii) plus the cash equivalent value of any claim waiver obtained (the "*Claim Waiver Contingency Fee*").

10.     On June 1, 2020, the Trustee was appointed as the successor chapter 7 trustee after Mr. Crane's resignation.

11.     On July 30, 2020, the Court entered an order authorizing the Trustee to retain Ms. DeRousse and Freeborn on the same terms as previously approved with respect to Mr. Crane. (ECF No. 505). The scope of this retention included legal work performed at the request of the Trustee on an hourly basis, other than the Contingency Fee-related services.

**B. Freeborn's Prior Allowance and Payment of Compensation**

12.     On October 9, 2019, the Court entered an order granting Freeborn's first interim fee application approving hourly fees and expenses for the period of June 1, 2017 through

August 31, 2019 totaling $133,030.59 for which Freeborn has been paid $133,027.59. *See* ECF No. 456.[1]

13.    Freeborn has previously obtained interim approval of contingency fees in connection with settlement of chapter 5 causes of action totaling $229,363.30 for which Freeborn has been paid.  *See* ECF Nos. 355, 373, 400, 405, 407, 411, 418, 472, 520, 521, 531, and 587 and Section II *infra*.

14.    On April 1, 2023, Freeborn combined with the law firm Smith, Gambrell & Russell, LLP. Ms. DeRousse will continue to represent the Trustee as an attorney of Smith, Gambrell & Russell. LLP. Ms. DeRousse filed a supplemental declaration disclosing the combination and updated conflicts check on April 26, 2023.

## RELIEF REQUESTED

15.    This Application reflects services rendered, and expenses incurred, by Freeborn as special counsel to the Trustee from June 1, 2017 through March 31, 2023, the Fee Application Period. This request represents Freeborn's second and final request for allowance and payment of compensation and reimbursement of expenses for services rendered as special counsel to the Trustee relating to the hourly fees.

16.    For the Fee Application Period, Freeborn seeks final approval of compensation in the amount of $239,768.00 in hourly fees and reimbursable expenses in the amount of $2,698.47, for a total of $242,466.17. Freeborn also seeks payment of $109,438.58, representing the unpaid balance owed for its hourly fees and reimbursable expenses.

---

[1]    The total payment requested and authorized was $133,050.59 in Freeborn's first interim fee application and order. However, there was a math error resulting in an overcharge of $60.00 and a typo in the fee amount in the order ($132,150 vs. $132,153) resulting in an underpayment to Freeborn of $3.00. Thus, there is a $57.00 credit toward final fees and expenses.

17.     Freeborn also requests final allowance of Contingency Fee compensation in the amount of $229,363.30, which has previously been allowed on an interim basis. Freeborn has been paid in full on account of its Contingency Fee.

18.     Freeborn has not previously sought approval of fees and expenses incurred for the period of September 1, 2019 through March 31, 2023. Freeborn's billing statements for this period, broken down by project category, are attached hereto as <u>Group Exhibit 1</u>.[2]

## DISCUSSION

19.     Section 330(a) of the Bankruptcy Code provides, in pertinent part, that:

[T]he court may award . . . reasonable compensation for actual, necessary services rendered by the . . . attorney and by any paraprofessional person . . . and . . . reimbursement for actual, necessary expenses. . . .  In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including – (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

20.     The Seventh Circuit Court of Appeals has stated that:

The computation of hourly fees depends on the number of hours "reasonably" expended, the hourly rate of each [professional], the calculation of the time value of money (to account for delay in payment), potential increases and decreases to account for risk and the results obtained, and a complex of other considerations under the heading of "billing judgment."

*Kirchoff v. Flynn*, 786 F.2d 320, 325 (7th Cir. 1986).  Additionally, other courts of appeal have recognized that:

[I]t is important for the court to maintain a sense of overall proportion and not become enmeshed in meticulous analysis of every detailed facet of the

---

[2]     Freeborn attaches only the billing statements for September 1, 2019 through March 31, 2023 and incorporates by reference the billing statements attached to its First Interim Fee Application.

professional representation.  It is easy to speculate in retrospect that the work could have been done in less time or with fewer attorneys or with an associate rather than a partner.  On the other hand, it is also possible that [the client] would not have enjoyed the success it did had its counsel managed matters differently.

*Boston and Main Corp. v. Moore*, 776 F.2d 2, 10 (1st Cir. 1985) (citations omitted).

21.     In reviewing the Application, the Court should be guided by the Seventh Circuit's instruction to ascertain whether such services were rendered and billed in accordance with the established market for legal services in similar matters:

[I]t is not the function of judges in fee litigation to determine the equivalent of the medieval just price.  It is to determine what the lawyer would receive if he was selling his services in the market rather than being paid by court order.

*In re Continental Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992); *see Mann v. McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984) (section 330 "is meant to encourage high standards of professional legal practice in the bankruptcy courts. . . .  Bankruptcy courts must consider whether the fee awards are commensurate with fees for professional services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in bankruptcy courts.")

22.     In *Continental Securities*, the Seventh Circuit found error in the lower court's practice of: (a) placing ceilings on the hourly rates of all lawyers; (b) refusing to allow paralegal services to be compensated at market rate; (c) refusing to award a risk multiplier; (d) making large across-the-board cuts in research time; (e) making large across-the-board cuts in conference time; and (f) refusing to allow attorneys to bill computerized legal research services (*e.g.*, LEXIS). *Continental Illinois Securities Litigation*, 962 F.2d at 568-70.

23.     In evaluating the Application, the Court should consider the novelty and difficulty of the issues presented, the skill required to perform the legal services properly, the preclusion of other employment caused by Freeborn's retention in this case, the customary fees charged in

6

similar cases, the existence of time limits under which the services were rendered, the results

obtained, the experience and ability of the attorneys involved, and the amount of awards of

compensation in similar cases.  *See In re Alberto*, 121 B.R. 531, 534 (Bankr. N.D. Ill. 1990).

24.     Freeborn's hourly rates of compensation for its attorneys and para-professionals

during the Fee Application Period range from $125 to $1,125 (however, no professional with an

hourly rate in excess of $570 has performed services herein).  Those rates are comparable to

rates charged by other practitioners having the same amount of experience, expertise and

standing for similar services in this jurisdiction.  Freeborn consistently and consciously made

every reasonable effort to represent the Trustee in the most economical, efficient and practical

manner possible.

25.     A summary of the compensation requested herein regarding each of Freeborn's

professionals and para-professionals is attached hereto as Exhibit 2.

26.     No agreement or understanding exists between Freeborn and any other person for

the sharing of compensation received or to be received in connection with these cases, other than

as disclosed or authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and the Local

Rules.

27.     Freeborn reserves the right to correct, amend or supplement this Application,

including to seek payment in the event this Application is not approved in full.

### SERVICES PERFORMED

**I.    Hourly Fees**

28.     Freeborn's hourly fee services fell into one of five categories: (1) the disputed

trustee election, (2) investigation and analysis of claims against Argon Credit's insiders and FRS,

(3) prosecution and settlement of the Insider Action (defined *infra*), (4) general estate services,

and (5) Freeborn retention and fee application matters.

A. <u>Trustee Election</u>

29.     The Trustee retained Freeborn to provide legal services in connection with the disputed trustee election.

30.     During the Fee Application Period, Freeborn spent 57.4 hours at a cost of $22,174.00 relating to the trustee election dispute.  This category primarily includes time spent conferring with the Trustee regarding the election, drafting, researching, and successfully prosecuting an objection to the trustee election, drafting, researching and successfully prosecuting an objection to FRS' interlocutory appeal of the ruling on the Trustee election.  All of this time was previously included in Freeborn's first interim fee application (ECF No. 445, Exhibit A) and, thus, none of the exhibits to this Application relate to time in this category.

B. <u>Investigation and Analysis of Claims Against Insiders and FRS</u>

31.     The Trustee also retained Freeborn, on an hourly basis, in connection with investigation and analysis of claims against the Debtors' insiders and FRS.

32.     During the Fee Application Period, Freeborn spent 198.9 hours at a cost of $74,828.50 investigating and analyzing claims against the Debtors' insiders and FRS.  All of this time was previously included in Freeborn's first interim fee application (ECF No. 445, Exhibit B) and, thus, none of the exhibits to this Application relate to time in this category.

33.     This category primarily includes time spent: (i) issuing Rule 2004 discovery to the Debtors' insiders and parties-in-interest, (ii) reviewing documents produced in response to Rule 2004 subpoenas, (iii) preparing a demand letter to the Debtors' directors' and officers' liability insurance carrier, (iv) communicating and negotiating with FRS regarding its motion to quash the Trustee's Rule 2004 subpoena, (v) gaining access to and reviewing the Debtors' books and records to investigate potential insider claims, (vi) preparing motions to extend time to object to FRS' claim and tolling agreements to bring claims against FRS and attending related case status

8

hearings, and (vii) preparing a complaint against the Debtors' insiders for, among other things, breach of fiduciary duty and avoidance and recovery of fraudulent transfers and preferential transfers.

34.    In particular, Freeborn spent a substantial amount of time investigating the basis for the complaint brought in *Crane v. Wolfe, et al.*, Adv. No. 18-00948 (the "*Insider Action*"), which was filed against thirteen (13) individuals and four (4) businesses.  Among other things, the Trustee asserted claims against certain individual insiders for breaches of fiduciary duties of care and loyalty, aiding and abetting breaches of fiduciary duties, and avoidance of preferential and fraudulent transfers.[3]

C.  Insider Action

35.    Subsequent to the filing of the Insider Action, Freeborn began billing Insider hourly fees toward a separate matter number solely to track time spent with regard to post-filing tasks.

36.    During the Fee Application Period, Freeborn spent 322.9 hours at a cost of $120,745.00 relating to litigation against the Debtors' insiders. Of this time, 94.8 hours at a cost of $35,090.50[4] were included in Freeborn's first interim fee application (ECF No. 445, Exhibit C) while 228.1 hours at a cost of $85,654.50 are included in the exhibits to this Application.

37.    Time spent in this category includes time spent preparing the complaint in the Insider Action, attending status hearings on the complaint, communicating with various defendants regarding the claims raised in the Insider Action and their alleged defenses thereto. A

---

[3]    To the extent the Trustee brought avoidance actions against non-insider defendants in the Insider Action, Freeborn has billed those fees separately as it relates to Contingency Fee services.

[4]    The actual amount in the first interim fee application was $35,150.50, but there was a math error resulting in a $60 overcharge. That overcharge has been applied as a credit toward the final payment requested in this Application.

substantial amount of time spent in this category relates to preparing and exchanging position statements with the insider defendants, numerous settlement discussions, negotiations, and a semi-global settlement conference, and preparing settlement agreements and motions to approve those settlements.

38.    In total, Freeborn reached settlements with insider defendants in the Insider Action totaling $573,000.00, summarized as follows:

| Settling Party/Parties | Settlement Amount |
|---|---|
| Margon LLC, *et al.*[5] | $191,000.00 |
| Raviv Wolfe | $125,000.00 |
| Gary Zumski | $75,000.00 |
| Bruce Breitweiser | $12,500.00 |
| Byron Faermark | $12,500.00 |
| John Kuhlman | $60,000.00 |
| Harry Madanyan | $10,000.00 |
| Eric Schnosenberg | $45,000.00 |
| Barry Kostiner | $35,000.00 |
| Sean Tomaszkiewicz/Blue Treble | $7,000.00 |
| **Totals:** | **$573,000.00** |

D.   General Estate Services

39.    During the Fee Application Period, Freeborn spent 41.4 hours at a cost of $16,441.50 on general estate matters specifically requested by the Trustee. Time in this category primarily includes time spent reviewing, analyzing, and resolving the amount of FRS' claim; reviewing pleadings filed in ancillary litigation impacting the Debtors' estates and communication with the Trustee regarding the same; responding to a third-party subpoena on behalf of the Trustee; preparing and filing a motion to abandon the estates' loan portfolio;

---

[5]    The settlement with Margon, LLC, *et al.* was a semi-global settlement with certain Insider Action defendants and their affiliated entities which were defendants in the in a chapter 5 cause of action. For this settlement, the parties agreed to allocate the $371,000 in cash settlement proceeds as $191,000 to the Insider Action and $180,000 to the chapter 5 cause of action.

preparing and filing an objection to the Internal Revenue Service's proof of claim; and other estate matters requested by the Trustee.

40.      All time in this category is including in the billing statements is included in Group Exhibit A.

        E.  Freeborn Retention and Fee Applications

41.      During the Fee Application Period, Freeborn spent 14.2 hours at a cost of $5,579.00 relating to Freeborn's retention and fee application matters. Time in this category primarily includes time spent preparing and filing Freeborn's first interim fee application, and preparing this Application.

**II.    Contingency Fees**

42.      During the Fee Application Period, Freeborn represented the Trustee in pursuing certain chapter 5 causes of action on a Contingency Fee. This claims which were settled prior to filing a complaint and claims which were settled subsequent to filing a complaint.

43.      Freeborn's services generally fell into one of three categories: (1) preference claims against recipients of 90-day transfers, including a preference claim against FRS; (2) a fraudulent transfer claim asserted against Broadmark Capital, LLC in the Insider Action; and (3) an action filed against several Argon Credit's members for recharacterization of purported loans to Argon Credit, which the Trustee asserted were actual equity investments, and avoidance and recovery of pre-petition payments made to the members which the Trustee asserted were wrongful distributions (the "*Recharacterization Adversary*"). The Defendants in the Recharacterization Adversary were Margon LLC, Mark Triffler as trustee of Mark Triffler Declaration of Trust Dated December 5, 1991, Barry Edmonson as trustee of The Cardinal Trust, and Little Owl Argon, LLC.

11

44.     While the Insider Action primarily involved breach of fiduciary duty claims and related claims against Argon Credit's former insiders (*i.e.* hourly fee services), the claims asserted against Broadmark were chapter 5 claims which are encompassed within the Contingency Fee services. Where Freeborn performed services relating exclusively to Broadmark, Freeborn did not bill its time hourly but attributed it to the Contingency Fee.

45.     Freeborn often appeared at court hearings and performed services which related to both the Insider Action and the Recharacterization Action. In those instances, Freeborn split its time equally between the Insider Action, on an hourly basis, and the Recharacterization Action, on a contingency fee basis. Similarly, the Trustee reached a semi-global settlement with certain Insider Action defendants and their affiliated entities which were defendants in the Recharacterization Action. For this settlement, the parties agreed to allocate the $371,000 in cash settlement proceeds as $191,000 to the Insider Action and $180,000 to the Recharacterization Action.

46.     In total, Freeborn reached Contingency Fee settlements totaling $581,061.00 for which it received interim approval of Contingency Fees totaling $229,363.30 summarized as follows:

| Settling Party/Parties | Settlement Amount | Contingency Fee Owed | Interim Approval ECF No. |
|---|---|---|---|
| American Express National Bank | $16,500.00 | $4,950.00 | 355 |
| Downtune Solutions, Inc. | $8,811.00 | $2,643.30 | 355 |
| Amazon.com Services, Inc. and Amazon Web Services, Inc. | $400.00 | $120.00 | 355 |
| AutoPal Software, LLC | $4,500.00 | $1,350.00 | 373 |
| Gateway Catalyst THC, LLC | $1,000.00 | $300.00 | 373 |
| BankDirect Capital Finance, LLC | $1,000.00 | $300.00 | 400 |
| Ytel, Inc. | $1,200.00 | $480.00 | 405 |

| Settling Party/Parties | Settlement Amount | Contingency Fee Owed | Interim Approval ECF No. |
|---|---|---|---|
| CyberRidge, LLC | $3,400.00 | $1,020.00 | 405 |
| LendingTree, LLC | $12,500.00 | $5,000.00 | 405 |
| Robert Half International Inc. | $3,750.00 | $1,500.00 | 407 |
| Discover Financial Services | $17,000.00 | $6,800.00 | 411 |
| Effovex Solutions, LLC | $3,500.00 | $1,400.00 | 418 |
| Broadmark Capital, LLC | $42,500.00 | $17,000.00 | 472 |
| Fund Recovery Services, LLC | $75,000.00 | $22,500.00 | 520 |
| Margon LLC, et al.[6] | $180,000.00 | $80,000.00 | 521 |
| Collection Acquisitions Company, Inc. d/b/a Payliance | $15,000.00 | $6,000.00 | 531 |
| Little Owl Argon, LLC | $195,000.00 | $78,000.00 | 578 |
| **Totals:** | **$581,061.00** | **$229,363.30** | |

47.    Freeborn has received payment in full on account of the Contingency Fees approved by the Court on an interim basis.

**I.    Freeborn's Reimbursable Expenses Incurred**

48.    Freeborn seeks final approval of reimbursable expenses in the amount of $2,698.17.  Of these expenses, $877.59 were included in Freeborn's first interim fee application (ECF No. 445, Exhibit D) while $1,820.58 are included in the exhibits to this Application. Freeborn incurred expenses during the Fee Application Period in the following categories:

(a)    Teleconferencing Expenses:  Freeborn incurred expenses in the amount of $53.75 for teleconferencing fees.  Freeborn conducts certain meetings by telephone, rather than in person, due to the number of people on the telephone conference, and the geographic location of the certain persons and the high cost and inconvenience associated with in-person meetings.

---

[6]    The Contingency Fee was calculated based on $200,000 of settlement value - $180,000 in cash and an asserted administrative expense claim of $20,000.

Freeborn uses an outside teleconferencing provider in order to efficiently conduct teleconferences.

(b) <u>Photocopying</u>: Freeborn incurred copying and printing charges in the amount of $42.00 relating to service of a demand letter upon the Debtors' directors' and officers' liability insurance carrier and the named officers and directors.

(c) <u>Postage</u>: Freeborn incurred postage charges of $1,179.55 for service of various pleadings in these cases including Rule 9019 settlement motions and Freeborn's first interim fee application.

(d) <u>Meal & Transportation Expenses</u>: Freeborn incurred $59.24 in fees for meals and transportation relating to a settlements conference between the Trustee and several defendants in the Insider Action and the Recharacterization Adversary.

(e) <u>Miscellaneous Expenses</u>:  Freeborn incurred additional miscellaneous expenses such as fees for service of Rule 2004 subpoenas, FedEx charges, appearance fees, requests for copies of state court pleadings, database charges, and fees for local messenger service in the amount of $1,363.63.

49.     All expenses incurred by Freeborn in connection with its representation of the Trustee were ordinary and necessary expenses.  These expenses were billed in the same manner as Freeborn bills non-bankruptcy clients.

50.     Freeborn does not bill its clients or seek compensation in this Application for certain overhead expenses, such as local and long-distance telephone calls, secretarial services, and facsimile transmissions.  Such expenses are factored into Freeborn's hourly rates.  Freeborn has not included certain other charges described herein in its overhead because it has determined that it is fairer to its smaller clients who use proportionately less of these services to have these expenses billed separately.

## BENEFIT TO THE ESTATES

51. During the Fee Application Period, Freeborn provided substantial assistance to the Trustee in connection with various estate matters including the disputed trustee election; investigating, analyzing, and pursuing causes of action against insiders and third parties in order to maximize the value of the Debtors' estate; and objecting to the IRS' proof of claim.

52. Freeborn's efforts have resulted in recoveries to the estate of more than $1.1 million between recoveries from the Insider Action and the chapter 5 causes of action, as well as a reduction in claims against the estate of more than $16.7 million as a result of voluntary claim waivers, 502(d) disallowances, and the IRS claim objection. Freeborn submits that its services have provided substantial benefits to the estates.

## NOTICE

53. Twenty-one days' notice of this Application has been provided to the Debtors and their counsel, the Trustee, all other parties-in-interest that have requested pursuant to Bankruptcy Rule 2002, and all creditors identified on the Debtors' creditor mailing matrix.

**WHEREFORE**, Freeborn respectfully requests that the Court enter an order:

(a) allowing Freeborn, on a final basis, $239,768.00 in compensation representing the hourly fees for the Fee Application Period as chapter 7 administrative expenses of the Debtors' estates pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(b) allowing Freeborn, on a final basis, $229,363.30 in Contingency Fees for the Fee Application Period as chapter 7 administrative expenses of the Debtors' estates pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(c) allowing Freeborn, on a final basis, $2,698.17 in reimbursable expenses for the Fee Application Period as chapter 7 administrative expenses of the Debtors' estates pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(d) authorizing payment to Freeborn of $109,438.58, representing all unpaid amounts requested herein for the Fee Application Period; and

(e) granting such other and further relief as the Court deems just and proper.

Dated:  April 27, 2023

**KAREN R. GOODMAN, CHAPTER 7 TRUSTEE**

By: /s/ Shelly A. DeRousse
    One of Her Attorneys

Shelly A. DeRousse, Esq.
Elizabeth L. Janczak, Esq.
SMITH GAMBRELL & RUSSELL LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:   312.360.6520
sderousse@sgrlaw.com
ejanczak@sgrlaw.com

*Counsel to the Trustee*