UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  16-39654 |
| ARGON CREDIT, LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO APPROVE STIPULATION AS TO FINAL AMOUNT OF ALLOWED CLAIMS OF FUND RECOVERY SERVICES, LLC**

Upon the motion of Karen R. Goodman (the "Trustee"), the duly appointed and serving chapter 7 trustee for the estates of Argon Credit, LLC and Argon X, LLC (collectively, the "Debtors"), for entry of an order approving a stipulation (the "Stipulation") between the Trustee and Fund Recovery Services, LLC ("FRS");

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Stipulation between the Trustee and FRS attached to the Motion as Exhibit 1 is approved.

2. The final allowed amount of each of the Claims (as defined in the Stipulation) for the purposes of distributions from the Debtors' estates is $28,182,035.01.

Enter:  *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  September 20, 2023

**Prepared by:**

Elizabeth L. Janczak
Smith Gambrell & Russell LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606