## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS
### EASTERN  DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Argon Credit LLC | § | Case No. 16-39654 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:45 a.m. on January 17, 2024, either in courtroom  682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL, or electronically as described below.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.

To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

To appear by  telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

Meeting ID and password. The meeting ID for this hearing is 160 9362 1728 - no password required. These credentials can also be found on Judge Thorne's web page on the court's web site.

Date Mailed: 12/13/2023          By: /s/ Karen R. Goodman
                                                        Trustee

*KAREN R. GOODMAN*
*135 S. LaSalle Street*
*Suite 3950*
*Chicago, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:                                    §
                                          §
                                          §
Argon Credit LLC                          §        Case No. 16-39654
                                          §
                                          §
            Debtor                        §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,179,544.05 |
| and approved disbursements of | $ | 684,390.63 |
| leaving a balance on hand of[1] | $ | 495,153.42 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: KAREN R GOODMAN ESQ | $ 58,636.32 | $ 24,487.48 | $ 34,148.84 |
| Trustee Expenses: KAREN R GOODMAN ESQ | $ 500.00 | $ 0.00 | $ 500.00 |
| Attorney for Trustee Fees: Crane, Simon, Clar & Goodman | $ 157,097.50 | $ 156,047.00 | $ 1,050.50 |
| Attorney for Trustee Expenses: Crane, Simon, Clar & Goodman | $ 2,393.65 | $ 2,169.03 | $ 224.62 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 11,616.50 | $ 0.00 | $ 11,616.50 |
| Charges: Clerk of the Bankruptcy Court | $ 4,550.00 | $ 0.00 | $ 4,550.00 |
| Fees: OFFICE OF THE U.S. TRUSTEE | $ 1,625.00 | $ 0.00 | $ 1,625.00 |
| Other: Freeborn & Peters LLP | $ 239,768.00 | $ 239,768.00 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Freeborn & Peters LLP | $ 2,698.17 | $ 2,698.17 | $ 0.00 |
| Other: Smith Gambrell Russell | $ 17,251.00 | $ 0.00 | $ 17,251.00 |
| Other: Smith Gambrell Russell | $ 144.60 | $ 0.00 | $ 144.60 |

Total to be paid for chapter 7 administrative expenses                    $ 71,111.06

Remaining Balance                    $ 424,042.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 7,032.85  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | ASHLEY M. DABNEY | $ 3,744.00 | $ 3,744.00 | $ 0.00 |
| 9 | ASHLEIGH L. BINGHAM | $ 1,200.00 | $ 1,200.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 71.69 | $ 71.69 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 306.53 | $ 306.53 | $ 0.00 |

Total to be paid to priority creditors                    $ 0.00

Remaining Balance                    $ 424,042.36

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,211,513.82  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FUND RECOVERY SERVICES, LLC | $ 28,182,035.01 | $ 0.00 | $ 297,187.93 |
| 4 | MICROBILT CORPORATION | $ 9,183.89 | $ 0.00 | $ 96.85 |
| 6 | INCONTACT, INC. | $ 74,761.05 | $ 0.00 | $ 788.38 |
| 7 | B MONEY HOLDINGS | $ 1,430,000.00 | $ 0.00 | $ 15,079.77 |
| 8 | ANDY C. WARSHAW, ESQ. | $ 3,549.75 | $ 0.00 | $ 37.43 |
| 10 | DENISE ORTIZ | $ 25,000.00 | $ 0.00 | $ 263.63 |
| 11 | LITTLE OWL ARGON, LLC | $ 10,481,092.89 | $ 0.00 | $ 110,526.24 |
| 12 | SHERRY MORRIS | $ 5,470.00 | $ 0.00 | $ 57.68 |
| 19 | PRINCETON ALTERNATIVE INCOME FUND, LP | $ 0.00 | $ 0.00 | $ 0.00 |
| 20 | FRANCHISE TAX BOARD | $ 0.00 | $ 0.00 | $ 0.00 |
| 23 | CHAPTER 13 TRUSTEE, MIDDLE DISTRICT OF ALABAMA | $ 421.23 | $ 0.00 | $ 4.45 |

Total to be paid to timely general unsecured creditors     $  424,042.36

Remaining Balance     $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Karen R. Goodman
Trustee

*KAREN R. GOODMAN*
*135 S. LaSalle Street*
*Suite 3950*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.