UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-39654 |
| | ) | (Jointly Administered) |
| Argon Credit, LLC et al., | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter coming before the Court on the motion (the "Motion") of Peter J. Roberts and the attorneys of Cozen O'Connor (collectively, "Cozen") for permission to withdraw as counsel for Fund Recovery Services, LLC ("FRS") in the above-captioned case and associated adversary proceedings; good and sufficient cause appearing therefor; IT IS HEREBY ORDERED that:

1. Peter J. Roberts and the attorneys of Cozen O'Connor are hereby granted leave to withdraw as counsel for FRS in the above-captioned case and all associated adversary proceedings.

2. The withdrawal of Peter J. Roberts and the attorneys of Cozen O'Connor as counsel for FRS is effective immediately.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: December 13, 2023

**Prepared by:**

Peter J. Roberts
COZEN O'CONNOR
123 North Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 382-3100