NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Argon Credit LLC
200 W. Jackson Blvd.
Suite 900
Chicago, IL 60606
SSN: EIN: 49−4459264

Case No. : 16−39654
Chapter : 7
Judge : Deborah L. Thorne

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Fund Recovery Services, LLC

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Princeton Alternative Income Fund, LP of your claim in the above matter, designated Claim No. 1 .  If no objections are filed by you on or before January 2, 2024 the Court shall substitute Princeton Alternative Income Fund, LP in your place and stead as a claimant.  If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: December 13, 2023

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 16-39654-DLT |
| Argon Credit LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 13, 2023 | Form ID: ntcasclm | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Argon Credit LLC, 200 W. Jackson Blvd., Suite 900, Chicago, IL 60606-6986 |
| aty | + | Dale & Gensburg PC, 200 W Adams St, Ste 2425, Chicago, IL 60606-5251 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023           Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ann E Pille | on behalf of Interested Party Princeton Alternative Income Fund LP apille@reedsmith.com, apille@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com |
| Arthur G Simon | on behalf of Plaintiff Eugene Crane not individually, but solely in his capacity as Chapter 7 Trustee asimon@cranesimon.com, sclar@cranesimon.com;slydon@cranesimon.com |
| Carolina Y. Sales | on behalf of Defendant Blue Treble Solutions LLC csales@robbinsdimonte.com mrussell@robbinsdimonte.com |
| Christina Sanfelippo | on behalf of Creditor Fund Recovery Services LLC csanfelippo@cozen.com, cknez@cozen.com;christina-sanfelippo-5069@ecf.pacerpro.com |
| David M Siegel | |

Case 16-39654   Doc 609   Filed 12/15/23   Entered 12/15/23 23:11:56   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2023 | Form ID: ntcasclm | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Brian and Lourdes Bauman davidsiegelbk@gmail.com R41057@notify.bestcase.com;johnellmannlaw@gmail.com |
| Derek V. Lofland | |
| | on behalf of Creditor Jeffrey Wilens derekloflandesq@gmail.com |
| E. Philip Groben, III | |
| | on behalf of Debtor 1 Argon Credit LLC pgroben@gcklegal.com cwizniuk@gcklegal.com;jperez@gcklegal.com |
| Elizabeth L Janczak | |
| | on behalf of Plaintiff Eugene Crane the duly appointed and serving Chapter 7 Trustee for the estates of Argon Credit, LLC and Argon X, LLC ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com |
| Gabriel Aizenberg | |
| | on behalf of Creditor Margon LLC aizenbergg@gtlaw.com malisc@gtlaw.com;chilitdock@gtlaw.com;mendeloffs@gtlaw.com |
| Harold Abrahamson | |
| | on behalf of Defendant Eric Schnosenberg aralawfirm@aol.com |
| Jeffrey Wilens | |
| | on behalf of Creditor Alejandro Camacho jeff@lakeshorelaw.org |
| Jeffrey C Dan | |
| | on behalf of Debtor 1 Argon Credit LLC jeffd@goldmclaw.com kerame@goldmclaw.com |
| Jeffrey K. Paulsen | |
| | on behalf of Trustee Deborah Kanner Ebner jpaulsen@wfactorlaw.com bsass@wfactorlaw.com;jpaulsen@ecf.courtdrive.com |
| Jill M Hutchison | |
| | on behalf of Defendant Berj Arakelian jhutchison@cotsiriloslaw.com bdardar@cotsiriloslaw.com |
| Jonathan P Friedland | |
| | on behalf of Creditor Committee Ad Hoc Committee of Unsecured Creditors jfriedland@sfgh.com bkdocket@sfgh.com |
| Justin R. Storer | |
| | on behalf of Defendant Blue Treble Solutions LLC jstorer@lakelaw.com bsass@wfactorlaw.com;jstorer@ecf.courtdrive.com |
| Karen R Goodman, ESQ | |
| | kgoodman@cranesimon.com il24@ecfcbis.com;dkobrynski@cranesimon.com;kgoodman@ecf.axosfs.com;abell-powell@cranesimon.com |
| Karen R Goodman, ESQ | |
| | on behalf of Trustee Karen R Goodman ESQ kgoodman@cranesimon.com, abell-powell@cranesimon.com |
| Karthik Nagarur | |
| | on behalf of Defendant Raviv Wolfe knagarur@gmail.com |
| Kimberly Bacher | |
| | on behalf of U.S. Trustee Patrick S Layng kimberly.bacher@usdoj.gov kimberlyabacher@hotmail.com |
| Lars A Peterson | |
| | on behalf of Creditor Little Owl Argon LLC lpeterson@wfactorlaw.com, bsass@wfactorlaw.com;lpeterson@wfactorlaw.com |
| M. Gretchen Silver | |
| | on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov gretchen.silver@usdoj.gov |
| Matthew T. Gensburg | |
| | on behalf of Debtor 1 Argon Credit LLC MGensburg@gcklegal.com |
| Michael A Brandess | |
| | on behalf of Creditor Peraza Capital and Investment LLC michael.brandess@huschblackwell.com, bkdocket@sfgh.com |
| Michael J. Small | |
| | on behalf of Creditor Little Owl Argon LLC msmall@foley.com, thardy@foley.com;DocketFlow@foley.com |
| Nancy A Peterman | |
| | on behalf of Creditor Margon LLC petermann@gtlaw.com chilitdock@gtlaw.com;greenbergc@gtlaw.com;stibbep@gtlaw.com |
| Patrick S Layng | |
| | USTPRegion11.ES.ECF@usdoj.gov |
| Paul M Bauch | |
| | on behalf of Defendant Blue Treble Solutions LLC pbauch@bmlawllc.com smohan@bmlawllc.com;5242@notices.nextchapterbk.com |
| Peter J Roberts | |
| | on behalf of Attorney Peter J Roberts proberts@cozen.com peter-roberts-1301@ecf.pacerpro.com;cknez@cozen.com |
| Peter S Stamatis | |
| | on behalf of Defendant Harry Madanyan peter@stamatislegal.com |
| Rachel Blise | |
| | on behalf of Defendant Little Owl Argon LLC rblise@foley.com |

District/off: 0752-1     User: admin     Page 3 of 3

Date Rcvd: Dec 13, 2023     Form ID: ntcasclm     Total Noticed: 2

Sara E Lorber
: on behalf of Trustee Deborah Kanner Ebner slorber@wfactorlaw.com
slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com

Shelly A. DeRousse
: on behalf of Interested Party Freeborn & Peters sderousse@sgrlaw.com bkdocketing@sgrlaw.com

Steven S. Shonder
: on behalf of Defendant Harry Madanyan Steve@ShonderLegal.com sshonder@me.com

Terence Campbell
: on behalf of Defendant Berj Arakelian tcampbell@cotsiriloslaw.com protert@cotsiriloslaw.com

Valerie A Hamilton
: on behalf of Creditor Fund Recovery Services LLC vhamilton@sillscummis.com

William J Factor
: on behalf of Trustee Deborah Kanner Ebner wfactor@wfactorlaw.com
wfactorlaw@gmail.com;bsass@wfactorlaw.com;wfactor@ecf.courtdrive.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com

TOTAL: 37