UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 16-39654 |
| Argon Credit LLC, et al., ) | | |
| ) | Chapter: | 7 |
| ) | Honorable Deborah L. Thorne | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER AUTHORIZING TRUSTEE TO ABANDON
AND DESTROY DEBTOR'S BOOKS AND RECORDS**

This matter coming to be heard upon the Motion of Karen R. Goodman Chapter 7 Trustee ("Trustee"), for Authority to Abandon and Destroy Debtor's Books and Records ("Motion"); Trustee representing due and proper notice having been given to all parties in interest; no objections having been been raised by any party; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Trustee is authorized to abandon and destroy the Debtor's books and records stored at the Trustee's office and the offices of Trustee's special litigation counsel, Smith Gambrell Russell; and

IT IS FURTHER ORDERED that Notice as given is deemed sufficient.

Enter: *[signature]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: January 17, 2024