IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Argon Credit, LLC et al, ) | Case No. 16-39654 |
| ) | Chapter 7 |
| ) | Judge Deborah L. Thorne |
| ) | (Jointly Administered) |
| Debtor. ) | |

## TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Karen R. Goodman, Chapter 7 Trustee herein ("Trustee"), provides the following Report of Trustee's Deposit of Unclaimed Funds with the Clerk of the Bankruptcy Court:

Pursuant to Rule 3010(a) of the Federal Rules of Bankruptcy Procedure the Trustee has deposited with the Clerk of the Bankruptcy Court a dividend payment of $4.45 as check no. 2044. Attached hereto is the name and address of the creditor, the allowed amount of the claim with the amount paid to the Clerk.

Respectfully submitted,

/s/Karen R.Goodman

DATED: January 22, 2024

Karen R. Goodman, Trustee
Crane, Simon, Clar & Goodman
135 S. LaSalle Street, Suite 3950
Chicago, Illinois 60603
(312) 641-6777
kgoodman@cranesimon.com

Date: 01/22/24           **DIVIDENDS UNDER $5.00 REMITTED**           Page: 1
**TO THE COURT**

Check Number 2044 Dated 01/17/24
Case Number 16-39654 - Argon Credit LLC

| Creditor | Claim No | Amount Allowed | Amount Paid |
|---|---|---|---|
| CHAPTER 13 TRUSTEE, MIDDLE DISTRICT OF ALABAMA<br>P.O BOX 173<br>MONTGOMERY, AL 36101-0173 | 23 | 421.23 | 4.45 |
| ---------- Remittance Total ---------- | | 421.23 | 4.45 |

*Karen R Goodman* (signature)
Karen R Goodman Esq, Trustee

| Date: 1/17/24 | Check Number: 2044 | | Amount: $4.45 |
|---|---|---|---|
| CASE NUMBER 16-39654 Debtor Name: Argon Credit LLC | | | |
| Paid To: Clerk, U.S. Bankruptcy Court | | Trustee: | KAREN R. GOODMAN, TRUSTEE 135 S. LaSalle Street Suite 3950 Chicago, IL 60603 |
| Description: Remit To Court - Payment of Claim distribution under $5.00 Claim no 23 | | | |
| Bank Account Number: 7575030000396 | | | |

| Date: 1/17/24 | Check Number: 2044 | | Amount: $4.45 |
|---|---|---|---|
| 16-39654 Debtor Name: Argon Credit LLC | | | |
| Paid To: Clerk, U.S. Bankruptcy Court | | Trustee: | KAREN R. GOODMAN, TRUSTEE 135 S. LaSalle Street Suite 3950 Chicago, IL 60603 |
| Description: Remit To Court - Payment of Claim distribution under $5.00 Claim no 23 | | | |
| Bank Account Number: 7575030000396 | | | |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - THIS PAPER CONTAINS FLUORESCENT FIBERS AND OTHER SECURITY FEATURES

**AXOS BANK**
4350 La Jolla Village Dr, Suite 140
San Diego, CA 92122

90-6725/1222
**CHECK NUMBER**
**2044**

KAREN R. GOODMAN,
TRUSTEE
135 S. LaSalle Street
Suite 3950
Chicago, IL 60603

Remit To Court - Payment of Claim distribution under $5.00
Claim no 23

| DATE | AMOUNT |
|---|---|
| 1/17/24 | $*************4.45 |

PAY TO THE ORDER OF
FOR CHECK VERIFICATION: 888-374-3267 Option 8

Clerk, U.S. Bankruptcy Court

| CASE NUMBER | ESTATE OF |
|---|---|
| 16-39654 | Debtor: Argon Credit LLC |

Four Dollars And 45/100

*Karen R. Goodman* (signature)
CHAPTER 7 TRUSTEE
THIS CHECK VOID AFTER 90 DAYS

⑈002044⑈ ⑆122287251⑆ 7575030000396⑈